IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CITY OF SHREVEPORT,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **SYSTEMS & SOFTWARE, INC., and** § | **CASE NO. 5:17-cv-589** |
| **N. HARRIS COMPUTER COMPANY,** § | |
| § | |
| **Defendants.** § | |

### DEFENDANTS' NOTICE OF REMOVAL

1.  Defendants Systems & Software, Inc. ("S&S") and N. Harris Computer Corporation ("N. Harris," incorrectly named as "N. Harris Computer *Company*" in Plaintiff's Petition) file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and would show the Court as follows:

### I.   COMMENCEMENT AND SERVICE

2.  On April 7, 2017, Plaintiff City of Shreveport commenced this action against Defendants by filing its Petition in the First Judicial District Court of Caddo Parish, Louisiana (the "State Court"). The action in the State Court is proceeding as Cause No. 599879-C (the "State Court Action"). Defendants were served with the Petition by personal service on April 17, 2017.

3.  This Notice of Removal is timely filed within thirty days of the receipt of a copy of the initial pleading and acceptance of service, from which it was ascertained

that the case is one that is removable pursuant to 28 U.S.C. § 1446(b). This Notice of Removal is also filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(c).

## II. GROUNDS FOR REMOVAL

4. Defendants are entitled to remove the entire State Court Action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000 between parties of diverse citizenship.

5. Further, removal of the State Court Action to this Court is proper under 28 U.S.C. § 1441(a) because this Court's district and division embraces the State Court and its territorial boundaries.

6. Plaintiff is a municipality incorporated and located in Caddo Parish, Louisiana.

7. Defendant S&S is a corporation incorporated under the laws of Vermont with its principal place of business in Vermont. Petition, ¶ 1.

8. Defendant N. Harris is a corporation incorporated under the laws of Ontario, Canada with its principal place of business in Ontario, Canada. *Id*.

9. No change of citizenship has occurred since commencement of the state court action. Accordingly, diversity of citizenship exists among the parties.

10. Plaintiff alleges that it seeks monetary relief of over $1 million. *Id., at 6* (Plaintiff "prays for judgment in its favor and against the Defendants in the amount of at least $1,052,000.00 …"). Accordingly, Plaintiff's Petition establishes that the total amount in controversy in the action exceeds the sum of $75,000.00 and this Court has jurisdiction under 28 U.S.C. § 1332.

### III.   VENUE

11. Venue lies in the Western District of Louisiana, Shreveport Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the State Court Action in this judicial district and division.

### IV.   CONSENT TO REMOVAL

12. S&S and N. Harris are the only defendants and both join in and consent to this removal.

### V.   NOTICE

13. Defendants will give notice of the filing of this notice of removal to all parties of record pursuant to 28 U.S.C. § 1446(d).

### VI.   JURY DEMAND

14. No party has filed a request for a jury as of the date of this filing.

### VII.   EXHIBITS TO NOTICE OF REMOVAL

The following documents are attached to this Notice of Removal as correspondingly numbered exhibits:

Exhibit 1:   Plaintiff's Petition.

Exhibit 2: Citation.

Exhibit 3: Civil Cover Sheet.

## VIII. CONCLUSION

Defendants, pursuant to the statutes cited above and in conformity with the requirements set forth in 28 U.S.C. § 1446, remove this action from the State Court to this Court.

Respectfully submitted,

By: /s/*Emily E. Eagan*
**EMILY E. EAGAN, (LA. BAR NO. 29166)**
**GIEGER, LABORDE, & LAPEROUSE, L.L.C**
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: eeagan@glllaw.com
*ATTORNEYS FOR DEFENDANTS, SYSTEMS & SOFTWARE, INC., and N. HARRIS COMPUTER CORP.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been served on all parties through their counsel of record via electronic mail, facsimile and/or U.S. First Class mail on May 1, 2017:

Julie Mobley Lafargue
Reginald W. Abrams
330 Marshall Street, Suite 1020
Shreveport, LA 71101
Telephone: (318) 222-9100
Facsimile: (318) 222-9191
Attorney for Plaintiff

                */s/Emily E. Eagan*
                Emily E. Eagan