# EXHIBIT 1

| | | |
|---|---|---|
| CITY OF SHREVEPORT | * | NUMBER: 599879-C |
| VERSUS | * | FIRST JUDICIAL DISTRICT COURT |
| SYSTEMS & SOFTWARE, INC. AND N. HARRIS COMPUTER COMPANY | * | CADDO PARISH, LOUISIANA |

# PETITION

The Petition of Plaintiff, the CITY OF SHREVEPORT, a municipal corporation of the State of Louisiana, appearing herein through its counsel, states as follows:

**Parties, Jurisdiction & Venue**

1.

Defendants are:

(1) SYSTEMS & SOFTWARE, INC., a foreign business corporation incorporated in the State of Vermont, authorized to and doing business in the State of Louisiana. Its registered agent for service of process is CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana, 70816; and

(2) N. HARRIS COMPUTER COMPANY, a foreign business corporation incorporated in Ottawa/Ontario, K2E8C4, Canada, authorized to and doing business in the State of Louisiana. Its registered agent for service of process is CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana, 70816.

2.

Systems & Software, Inc. is a provider of, among other things, municipal water and sewer billing software and services, including the billing software "enQuesta", and related water and sewer management software systems. Systems & Software, Inc. is a division of N. Harris Computer Corporation.

3.

Pursuant to a contract between the City and Triton Water Technologies, and subsequent agreements between the City and Systems & Software, Inc., a substantial portion of the acts and occurrences that give rise to this Petition took place in Caddo Parish, Louisiana. Systems & Software, Inc. affirmatively did business with the City of Shreveport in the State of Louisiana.

4.

System & Software, Inc., was a subcontractor to Triton Water Technologies, Inc. ("Triton") and provided the software and services to the City on behalf of Triton.

5.

Thus, the Court has jurisdiction of the subject matter hereof and the parties hereto.

6.

Venue is proper in Caddo Parish, Louisiana.

**Background Allegations**

7.

On or about December 23, 2010, the City and Triton entered into an Amendment to Water System Infrastructure Improvement Program Agreement in accordance with the City's contract Requisition No. RQ0902676 (the "Base Agreement"). A true and accurate copy of the Base Agreement, including attachments and exhibits thereto, is attached hereto as **Exhibit A**. A true and accurate copy of the City's Contract Requisition No. RQ0902676, including attachments and exhibits thereto, is attached hereto as **Exhibit B**.

8.

Pursuant to the Base Agreement, Systems & Software, Inc., as a subcontractor to Triton, was required to provide certain products and/or services as more specifically described in the Statement of Work (the "SOW"), which was incorporated into the Base Agreement.

9.

Pursuant to the Base Agreement and the SOW, Systems & Software, Inc. was required to deliver to the City, among other products and services, a new enQuesta CIS Billing System, to include, but not limited to, Basic Module, Pay Connect Module, Web Connect Module, and Mobile Workforce Module.

10.

In general, the CIS Billing System is a computer software controlled system that is used to generate monthly water and sewer bills, provide rate, financial, meter and delinquency management, provide online/phone customer payment capability and online account access, and provide service order scheduling and tracking.

11.

A properly functioning CIS Billing System is critical to the City's ability to provide water and sewer services to its customers.

12.

The scope of the CIS Billing Project included the conversion of historical customer data, development of work flows and processes and delivery and implementation of the System for the City.

**Systems & Software, Inc. Management and Delivery Responsibilities**

13.

On or about November 12, 2014, Systems & Software, Inc. provided the City with Quotation No. 60371, a proposal for setting up and placing the City's new tiered water rate structure into production for billing the City's water customers. A true and accurate copy of the Quotation is attached hereto as **Exhibit C**.

14.

The City accepted the quotation and paid Systems & Software, Inc. for these services. A true and accurate copy of the City's Purchase Order No. PR1422410-01 and its check no. 00671946 are attached hereto as **Exhibit D**.

15.

The City's acceptance of defendant's Quotation and its payment for the services described in the Quotation constituted a binding contract between the City and defendants, hereinafter, the "Contract".

16.

The Contract specifically obligated defendants to do the following:

A. Setup the new tiered rate structure in Shreveport Train for Water & Sewer to be tested;

B. Provide Systems & Software, Inc. personnel to meet with the City's Water & Sewer Department employee, Sharon Pilkinton, at Systems & Software's User Forum to review the new rates in train;

C. Provide Systems & Software, Inc. personnel to meet with the City's employee, Sharon Pilkinton, onsite at the City's Water & Sewer Department on December 8, 2014 to work with Sharon Pilkinton <u>to ensure the rates are correctly in production</u> with the proper effective dates of January 1, 2014; and

D. Implement a system change date to validate the new rate in production.

17.

In the computer software industry, the term "production" is commonly understood to refer to a setting in which hardware and software products are actually put into real-time operation and relied upon by an organization for daily business operations conducted by the end users of the relevant products.

18.

In the computer software industry, it is commonly understood that hardware and software products can be deployed in a "production" for the conduct of "primary business operations" only after the completion of relevant testing and training activities.

19.

The City also entered into yearly Maintenance Agreements with Systems & Software, Inc., whereby Systems & Software, Inc. provided ongoing software maintenance and support to the City's employees using the CIS billing system.

**Breach of Contract**

20.

Systems & Software, Inc. failed to properly perform its project management and delivery responsibilities for the tiered water rate project under the Contract. Systems & Software, Inc.'s failures include, but are not limited to, its failure to ensure the rates were established correctly when they were placed in production. This failure resulted in approximately 180,520 customers being billed at incorrect (lower) rates from March 2015 through July 2016, with an estimated $834,774.00 in uncollected revenue to the Department of Water & Sewerage.

21.

On October 6, 2016, a Support Analyst of Systems & Software, who was assisting an employee of the Department of Water & Sewerage with a reported issue, made an unauthorized change to the sewer billing rates in the City's production system. This action resulted in the incorrect billing of 5,785 sewer accounts over the billing dates of October 7 through 10, 2016.

22.

The unauthorized action of defendants resulted in an estimated loss of $217,342.00 in sewer revenue.

23.

Systems & Software, Inc.'s failure to properly perform its project management and delivery responsibilities under the Contract constituted a failure to exercise reasonable diligence in order to implement the new tiered rate system.

24.

Systems & Software, Inc.'s failure to properly perform its project management and delivery responsibilities under the Contract and the Maintenance Agreements constituted a repudiation of its obligations under the Contract and the agreements.

25.

Systems & Software, Inc. materially breached the Contract and the Maintenance Agreements, and the City has been damaged by reason of Systems & Software, Inc.'s conduct and these breaches.

26.

The City has incurred or expects to incur at least $1,052,000.00 in under collection of water and sewer revenue as a result of Systems & Software, Inc.'s breaches of the Contract and the Maintenance Agreements.

27.

The CSI Billing System has not functioned properly or as intended by defendants and the City, and these failures have resulted in system wide problems which have affected the City's ability to accurately bill its customers and collect water and sewer revenue. These failures constitute a breach of the defendants' obligations pursuant to the December 23, 2010 Agreement, the Contract, and the Maintenance Agreements.

28.

All conditions precedent to bringing this action have been performed and have occurred, including the City's prior written notice of these claims and demand for compensation mailed to Systems & Software, Inc., and the City's good faith participation in a telephone conference with the General Manager of Systems & Software, Inc. on March 13, 2017 in an attempt to resolve the claims, all to no avail.

WHEREFORE, THE CITY OF SHREVEPORT PRAYS for judgment in its favor and against the Defendants in the amount of at least $1,052,000.00, together with all other expenses and other damages recoverable, plus an award of prejudgment interest, costs of this action, expenses, attorneys' fees, and for the entry of such other relief as is just and proper in the premises.

Respectfully submitted,

**ABRAMS & LAFARGUE, L.L.C.**

BY: ______________________
JULIE MOBLEY LAFARGUE, Bar #8088
REGINALD W. ABRAMS, Bar #18084

330 Marshall Street, Suite 1020
Shreveport, LA 71101
Phone: (318) 222-9100
Fax: (318) 222-9191

**ATTORNEYS FOR CITY OF SHREVEPORT**

**SERVICE INFORMATION:**

**Please serve Defendants as follows:**

**SYSTEMS & SOFTWARE, INC.**
Through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**N. HARRIS COMPUTER COMPANY**
Through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

ENDORSED FILED
SANDY ROTHELL, Deputy Clerk

APR 07 2017

A TRUE COPY - ATTEST
CADDO PARISH DEPUTY CLERK OF COURT

AMENDMENT TO
WATER SYSTEM INFRASTRUCTURE IMPROVEMENT PROGRAM
AGREEMENT

STATE OF LOUISIANA

PARISH OF CADDO

This contract amendment is made and entered into on this 23 day of December, 2010, by and between the City of Shreveport, (hereinafter referred to as "City"), represented herein by its Mayor, Cedric B. Glover, and Triton Water Technologies, Inc., (hereinafter referred to as "Contractor"), represented herein by its President, Robert E. Work, who declare as follows:

WITNESSETH

Whereas, City and Contractor entered into a Water System Infrastructure Improvement Program Agreement dated October 29, 2009; and

Whereas, said agreement provided that City and Contractor would proceed with Phase 2 upon the mutual consent of both parties and the execution of an amendment to said agreement relative to Phase 2.

NOW THEREFORE, City and Contractor agree that the Water System Infrastructure Improvement Program Agreement dated October 29, 2009 is hereby amended as follows:

1. After the paragraph titled Contract Time and before the paragraph titled Notice To Proceed, insert the following: Phase 2. Water Billing System

A. The Contractor shall provide the enQuesta CIS/Billing System as a turn-key service in accordance with the Statement of Work attached hereto and made a part hereof as Attachment A. Said service shall be provided through its Subcontractor, Systems and Software, Inc. The Contractor shall also provide five new Panasonic Toughbooks.

B. The City shall compensate the Contractor for Phase 2 in accordance with the Payment Schedule/Project Milestones contained in Attachment B, attached hereto and made a part hereof. The amount of compensation due for the full completion of all work to provide the turn-key service shall not exceed Two Million Nine Hundred Eighty-Seven Thousand Five Hundred Ninety-Four Dollars.

C. The Contractor's warranty of labor, materials, equipment and installation of the enQuesta billing system, including but not limited to all hardware and software, shall be in accordance with, and limited to, the terms and conditions of the End User License and Support Agreement executed between Systems & Software, Inc. and the City of Shreveport relative to Phase 2, and all manufacturer's warranties on hardware, software and equipment provided hereunder.



D. The Contractor shall provide an updated certificate of insurance in accordance with the provisions of the Water System Infrastructure Improvement Program Agreement dated October 29, 2009.

E. The Contractor shall provide a performance bond for Phase 2 in accordance with Section 2.1.2 of Exhibit G of the Request for Proposals.

F. The Contractor shall not unduly or unnecessarily interfere with communication between City personnel and the Subcontractor personnel; provided, however, the City shall communicate through the Contractor regarding any matter that will increase or decrease project manpower, increase or decrease established time frames, or significantly change established milestones and planning. The Contractor further agrees that after the completion of Phase 2, it shall not, either by contract or by verbal communications or any other means, prohibit Subcontractor from providing ongoing support, upgrade, maintenance, or other services to City.

G. The City shall designate an individual who shall be authorized to represent the City in all aspects of the project. Such authorized individual shall be the Contractor's contact person for instructions, orders and/or directions, except in an emergency.

H. The Work shall be substantially completed on or before fourteen (14) months from the Notice to proceed, subject to adjustments as provided for in the Contract Documents.

2. Except as specifically provided herein, all other provisions of the Water System Infrastructure Improvement Program Agreement dated October 29, 2009 shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have made and executed this contract amendment as of the day and year first written above.

WITNESSES:

CITY OF SHREVEPORT

Cedric B. Glover, Mayor

TRITON WATER TECHNOLOGIES, INC.

Robert E. Work, President

# Statement of Work

for the

## Installation of the enQuesta CIS Billing system

***To include but not limited to***
***Basic Module***
***Pay connect Module***
***Web Connect Module***
***Mobile Workforce Module***

**1.0 DEFINITIONS**

a. Systems & Software (S&S) is also referred to as the Subcontractor

b. **"Go Live" or "Goes Live"** means the date on which business operations and daily processing are being performed by the enQuesta CIS/Billing System. The Subcontractor PM will be responsible for developing a plan to Go-Live with input and agreement from the City.

**2.0 OVERVIEW**

This is a Statement of Work for the installation of a new enQuesta CIS Billing System.

The scope of work and requirements set forth in this Statement of Work are based on the information provided by the City as documented in their functional requirements (refer to Appendix A). The process will include converting up to three years of account history, to include but not limited to billing history, financial transaction history, account receivable history and meter inventory history, and configuring the enQuesta system to perform the functional requirements as listed in Appendix A.

The Contractor will commence work when provided a written Notice to Proceed from the City. It is agreed that project completion must be within 12 months of the date on the written Notice to Proceed, unless otherwise mutually agreed by the City, the Contractor and the Subcontractor during the Project Planning Phase.

Important objectives of this project include achieving the following::

1. Accurately generating the monthly water and sewer bills within 12 months from the date this contract is signed or as otherwise mutually agreed by the City, the Contractor and the Subcontractor during Project Planning Phase, utilizing the enQuesta CIS/Billing System.
2. Providing out-of-the box functionality, workflow process's and reports.

**2.1 Project Milestones**

Exhibit 1, Project Milestones, will list the Project Milestones that require written acceptance by the City before moving on to the next phase.

**3.0 SCOPE OF WORK**

The City currently maintains a CIS system (called the Existing CIS/Billing System) that manages their Business Management, Customer Information and Billing operations for the water and sewerage business. The Subcontractor is to provide a turn-key service to replace City's Existing CIS/Billing system with the out-of-the box functionality, workflow processes and reports from enQuesta . As part of the project, Subcontractor will provide both the Software Modules described in Section 3.01 and the required hardware (server and disk) and 3rd party software environments described in Section 3.02 on which the Software modules will run..

The specific enQuesta CIS/Billing System software modules to be implemented are defined below and have the capability to satisfy all functional requirements contained in Appendix A.

Any new functionality, change in functionality or service which is not defined within this Statement Of Work (SOW) and it's Appendices which may be requested by the City will require a written change order describing the new functionality or services.

**3.0.1 SOFTWARE MODULES:**

The enQuesta CIS/Billing System to be installed is defined as the following enQuesta software modules, and further described in Appendix B.

**Account Management (Customer Service & Call Tracking, Document Generation)**

Provides the ability to manage activities at the account level including capturing calls/correspondence, complaints, or inquiries made by customers. It can be used to create letters, note various activities relative to the account, and update the user/premise profiles.

**Utility Billing - Water, Wastewater**

Automates the processes necessary to bill Water and Wastewater customers beginning with the processing of meter reading editing and culminating with the creation of a bill print table.

**Rate Management**
This handles rate structures for residential, commercial and industrial customers. The plug-and-go capability allows authorized personnel to enter and configure rates quickly.

**Financial Management**
Provides the ability to process adjustments either monetary-based or usage-based, as well as, rebills, late pay reversals, and payment transfers.

**Skeletal AP (Check Writing)**
Provides the ability to process checks for customer refunds and either credit or deposit refunds.

**Delinquency Management**
Provides the ability to maintain comprehensive detail on customer credit, aged balances, installment agreements, dispute billings, delinquent status, bankruptcies, write-offs, and also supports an interface to collection agencies.

**Meter Management (Meter Management, ERT Management, Meter Reading Management)**
Provides the ability to track meters and associated devices such as ERTs throughout the system from input into inventory through disposal.

**Automated Service Orders**
Provides the ability to create and process service requests with regard to account-related activity, new services, disconnects, and meter-related services.

**Service Order Scheduling**
Provides the ability to schedule service orders for an individual worker or crew.

**New Service—Core**
Provides the ability to track the new service process from initiating the need for new service through the installation of taps, meters, and backflow devices.

**Administrator's Portal**
Through this Portal, various aspects of the enQuesta can be configured, including: user-specific layout of the main inquiry portal, field labels, process assistance help content, smart URL integration points and more.

**enQuesta Cashiering**
Provides the ability to conduct the receipt of payments and customer service over the counter.

**enQuesta Reporting**
Provides a library of standard production reports to be used in conjunction with each module.

**enQuesta Document Designer**
A graphical tool which supports the creation and editing of complex documents in an intuitive environment.

**enQuesta PayConnect**
A real-time, fully integrated, state-of-the-art payment gateway. Provides the ability to offer real-time payment processing to your customers from the convenience of their home through the Internet, IVR or Call Center payment channels.

**enQuesta Mobile (Limited to 12 users)**
Provides a fully automated enterprise solution as service orders and field work can be conducted in a paperless environment.

**enQuesta IVR Solution**
An interactive voice response (IVR) solution that will provide inbound and outbound automated calling as well as screen pop technology for call center CSR's.

### 3.0.2 SERVER HARDWARE AND SOFTWARE/MIDDLEWARE TO BE PROVIDED

| | enQuesta Production Server Specifications |
|---|---|
| Server Role | enQuesta Production Application and Database Server |
| Hardware Platforms | Dell PowerEdge R510 |
| Recommended O/S Platform(s) | Red Hat 4.8 AS with 3 Year RH Network Subscription |
| Processor | (2) Quad Core 2.4 GHz Xeon Processors |
| Memory | 16 GB |
| Backup | Power Vault 114T LT03 Tape Rack enclosure, 20-pack 400/800 GB media |
| Storage | (9) 146 GB, (2) 300 GB |

| | enQuesta Training Server Specifications |
|---|---|
| Server Role | enQuesta Train Application and Database Server |
| Hardware Platforms | Dell PowerEdge R510 |
| Recommended O/S Platform(s) | Red Hat 4.8 AS with 3 Year RH Network Subscription |
| Processor | (1) Quad Core 2.4 GHz Xeon Processors |
| Memory | 8 GB |
| Backup | No backup device configured |
| Storage | (9) 146 GB |

| | enQuesta Reporting Portal Server Specifications |
|---|---|
| Server Role | enQuesta Reporting Portal Server |
| Hardware Platforms | Dell PowerEdge T310 |
| Recommended O/S Platform(s) | Windows Server 2008 |
| Recommended configuration | Dell PowerEdge T310 *Specifications: Intel Core I3 540, 4 GB memory, 160 GB mirrored internal disks, dual 10/100/1000 Ethernet NICs, redundant power supply, 2U form factor - Includes 3 Year Gold Support, 4 Hr Onsite, SW Support, w/ Technical Account Management.* |

| | enQuesta WebConnect Server Specifications |
|---|---|
| Server Role | enQuesta WebConnect Server |
| Hardware Platforms | Dell PowerEdge T310 |
| Recommended O/S Platform(s) | Red Hat Enterprise Linux 5.3 |
| Recommended configuration | Dell PowerEdge T310 *Specifications: Intel Core I3 540, 4 GB memory, 160 GB mirrored internal disks, dual 10/100/1000 Ethernet NICs, redundant power supply, 2U form factor - Includes 3 Year Gold Support, 4 Hr Onsite, SW Support, w/ Technical Account Management.* |

**Middleware/Software:**

**enQuesta RunTime**
**Oracle 11g Database**
**Cognos 8 (ad hoc reporting)**

**3.03 REPORTS**
The City agrees to utilize the standard reports available from enQuesta.

**3.0.4 WORKFLOWS**
The City agrees to utilize the functionality and configurability inherent to the enQuesta software which will meet the Cities business requirements listed in Attachment A.

**3.0.5 INTERFACES**
The City acknowledges all required interfaces are listed in Appendix B.

Those interface files will be sent to/from the City defined staging site for transmission by Subcontractor to/from the external interface party or system.

**3.0.6 SERVICES:**
The services provided to deploy the New CIS/Billing system include:

- Software installation.

- Project planning and management
- The Subcontractor will respond to activities which will have an impact to the project timeline within five (5) business days.
- Configuration of the system based on outputs of Analysis and Design
- Unit, integration, and system testing of the configured system
- Data conversion analysis, design, build, and testing of programs to populate the enQuesta CIS/Billing System
- Interface analysis, design, build, and testing of programs that extract data from and into the enQuesta CIS/Billing System related to the Interfaces in Appendix B. The City will be responsible for all necessary contracts with 3rd parties for such interfaces and for any costs associated with such contracts.
- Required training materials
- Monitoring of training plan execution
- System go-live plan and execution in conjunction with City as documented herein
- After the enQuesta CIS/Billing "Goes Live" system support shall be as follows:
  - Project management 3 weeks onsite
  - Technical Lead 1 week onsite
  - Business Analyst 1 month onsite
  - Subcontractor Off-Site Service Support 2 months offsite

**3.0.7 CITY'S RESPONSIBILITES:**
**The City responsibilities include:**

- Provide a Project Manager to coordinate the resources and activities of this Project.
- Provide reasonable access to all appropriate documentation and systems.
- City will use reasonable efforts to resolve all Project issues that are the City's responsibilities in a timely manner The City will respond to activities which will have an impact to the project timeline within five (5) business days.
- Provide secure remote access for the consultants working offsite.
- Provide management representatives who will have the authority to make key decisions as they occur. Decisions will be made within a reasonable amount of time from when the issue is first presented.
- Provide the first data cut to Subcontractor within sixty (60) days of notice to proceed. The first data cut needs to include tables necessary to create accounts, customers, locations and any other pertinent files/tables to be determined by the City and Subcontractor.
- Provide subsequent data cuts for histories, collections, and add-on's (i.e. Backflow, GIS data, etc) will be provided according to the mutually agreed upon project plan.
- In conjunction with subcontractor, the City will fill out and complete a number of product configuration templates to facilitate the set up of rates, work orders, financial transaction codes, security, new sites and a handful of other functional areas.
- In conjunction with the subcontractor, the City will design, development and testing of screens to support the system or operating processes.
- Creation, management and support of the City's technical environment, including System Administration Support, Network Support, and City Workstation Administration Support.
- Provide Subcontractor team with suitable work locations, including desks, phone, internet and system access.

- Provide the following user desktop hardware and software to Support the enQuesta CIS/Billing System :

| Hardware | Minimum | Recommended |
|---|---|---|
| Processor | Intel P III 800 Mhz | Intel P 4 3.0 Ghz |
| RAM | 512 MB | 1GB |
| Disk Space | 50 MB Free | 50 MB Free |
| Networking | 100 MB Ethernet | N/A |
| Screen Resolution | 1024x768 | |
| Browser | IE 7 | IE 8 |
| Customer Software | Supported | |
| OS | Windows Vista, Windows XP, Windows 2000 | |
| Browser Internet | Explorer v7.0, Explorer v8.0 | |
| PDF Viewer | Acrobat Reader | |

- Provide training rooms, computers, and other equipment, including overhead Projectors and white boards.
- The City is responsible for populating the user training matrix, provided by Subcontractor, which outlines all training participants by job function. This document identifies all participants in each training program.
- The City will assist Subcontractor in identifying the appropriate courses for each participant through a joint training requirements analysis meeting.
- Ensure that all expected participants are available and present for the entire training period in order to properly prepare the team for Project Execution and knowledge transfer.
- Ensure appropriate time is made available for users to participate in every training course they are enrolled in, according to the finalized User/Training Matrix. If users are not provided with such time, it is the City's responsibility to provide training at a later date. Subcontractor will provide a class schedule, however, it is the City's responsibility to notify and get participants to the class.
- Create all test cases for business processes, modifications and interfaces to be used for Functional and System testing phases
- Approve and sign-off on the test plan
- All functional testing using the City test scripts and list of processes to test as a guide.
- All integration testing and devising an integration test and daily/weekly work schedules using the City test scripts, and list of processes to test as a guide.
- Testing all business processes, including modifications and interfaces, during Simulation.
- Assist with and sign-off on a Simulation & Go-live Plan.
- Make available resources in conversion and business functional areas during the Simulation period (including weekends if necessary) to support Simulation activities.
- Execute daily business processes and workflows as per Simulation & Go-live Plan.
- After the successful completion of and sign off on the testing phase, the City will initiate one Simulation go-live to take place prior to the actual go-live weekend. This simulation will provide a 'dry-run' of the Go-live activities. The City is responsible for testing all business processes, including modifications and interfaces, during Simulation. Subcontractor will participate by aiding in the Project Management, providing onsite support for one week for the Simulation and responding to and resolving issues.
- Setup adequate facilities to be used as the central base of operations throughout the Go-Live period. The facility must have the basic infrastructure to adequately support the Go-Live activities including power sources, network access, internet access, phone, printer, and desk space to accommodate the Project Team.

- Provide the necessary billing reports to balance billing in the legacy system to enQuesta during the Go-Live period.
- Verify trial balances for accuracy and grant final authorization to proceed during the Go-Live period. This concludes the Go-Live preparations.
- After the execution of the Simulation & Go-live Plan and the official Go-Live, assume primary responsibility of the CIS Solution and its day-to-day management and support.
- Provide reasonable assistance to Subcontractor for Project Close activities. Project close activities are focused on initiating production operations in accordance with the Project management plan, and enabling effective utilization of the Software application with minimal disruption to business operations.
- City agrees to Project Responsibilities Matrix in Appendix C

**4.0 PROJECT SCHEDULE of WORK, APPROACH AND DELIVERABLES**

**4.1 Schedule of Work and Tasks.**

| SCHEDULE OF WORK | | |
|---|---|---|
| **Task #** | **TASK Description** | **Duration in Months** |
| 1 | Mobilization | 1 |
| 2 | Planning | 1 |
| 3 | Business Process Review & Data Mapping | 2 |
| 4 | Configuration & Data Conversions | 2 |
| 5 | Training | 1 |
| 6 | Product Testing | 2 |
| 7 | Simulation | 1.5 |
| 8 | Go-live | 1.5 |
| 9 | Monitor and Control | 1 |
| 10 | Close | 1 |

**4.2 Mobilization**

The following activities will occur during this stage of the process:

- Project Kick-off meeting. Key team players and support staff will be introduced and each team member's responsibilities will be described. Contractor and Subcontractor will provide an overview of Scope of Work for the City. The City will provide access to working space and other access and support as described herein.
- The Subcontractor will finalize and purchase all software and hardware necessary (on the City's behalf to be licensed to the City of Shreveport) for the Project. enQuesta is a perpetual software license. The hardware purchase and licenses will be in the City of Shreveport's name. Refer to the End User License Agreement and S&S' 2010 Annual Support Guidelines for the terms and conditions of the software/ hardware maintenance.
- Subcontractor will be responsible for installing the hardware and associated system and operating software during this period.
- Subcontractor will build and install the enQuesta software on the required environments.
- Deliverables from this phase of the Project include:
    - Installation of new hardware and associated operating software.
    - Installation of new CIS/Billing System hardware and software.

**4.3 Planning**

Activities performed prior to the start of Project Execution by the full Project team include:

- Preparation of the work spaces and access to required systems by the City.
- Development of the Project Management plan (see below) by Subcontractor
- Review and approval of the Project Management plan components. In conjunction with Subcontractor, Contractor will prepare and schedule a Project kick off meeting just prior to the start of Project Execution.

Deliverables from this phase of the Project are a Project Management Plan that includes:

- Communication Plan
- Staffing Management Plan
- Risk Management Plan
- Updated Project Schedule if required to accommodate any mutually agreed upon scope change.
- Change Management Plan
- Formal Project kick-off

**4.4 Business Process Review & Data Mapping**

- Subcontractor will perform the design of the new CIS/Billing system.
- Subcontractor will start mapping the business requirements to the new software.
- Prior to the start of the design of the system, The City Project team members will participate in product training for one week with more in depth training for both the project team and end users to occur later in the training phase described below in section 4.8. The purpose of this one week of training is to provide the City's Project Team Members with a working knowledge of common processes in enQuesta in preparation for Business Process Review (BPR) participation. This training will be conducted by the Subcontractor on City's site. Subcontractor will provide instructors and materials for training. The City will provide training rooms, computers, and other equipment, including overhead Projectors and white boards. Subcontractor and the City will schedule training together. The City will ensure that all expected participants are available and present for the entire training period in order to properly prepare the team for Project Execution and knowledge transfer.
- The Subcontractor will work with the City to create the new system to provide functionality in Appendix A.
- During this phase the City may request minor changes to the process flows, forms or reports. **It is agreed no major changes are required to meet all the functionality requirements in Appendix A or to manage the current process flows or to produce screens that the City has agreed will satisfactorily replace current standard screens in use.** As part of the business process review, Subcontractor will make recommendations on best practice business processes that will be needed to meet the aforementioned functional requirements. Any additions to process flows or standard screens and reports not in place and utilized under the current CIS/Billing system or included in Appendix A, that are requested by City, will be subject to a written change order.
- The City agrees to utilize the functionality and configurability inherent to the enQuesta software which will meet the Cities business requirements listed in Attachment A. The goal of the business process review is to align the City's business processes with the capabilities of the CIS Solution. There will be an enQuesta standard workflow review period with Subcontractor and the City to present the City with the enQuesta standard workflows and conduct a gap analysis to identify any gaps in key business processes that may require re-configuration or system modification.
- The adaptation of enQuesta standard workflow does not require system modifications. System modifications will be implemented only as identified in negotiations and/ or upon City request and if the appropriate change order has been approved by both parties.
- For any processes that require a system modification post enQuesta standard workflow review, in addition to the modifications and interfaces described in this statement of work, Subcontractor will document those modifications for each process flow in the Business Requirement documents. The City must approve and sign-off on the Business Requirement document(s) before any new modifications/interfaces are developed.
- Subcontractor will conduct a discovery session with the City to review their business process requirements, existing processes and requests to change or improve business processes.

- Subcontractor will then present and review the proposed enQuesta workflows (using standard configuration where possible) in a discussion format with the City. If agreement on a workflow is achieved (once it is presented and discussed), then Subcontractor will document all workflow decisions for each module in a BPR Decisions Document for sign-off by the City. This document will be used as a basis for configuration.

- The business requirements for any modifications or custom interfaces indentified in the Business Process Review phase will be documented in a Business Requirements Document (BRD) for sign-off by the City.

- In order to adhere to the critical path of the project plan and the cost scoped for the timeline of the project, the first data cut will be delivered to Subcontractor within sixty (60) days of notice to proceed. The first data cut needs to include tables necessary to create accounts, customers, locations and any other pertinent files/tables to be determined by the City and Subcontractor. Subsequent data cuts for histories, collections, and add-on's (i.e. Backflow, GIS data, etc) will be provided according the mutually agreed upon project plan.

- Subcontractor will determine data mapping rules with assistance from the City and put these into the data mapping document to be delivered and reviewed with the City for sign off. Assistance from the City will be required in the following areas:
- Providing data cuts for all extracts needed within the project plan
- Provide table relationships
- Provide entity(field) descriptions, use, and potential values (if applicable)
- Clean up erroneous data when possible

- The following information will be converted:
  - Service streets (Geographical street names as related to service areas)
  - Metering devices (Meters and related reading components)
  - In-stock meters (Meters held in inventory, not installed)
  - Balance table (All outstanding account balances, converted as receivable only, by date) Premises (All data associated with Service addresses)
  - Customer accounts – to include all customer accounts. Any cleanup of accounts will occur on the legacy system prior to conversion.
  - Personal information (All customer related account data)
  - Contact information (Subset of personal information relating to contact address and phone numbers)
  - Notes (Converted individually by date provided that each note currently has a date and is able to tie to a premise or account number. If not, they will convert into one large note.)
  - Account balances
  - Consumption history – 3 years
  - Payment History – current year plus 3 years
  - Financial Transaction History- current year plus 3 years
  - Meter Inventory Transaction History – only to include original purchase information and original set date (first date of installation). Movement of meters and other transactional data will not be converted
  - Billing history ~~for individual transactions only~~ – 3 years. Includes billed, payment and adjustment amounts, cleared financial transactions such as charges, credits, payments, fees, bills Does include breakdown by service, previous balances. (Assuming legacy system can provide data by service). It is agreed that the Subcontractor cannot guarantee that the billing history can be converted to enough accuracy to report off of. Since there is traditionally no way to "balance" history tables, and given the additional detail enQuesta requires, it is recommended that any financial reports needed prior to the enQuesta go-live, be generated off of the existing CIS solution. Subcontractor will work diligently with the City to get the history as accurate as possible.
  - Unbilled meter readings
  - Deposits and prepayments
  - Services (Service information relating to meters)
  - Work Orders for the past 3 years
  - One record per account will be converted to bring forward credit rating standing. No other credit history details will be converted.

- The following information will not be converted, but entered in by City after the final conversion:
  - Payment arrangements, including installments
  - All outstanding/pending service orders
  - All other data not specifically mentioned will not be converted without a change order. This includes, but is not limited to:
    - Valves, and Taps including but not limited to:
  - Hydrants

- Corp Taps
- Curb Stops
- Main Line Valves
- Fireline Valves

  Billing/Financial history not specifically outlined above. (including rate tier distribution by bill, and any detailed pro-ration data which legacy system may contain).

- Premises and accounts will not be combined as part of this conversion. Examples of this would include taking multiple accounts, and merging them into one account. If the City is able to identify unique attributes for customers (persons) Subcontractor will make every effort to combine as many customers as possible. This will allow a person to be on the system once versus multiple times.

- All data fields will be defined either in the database (for Oracle and Access data) or in a separate data dictionary in electronic format or by a legacy system document that contains at a minimum:
  - Field name, matching field name in the data file provided
  - Field length
  - Business use of the data
  - Data type (e.g. text, numeric, date etc.)
  - Data descriptions where it is not obvious or being used for a different description in the field name
  - Validation criteria: acceptable values and or valid numeric ranges
  - Corresponding field names in the legacy system user interface (UI)

Deliverables:

- Training materials for Pre-BPR Training courses
- Completed Pre-BPR Training courses
- BPR Decisions Document
- Data Mapping Document
- First Data Cut

**4.5 Configuration & Data Conversions**

The Subcontractor will work with City to reach agreement on the configuration. The Subcontractor will then map the final configuration requirements to the New CIS/Billing System by filling out configuration worksheets when deemed necessary and mapping them to the New CIS/Billing System tables. The City agrees to respond in a reasonable amount of time (defined as no more than 5 business days) if information is required to finalize the configuration of the system.

- The goal of product configuration is set up the enQuesta system to emulate the business requirements and workflow steps finalized and signed off in the BPR project phase. Subcontractor assumes primary ownership of product configuration with assistance from the City in finalizing product configuration templates to submit to Subcontractor for input into the enQuesta system.

- In conjunction with subcontractor, the City will fill out and complete a number of product configuration templates to facilitate the set up of rates, work orders, financial transaction codes, security, new sites and a handful of other functional areas.

- Subcontractor will then use the product configuration templates finalized by or with help from the City and the Business Process Review Decisions document to configure the live enQuesta system in its entirety according to the City's specific business requirements and workflow needs.

  - Subcontractor will build data conversion programs and a process to execute data conversions to support Business Process Review, product configuration, testing, training, simulation, and go-live phases of the project. Prior to the Simulation, extracts will occur as needed to create a repeatable, accurate extract. Typical conversions of this size require a minimum of 2 full extracts to occur before Simulation. Both simulations and the go-live event will each require full data extracts. Through these extracts the team will be balancing several cycles of billing for statistical accuracy; it is not the Subcontractors intention to bill all of the City's accounts with these few extracts. Conversions may be run multiple times against any of these extracts. .

Deliverables:

- Roll-out of New CIS/Billing System with converted Customer data
- Completed configuration worksheets
- Security design matrix
- Configuration of new system

- At least two conversions prior to simulation and go-live
- Data validation & Conversion balancing

**4.6 Training**

The Subcontractor will train the City user base in full, first the project team members after configuration and prior to testing, then the end users typically right before or right after Simulation to prepare the City user base for system testing, Simulation and Go-live. All training, save for the Pre-BPR training referenced above, will take place on City converted data with City specific configuration and workflows defined during BPR.

- The City is responsible for populating the user training matrix, provided by Subcontractor, which outlines all training participants by job function. This document identifies all participants in each training program.
- The City will assist Subcontractor in identifying the appropriate courses for each participant through a joint training requirements analysis meeting.
- Subcontractor provides the City with a User/Training Matrix. Training includes one session for each course listed in the Matrix. Subcontractor may adjust the course offerings and durations at any time.
- Subcontractor will work with the City to identify the appropriate courses for each participant through a joint training requirements analysis meeting.
- The City is responsible for providing training facilities capable of accommodating the number of users to be trained identified in the Training Plan. The training facilities will accommodate 15 users per classroom, with an individual workstation for each user. Each workstation must meet the minimum PC requirements.
- Subcontractor will develop training calendars/schedules for each training event.
- The City receives a single complete set of all training materials, made available via the enQuesta Customer Web Portal. Materials are provided in electronic portable document format (PDF) for distribution to as many users as required and can be produced in unlimited copies for use by the Client. Documentation includes:
  - Standard Process Assistance Guides
  - Standard User Guides
  - Standard Training Documentation
  - Standard System Administration Guide
  - Standard Reports Catalog
- The City is responsible for ensuring appropriate time is made available for users to participate in every training course they are enrolled in, according to the finalized User/Training Matrix. If users are not provided with such time, it is the City's responsibility to provide training at a later date. Subcontractor will provide a class schedule, however, it is the City's responsibility to notify and get participants to the class.
- It is the City's responsibility to ensure that users attend classes in a punctual manner. The City is responsible for training all users who require additional training due to late arrivals or absence. In developing a training schedule Subcontractor will allow up to 2 open lab sessions per week, for makeup classes as needed for competency proficiency and other causes. These sessions typically last between 1 and 3 hours in length.

  Deliverables

  - User/Training Matrix
  - Project Team and End User Training Classes

**4.7 Product Testing**

The goal of product testing is to ensure that the enQuesta system with City specific modifications, interfaces, configuration, and conversion data functions optimally and in a mutually agreed upon acceptable manner based on the workflow, configuration and conversion decisions made in the previous phases in the project. Subcontractor will employ the testing phases listed below to facilitate this.

The Subcontractor will develop a formal, detailed test plan and present it to City. The City must approve and signed-off on the test plan before Subcontractor moves forward with the test.

Prior to the following testing phases, the City will create all test cases for business processes, modifications and interfaces to be used for Functional and System testing phases, and Subcontractor will build a spread sheet of enQuesta processes that need to be tested as part of Unit, Configuration, Functional and System testing. This can serve as a table of contents or check list for creating test scripts.

Three (3) years of legacy data shall be converted (please refer to section 4.4) prior to the start of system test to ensure that a production ready environment is validated. The detailed billing history, while converted to show bills and bill amounts, will not be as detailed as the billing history which will be created "new" on enQuesta once up and running. This is due to a lack of detail available from the legacy system for conversion. Also, conversion will be validated through statistical review of the data by both the Subcontractor and City as part of testing; however there is no accurate way to balance historical data to the penny. As a result it is highly recommended that the City produce all monthly and annual reports of data needed from the Legacy system once go-live is achieved. Re-producing as the test is executed; results and any defects are tracked by the Subcontractor on a daily basis and reported to the Contractor and City Project Management team. Tests are re-run as needed to correct any defects.

- Unit Testing
    - Unit testing takes place to ensure that the enQuesta code performs as designed by Subcontractor developers and as specified in the Business Requirement Documents (BRD's).
    - Subcontractor will complete unit testing for all product modifications and interfaces.
- Functional Testing
    - Functional Testing entails testing individual enQuesta workflows, modifications and interfaces on their own to ensure accurate functionality and results. Functional testing focuses on ensuring that each process functions on its own, independent of the dependencies and the context of other processes that may be run before, after or concurrently. The goal is to make sure that each enQuesta workflow, modification and interface functions as designed with City specific configuration and conversion data before testing in the context and sequencing of the City's daily, weekly, monthly, etc., work schedule.
    - The City is responsible for all functional testing using their test scripts and list of processes to test as a guide.
    - Subcontractor will conduct limited functional testing based on business critical enQuesta processes to ensure sufficient functionality before the City executes functional testing.
- Integration ("Day in the Life") Testing
    - Integration testing entails testing enQuesta workflows, modifications and interfaces in the order in which they are meant to be performed on a daily, weekly, monthly, etc. basis with a greater focus on daily balancing, report results and testing multi-step processes from start to finish. This testing will take place with City specific configuration and conversion data. Note that this testing is not a system parallel in which the City is meant to input their daily/weekly work in duplicate into both the legacy and enQuesta systems each day. The intention of integration testing is to devise a test plan that executes business critical workflows, modifications and interfaces based on the state of the data in the conversion of the test instance.
    - Subcontractor will execute one (1) Integration testing period to last one (1) week.
    - The City is responsible for all integration testing and devising an integration test and daily/weekly work schedules using their test scripts, and list of processes to test as a guide.
    - As testing issues are identified, Subcontractor will report issues in a timely manner and in writing. Subcontractor will log and track all testing issues in a system called Test Track Pro (TTP).
    - Subcontractor will provide onsite support for the integration testing period during which the City will execute integration testing by taking a one (1) week period to execute enQuesta workflows, modifications and interfaces in the order in which they need to be performed to emulate the City's work schedule.
- Test System Acceptance
    - ~~As a final step of the testing phase upon the satisfactory completion of the above testing phases, the City is responsible for approving the system functionality by signing an Integration Testing Sign off form to allow progress to Simulation.~~ As a final step of the testing phase, upon the satisfactory completion of the testing phases, and when the system is materially free of defects, City is responsible for signing an Integration Testing Sign off form to allow progress to Simulation. Material defects, affecting signoff, will include any items considered a "showstopper" or "high priority" as defined below
    - Time and priority commitments for response to operational critical issues
        - Showstopper (Customer is down)
        - High (The issue is a business critical issue but it is not preventing all users from getting their work done)

- Medium (The issue has a work around that the customer can use until the issue has been resolved)
- Low (This issue is usually either cosmetic or requested functionality that will be considered for a future version) While no system is ever entirely defect-free moving into Simulation and go-live phases, the system shall be materially free of defects, such that workflows can be executed with success during Simulation.

- City sign off is expected within three (3) days of city receipt of said document, if it has determined the system is materially free of defects.

Deliverables

- Test Plan
- Test Scripts
- List of Processes to Test
- Completed, successful system test
- Test System Acceptance

**4.8 Simulation**

After the successful completion of and sign off on the testing phase, the City will initiate one Simulation go-live to take place prior to the actual go-live weekend. This simulation will provide a 'dry-run' of the Go-live activities. The City is responsible for testing all business processes, including modifications and interfaces, during Simulation. Subcontractor will participate by aiding in the Project Management, providing onsite support for one week for the Simulation and responding to and resolving issues.

The Simulation will be a practice for go-live, and as such will begin with a conversion taking place over a weekend with enQuesta workflow processes and balancing to commence and last for the subsequent two (2) weeks. The intent is not to parallel the legacy and enQuesta system exactly for two weeks. Goals of Simulation include:

- Executing and balancing a successful conversion (usually includes weekend work)
- City input of open work orders, cash and any items that have been identified as post conversion activities that need to be completed before actual go-live could occur
- Timing of above activities to ensure they can be executed before day one of Go-live. The results of these timings will be used to update and perfect the go-live plan.
- Balancing at least one billing run/set of cycles
- Producing and printing bills on live bill print stock
- Executing all the City's daily and weekly workflows (e.g., entering cash, credit and collections, work orders, new site creation, etc.)
- Reconciliation activities - Balancing Cash, AR and Deposits
- Executing all relevant interfaces
- End user practice of daily work

The City will assist with and sign-off on a Simulation & Go-live Plan.

The City will make available resources in conversion and business functional areas during the Simulation period (including weekends if necessary) to support Simulation activities.

The City will execute daily business processes and workflows as per Simulation & Go-live Plan.

Subcontractor will create Simulation & Go-live Plan with City assistance.

Subcontractor will execute conversion activities over Simulation period (including weekends if necessary).

Subcontractor will support Simulation activities onsite for one (1) week as per the Simulation & Go-live Plan.

Deliverables

- Simulation & Go-live plan
- Successful execution of Simulation conversion and activities

**4.9 Go-live**

"Go Live" indicates the date on which the CIS Solution is operating in a production environment at the City's primary place of business. Business operations and daily processing are being performed by the CIS Solution and it is the primary system of record for the City. The Subcontractor PM will lead the Go-Live activities and is responsible for developing and executing the Simulation & Go-live Plan, which details the activities and sequence of events to take place leading up to the Go-Live.

- The City shall setup adequate facilities to be used as the central base of operations throughout the Go-Live period. The facility must have the basic infrastructure to adequately support the Go-Live activities including power sources, network access, internet access, phone, printer, and desk space to accommodate the Project Team. The Subcontractor Project Team will use the facility as its core staging area for issue resolution and triage, as well as deploying subject matter experts to the field for support.
- It will be necessary for the City to provide the necessary billing reports to balance billing in the legacy system to enQuesta.
- City shall verify trial balances for accuracy and grant final authorization to proceed. This concludes the Go-Live preparations.
- After the execution of the Simulation & Go-live Plan and the official Go-Live, the City will assume primary responsibility of the CIS Solution and its day-to-day management and support. The City is responsible for primary support of business processes and end users.
- The Subcontractor Project Team, including the PM and Business Lead, will be onsite the weekend before Go-Live. The primary responsibility of the Project Team at this point is to ensure a smooth beginning of the cutover activities. Additional members of the Project Team may be deployed throughout the weekend to conduct onsite testing, data validation, and the final billing parallel.
- The Subcontractor Project Team will remain onsite during the three (3) weeks of Go-Live to assist in any issue resolution, as well as to provide mentorship, guidance, and support.
- Upon conclusion of the Go-Live and the first three (3) weeks of production, the Subcontractor will provide a combination of remote and onsite support services for the initial sixty (60) days of production use. Outstanding issues are documented and prioritized. Regular status reviews between Subcontractor and the City will be held to review outstanding issues.

Deliverables

- o Simulation & Go-live plan
- o Successful execution of Go-live conversion and activities

4.11 Monitor and Control

The Monitor and Control process is performed throughout the Project. The Project Managers continually monitor the Project for issues, risks, performance, and quality for the duration stated in Section 3.0. On a monthly basis, the Subcontractors Project Manager or designated Support resource will hold a meeting and provide a status report along with a detailed report on any issues that are impeding the successful on-time completion of the project.

Deliverables

- o Monthly Status reports from Subcontractor to TWT and City

4.12 Close

Project close activities are focused on initiating production operations in accordance with the Project management plan, and enabling effective utilization of the Software application with minimal disruption to business operations. City will provide reasonable assistance to Subcontractor for these activities. The specific activities to be completed by Subcontractor for City's approval in this phase include:

- Execute production transition communication plans
- Plan and prepare for production cut-over
- Perform production transition of new system
- Perform final data conversion

- Monitor systems operation and make technical adjustments as necessary to optimize performance
- Plan and manage the deployment of system components, training and communications to all sites and users
- Provide post production support for 60 days
- Close Project

Deliverables

- Project close report

**5.0 PATCHES AND FIXES**

Subcontractor is responsible for applying all application updates and fixes released by the Software Provider during the course of the Project. Updates and fixes will be released through maintenance release updates.

The Subcontractor will also provide the training to allow the City technical support team as directed by the Subcontractor to utilize, find, analyze, download and install application patches and updates after the enQuesta CIS/Billing System is on-line and fully operational and day to day support becomes the responsibility of the City IT Department.

**6.0 BATCH PROCESSING**

Subcontractor will be responsible for configuration of the batch processing cycles and alerts. enQuesta is designed to run all the batch processes during the normal shift to eliminate the necessity of "lights out" processing and a second shift. The City will still have the option of running some of the key processes in a "lights out" mode. The processes include billing, daily update and credit refund processes.

**7.0 CONTACT INFORMATION**

Point of Contact for this Project

Al Work – 985-549-3177
Triton Water Technologies
1514 Martens Drive
Hammond, LA 70401

**8.1 Additional Service Rates**

Below is the hourly rate used to calculate the costs for additional work that is out of the scope of this Agreement. No additional work out of the scope of this agreement shall be undertaken by Contractor or Subcontractor without the approval of the city through the Director of Operational Services in writing in advance, including a maximum cost for such work.

| # | Resource Title | Resource Role Description | Hourly Rate |
|---|---|---|---|
| 1 | Blended Standard Rate | Blended Standard Rate | $228.57 |

**8.2 Travel Expense Policy**

Travel expenses are included within the Subcontractors blended standard rate covered in section 8.1.

**9. ASSUMPTIONS**

City will provide reasonable Project resources as identified in this Statement of Work, such as members of the Steering Committee, Project Manager, Process City's/Subject Matter Experts, Technical Experts, and other team members to provide information and feedback for the activities in the scope of this Statement of Work as well as execute and perform assigned tasks.

Project Planning and Execution will take place on City's site and remotely at Subcontractors site. Subcontractor will be furnished with Project supporting environments and equipment. In addition, Subcontractor personnel will be granted appropriate access to the site and related buildings/structures to enable them to perform their work outside of normal working hours.

All Project Execution tasks will be conducted at the City's facility or offsite at the Subcontractor's office located in Williston, VT as determined in the project plan. Post implementation work will be a combined onsite and offsite presence as deemed appropriate by the Subcontractor.

- City will provide a Project Manager to coordinate the resources and activities of this Project.
- City will provide reasonable access to all appropriate documentation and systems.
- City will use reasonable efforts to resolve all Project issues that are the City's responsibilities in a timely manner. The City will respond to activities which will have an impact to the project timeline within 5 business days.
- City will provide remote access for the consultants working offsite.
- City will provide management representatives who will have the authority to make key decisions as they occur. Decisions will be made within a reasonable amount of time from when the issue is first presented.
- Please refer to the Project Responsibilities Matrix in Appendix C.

## APPENDIX A

## FUNCTIONAL REQUIREMENTS

*Functional Requirements will be finalized after meeting with enQuesta.*

Generate Water and Sewer Bills:

- Bill file with CASS certification and USPS reports (CASS certification and USPS reports are via an interface to City's CASS certification vendor, see Appendix B) (this will need to update the enQuesta DB)
- Bill on Cycle
- Create Works Orders
- Handle billing of Municipal accounts
- Transfer account information and monies
- Transfer payments automatically between accounts
- Both Test and Production environments
- E-Bill capabilities
- Levelized billing
- Third Party Billing
- Landlord Billing
- Consolidated billing
- Tower (deduct) meters automatic billing
- Industrial Accounts with special sewer calculations
- Multiple miscellaneous recurring fees
- Written courtesy reminders (written and/or email)
- CASS certified bills (see Appendix B)
- Itemized statement billing with special fees listed (safe water, grease fee, security fee, etc)

Account Management Functions:

- Customer Account automatically comes up when customer calls in on account phone of record.
- Ability to bring up actual image of customer bill for the last three years.*
  *Only for bills produced on the new enQuesta billing system. Old bill prints will not be available
- Management of existing receivables.
- Management of past due accounts
- Creation and management of customized payment schedules
- Creation and management of special billing circumstances.
- Creating and closing new and old accounts.
- Disconnect status interface – This is a temp file coming from Checkfree from the remote locations to indicate they have received payment. Shreveport would like this posted as pending and to auto void or create turn-ons from the "notice'. A reconciliation file will come at the end of the day to add more to the list.
- Bad check file interface – Checkfree sends a file of all the NSF's. Bank's send a paper check.
- Stop payments by check when habitual bad checks (more than 2 in 12 months)
- Automatic monthly bank draft
- Internet payments
- Payments over phone
- Credit card payments
- Retain cell phone, e-mail, identification information
- Credit rating – Excellent, good, fair, bad
- Automatic work orders
- Generate work orders
- Close work orders
- Field op/billing work orders on same system.
- Update of work orders in the field via laptop
- Flat rate sewer account billing – (no water service)
- Flexibility in rates – rate table
- Pro-rated billing for service days
- Cycle billing (cycle, and reading sequence)

- Real time premise address verification
- Disconnect process (no service interruptions on certain days)
- Holiday tables – City and Banking
- City payments
- Adjustments and refund of deposit/overpayment
- Average winter month consumption – calculated annually for existing customers. For new customers who have not established AWMC, sewer will be based on actual water consumption plus monthly sewer fee, or the flat rate sewer charge, whichever is less.
- Audit log
- Notes with account
- Bad debt write-off
- History for a minimum of 3 years. Includes billed, payment and adjustment amounts, cleared financial transactions such as charges, credits, payments, fees, bills, etc. This does include breakdown by service, previous balances.
- A "no disconnect flag"
- Tax exempt flag
- No-deposit required flag
- No deposit required with good credit
- Sales tax code
- Collection agencies
- Grease permit flag
- Account maintenance fee assessment
- Balance-due threshold for non-pay bill processing
- Multi meter accounts

Other Functions and Features:

- Return item processing (NSF) including automatic letter and Work order to remove meter
- Handle manual & automatic readings
- System Documentation
- Meter inventory and controls (purchase date, cost, location tracking)
- GPS meter coordinates for accounts
- Landlord Account management
- Integrated Voice Response for Maintenance, notification, etc
- Integrated Voice Response Email notification
- Test Environment for use in training and testing system

## APPENDIX B

### Required Interfaces

Interfaces to the billing package...

- Payment file (ex: Internet, Checkfree, Mailroom processing, etc.)
- Meter readings file from Itron and Read Center
- NSF items
- Address verification

Interfaces from the billing package...

- Bill Print file
- General Ledger file into Famis
- Refund check file
- Cashier balancing file (payments & reversals)
- Disconnect status file
- Meter reading interface with Itron MVRS meter reading system
- Reading interface with Badger Read Center. This is an on-demand reading AMI system.
- GIS - We will provide a hot link within the enQuesta inquiry portal to provide one way GIS lookup.
- Bad Check file
- ACH Payment file sent to bank
- Internet payment file sent to bank
- Collection agency file (monthly & quarterly)
- ReportWeb Billing Register file

APPENDIX C
Project Responsibilities Matrix

## Initiate Phase

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Ownership | |
|---|---|---|---|---|---|
| | | Subcontractor | City | Subcontractor | City |
| Project Kick Off Meeting | Action | X | | | X |
| Joint Project Management Plan Developed | Word Doc | X | | | X |
| Hardware and 3rd Party Software ordered | Action | X | | | X |
| Hardware and Software Installed | Action | X | | | X |
| Business Process Information and Data requested and received | Action | | X | X | |
| Business Process Analysis Questionnaire template delivered | Word Doc | X | | | |
| Business Process Analysis Questionnaire completed | Word Doc | | X | X | |
| Prioritized list of legacy reports | Excel Doc | | X | X | |
| Project Documentation portal powered by SharePoint established | SharePoint | X | | | X |
| Conversion templates delivered | Excel Doc | X | | | |
| List of account types to select for data validation identified | Excel Doc | | X | X | |
| First data extract delivered to Subcontractor | Action | | X | X | |
| Test plan customization | Word Doc | X | | | X |

## Design

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Ownership | |
|---|---|---|---|---|---|
| | | Subcontractor | City | Subcontractor | City |
| Project Team BPA Training | Action | X | | | X |
| Business Requirement documents | Word Doc | X | | | X |
| Business Process Analysis Document | Word Doc | X | | | X |
| Business Process Review | Action | X | | | X |
| Test script creation | Word Doc | | X | | |
| Business process testing spreadsheet | Excel Doc | X | | | X |
| Data mapping plan | Excel Doc | X | | | X |
| Data validation template | Excel Doc | | X | X | |
| Data Mapping | Action | X | | | X |
| Training Plan | Word Doc | X | | | X |

## Build

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Ownership | |
|---|---|---|---|---|---|
| | | Subcontractor | City | Subcontractor | City |
| Product configuration templates completed | Excel Doc | | X | X | |
| Data Validation Template | Excel Doc | X | | | X |
| Initial Conversion | Action | X | | | X |
| Testing Acceptance Form | Word Doc | X | | | X |
| Modifications & Interfaces Delivered | Action | X | | | X |
| End User Training | Action | X | | | X |
| Simulation & Go-live Plan | Word Doc | X | | | X |
| Simulation Run 1 | Action | X | | | X |

## Activate

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Ownership | |
|---|---|---|---|---|---|
| | | Subcontractor | City | Subcontractor | City |
| Go-live – System in Production | Action | X | | | X |
| Transition to Support – Go-live + 90 Days | Action | X | | | X |

**APPENDIX D**
**Customized Reports**

**There are no customized reports within the scope of this project.**

APPENDIX E

# enQuesta Module Description – City of Shreveport, LA
May 4, 2010

## WebConnect Module

**Description:** The WebConnect portal is enQuesta's internet customer self-service module. This module allows customers to manage their account remotely 24/7. It is a highly configurable module allowing you to turn on and off various features, and we are constantly adding to it as new features and functionality are developed and requested by our customers. Here is a list of the current features:

- **Account Summary** – Current and historical account information that you want to make available to your customers.
- **Billing Details** – Current amount due, historical billing history and ability to view an image of the bill in pdf format. Link to export data to Excel.
- **Payment Details** - Current amount due, historical payment history and ability to view an image of the bill in pdf format. Link to export data to Excel.
- **Make A Payment** – Using the PayConnect* feature within WebConnect, customers can pay their account balance via credit card, debit card or e-check. Also provides customer with the availability to set up their account for EBPP (electronic bill presentment and payment).
- **Consumption History** – Provides current and historical consumption as well as consumption variance with prior year same period or prior months (text and graphs).
- **Service Request Summary** – A history of all service work that has been performed relative to this account.
- **Account Services** – Allows your customers to set up service appointments. The standard service order types provided are:
    - Request Payment Extension
    - Turn on & Transfer
    - Disconnect Service
    - Update Mailing Address
    - Sign up for EBPP
    - Questions & Comments
- **My Profile** – Administration portal in which customers can update contact information, password, and general account administration details.

***enQuesta PayConnect Description**
enQuesta PayConnect is our real-time, fully integrated, state-of-the-art payment gateway. PayConnect allows your utility to offer real-time payment processing to your customers from the convenience of their home through the Internet, IVR or Call Center payment channels. Your customers can choose from several options including one-time payment or recurring payment enrollment with email notification. We support a variety of tender types including most major credit cards, debit cards, pin-less debit, ACH and electronic checks. Your utility can select from a transaction fee model (where processing fees are paid by the utility) or a convenience fee model (where fees are passed on to the customer at no cost to your utility). The customer will be responsible for attaining, renewing and installing all security certificates (SSL) from VeriSign, or another certificate vendor.

### Account Management Module (Customer Service & Call Tracking)

**Description:** The Account Management module allows users to manage activities at the account level including capturing calls/correspondence, complaints, or inquiries made by customers. It allows users to create letters, note the account of various activities, and update the user/premise profile. Here is a list of the current features:

- **Account Lookup** - Flexible account retrieval methods including by: Name, Service Address, Social Security #, Meter #, Service order #, etc. When the spelling of a name is difficult, enQuesta's Soundex search option will allow the user to look up a name that 'sounds like' the spelling entered by the user.
- **Account Summary (At A Glance Information)** – Full display of all significant account related data including key premise related data, meter information, billing history (including bill image), consumption/reading history, payment history, key account alerts/statuses, service order information, account notes, aging, and credit related data.
- **Calendar** – Quick look up of key account dates through the use of a visual calendar which can be expanded. These dates can include billing dates, read dates, and collection dates.
- **Customized Alerts** – Account alerts can be built into system processes resulting in the display of key account data when an account is accessed by a user.
- **Quick Call Recording** – Quick ability for end users to record calls with configurable automated actions resulting. Reports can then be generated detailing the call types taken by individual user.
- **Configurable Inquiry Portal** – Define different views for different user groups to allow for pertinent information to be available on the initial screen. This is done through our Administrator's Portal.*
- **On-Line Help** – While enQuesta comes with standard on-line help, it also comes with Process Assistance Help which can be configured by the utility. Utilities have used Process Assistance Help to customize their workflows, have documents readily available to send to their end customers, and some have even uploaded their standard operating procedures guidelines.

***Administrator's Portal Description** - Through enQuesta's Administrator's Portal, various aspects of the solution can be configured including: user-specific layout of the main Inquiry Portal, field labels, Process Assistance Help content, Smart URL integration points, etc.

### Automated Service Orders Module

**Description:** This module allows users to create and process service requests with regard to account-related activity, new services, disconnects, and meter-related services. The utility has the ability to create new service order types as needed choosing different parameters based on the business requirements. These service order types automate data entry to quickly change information on a customer account and provides a visible history of work performed.

- **Customer Service Orders** (Quick orders for such things as alerts, diary notepad entries, recording of call types)
- **Transfer of Service** (Move Out/Move In, Move Out Vacant, Vacant Move-In, Revert to Landlord, Seasonal Disconnect/Reconnect)
    - **Auto Merge** – When Move Out and Move In orders are created for the same day and for the same account, the system can be configured to automatically merge the two orders into one Move Out/Move In order which helps in reducing multiple visits to the same premise.
- **Credit & Collections** – (Turn Offs, Turn-Ons, Pull Meter/Final, Auto-Void/Reconnect, NSF Processing)
- **Field Service** – Meter Related (Install, Exchanges, Repairs, Investigation, Testing)
- **Resolution Codes** – Upon completion of an order, users can select resolution codes which may result in the automatic creation of another service order request or a letter/email notification for the customer or both.
- **Miscellaneous Charges** – Charges can be associated with a service order with each being charge associated with a unique general ledger account number.
- **Scripting** – User defined scripts can be added to a service order prompting the user to ask the end customer specific questions. This information can be included on the service order when it is routed to the Field Operations personnel.
- **On-line Work Queue** – Daily job assignments and supervisor management of tasks. The work queue allows supervisors to have daily work assigned to various users and to manage any volume tasks through a simple user interface.
- **Service Order Scheduling** - This feature allows users to schedule service orders to an individual worker or crew. Specific work days and time slotting are taken into consideration when scheduling service orders. The utility can indicate how many orders of a given type can be scheduled in a given time frame or how many hours of a given day can be dedicated to a specific type of order.
- **Letters or e-mail** – Service orders and work orders can be configured to create documents or letters, which can either be mailed or e-mailed to the customer.
- **Mass Service Order Creation** – Through data extracts via the ad-hoc reporting tool, the utility will have the ability to create service/work orders based on any criteria.

## Meter Management Module (Meter Management, ERT Management, Meter Reading Management)

**Description:** The Meter Management module tracks meters and associated devices such as ERTs throughout the system from input into inventory through disposal. Device description, status, and history data are captured and maintained with detail regarding installs, removes, test results, repairs, etc. Shipments of new meters can be quickly added to inventory.

- **Inventory Management** - Utilities can import meters and devices through automated interfaces, mass entry or by individual quick entry. ERTs, MXUs, MIUs, and other attached devices can be either "married" to the devices upon entry into inventory or in the field when installed. Device inventory allows for the storage of frequencies, register information, and purchase information.
- **Inventory Tracking** – Device inventory can be tracked from pre-inventory to inventory to truck to property through the use of scanning equipment or through a simple user entry routine.
- **Mass Replacement Programs** – enQuesta has routines which will allow you to identify groups of meters to either inspect or replace. These automatically created service orders can be unscheduled to allow for the utility to schedule as needed.
- **Meter Testing** – Meter testing information to store as-found, and as-left Information can be stored starting from the initial import into inventory. For larger meters, regularly scheduled testing can be scheduled per utility requirements.
- **Meter Location** – Location information such as descriptions, drop down selections, and GPS coordinates can be stored for each meter.
- **Meter Reading Management** – Route scheduling can be organized by route, group of routes, or by cycle as needed. For manually read routes, re-sequencing can be done either within the enQuesta software or through the meter reading system interface. Meter usage tolerances can be set-up by various account groups and rates, to allow the utility to get the most accurate read possible.

## Rate Management Module

**Description:** enQuesta's comprehensive rate engine handles a myriad of simple to complex rate structures for residential, commercial and industrial customers. The plug-and-go capability allows authorized users to enter and configure rates quickly without needing assistance from S&S. Rate changes are easily accommodated and maintained through enQuesta's rate history table enabling pro-ration across billing periods without the need for human calculation.

- **Ease of set-up** – enQuesta's new v4 rate table allows utilities to easily set-up rates and even copy rates to allow for reduced steps. Rate changes need not require entirely new rates to be entered; rather, only the parts of the rate which have changed can be modified. For water utilities, they can now have variant service charges by meter size all attached to just one rate.
- **Re-Occurring Miscellaneous Charges** – enQuesta allows for many different flat charges to be applied to accounts. Flat charges can be charged by counts or by individual property information. (For example, acreage or square footage). These flat charges can be billed on accounts with or

without meters. These charges can be assigned to various services such as water, sewer, and/or stormwater.

- **Proration** – The rate table allows for the utility to decide on which pieces (if any) of a bill will be prorated. This can allow for how service charges and consumption charges are handled differently.
- **Auto Estimate Re-Calculation** – enQuesta's rates allow the utility to set-up by rate, the ability to automatically have the system cancel and recalculate any bills which were estimated prior to the current actual read during normal billing. The ability to decide this at the rate level gives the utility maximum flexibility.
- **Taxes & Surcharges** – Almost unlimited taxes and/or surcharges can be managed with effective date for rates and by customer location. This allows the utility to simply add/change configuration tables vs. contacting the software vendor for changes.
- **Sewer Industrial Waste** – enQuesta's rates have the ability to charge for Industrial Waste by PPM. This usually includes TSS/BOD/FOG and others. Users can simply enter the lab results into the enQuesta Industrial Waste Table and everything else is automatic.
- **Fees/Credits** – Individual fees, such as reconnect fees, can be automatically tied to events, such as service orders, or can be manually assessed as needed. These fees and credits can carry any billing description and can be assigned to any general ledger account number.

## Utility Billing Module

**Description:** The Billing module automates the processes necessary to bill water, electric, natural gas, wastewater, refuse, and stormwater customers beginning with the Pre-Billing (on-line edit) through the Bill Calculation and Billing Update.

- **Pre-Billing** – Customizable parameters to review only accounts which fail usage validation. Both individual and mass estimating routines will allow for operators to easily fill in missed readings with accurate utility defined rules.
- **Anytime Billing** – Billing for residential, commercial, industrial, and master-sub accounts has been architected to allow the utility to run a full billing, including updates, during normal business hours without affecting your users.
- **Bill Print & Document Design** - Through enQuesta's Document Designer* module, the utility will have full ability to modify and create documents at will, including their bill print.
    - o With enQuesta's Bunch Codes, processes can be set-up to automatically have the system out-sort bills. (Note: Bill Print design could have restrictions depending on Bill Print method or 3rd Party Printing Vendor).
    - o Flexible Bill Message options are available through the Bill Message table. Messages can be set-up to target specific customers, customer groups, or the global customer base.
- **Automated Adjustments** – enQuesta includes rates which will allow the utility to configure adjustment rules to allow the system to automatically reverse and replace estimated bills with no user intervention. enQuesta also has user initiated reversals and replacement bill adjustments in which the system automatically takes care of the calculation, posting, and general ledger entries.
- **Standard Reports** – enQuesta comes with Billing Journals and reports to allow the utility to validate, review, and balance all billings.
- **Loans** – Simple interest loans can be set-up to bill both principle and interest. Payoff routines will allow the CSR to easily communicate payoff amounts
- **Mass Bill Cancel** – For drastic situations where an entire bill run was created with errors, enQuesta will allow a mass bill cancel versus users having to complete individual billing adjustments on each account.
- **Inter-Department Billing** – For other departments which are being billed for utility services, enQuesta allows for the back office transfer of funds versus mailing bills and managing account balances.

***enQuesta Document Designer Description**

The enQuesta Document Designer is a graphical tool which supports the creation and editing of complex documents in an intuitive environment - allowing business users to visually create and edit complex documents such as bill prints, service orders and letters/notices - with no programming skills required. The Document Designer can also be used to send bills and/or letters/service orders through e-mail and print simultaneously through the same process.

## Cashiering Module

**Description:** Our Payment Processing Module provides the ability to post real-time payments to your customer s' accounts.

- **Payment Sources** – Includes processing of cash in an on-line and/or batch mode; a complete audit trail showing source of payment which includes: over the counter, mail, lockbox, credit/debit cards (*must utilize PayConnect), donation/pledge management; and the ability to collect miscellaneous payments that are automatically associated with a G/L account # such as postage stamps.

- **Payment Posting & Allocation** – Ability to apply payments to a customer account in a user-defined hierarchy which is parameter driven; payments received appear on a customer's account real-time which aides in the Credit & Collection processes; a single payment can be applied against a single account, a single payment can be applied against multiple accounts, multiple tender types can be taken and applied against a single account, multiple tender types can be taken and applied against multiple accounts.

- **Tender Types** – Utility defined which may include: cash, check, money order, credit card, debit card (*must utilize enQuesta PayConnect), etc. The utility will also determine for which tender types 'cash back' is an option.

- **NSF Processing** – Ability to process returned checks and automatically place "returned" money back in the appropriate aging bucket; automatic assessment of NSF fee as well as ability to manually override NSF fee; allowance of various NSF types; ability to update customer's credit score based on NSF; maintenance of number of bad payments received on an account; automatic placement of account into cash-only status after 'x' NSF occurrences; automatic generation of letter to customer re: NSF status or automatic creation of shut-off service order for NSF occurrence.

- **Cash Only Status** – Includes automatic identification of a "cash only" account based on user defined criteria; alert pops up to notify cashiering of cash-only status; and ability to configure time period for cash-only status.

**Credit & Collections Management (to include standard credit point set-up)**

**Description:** The Credit & Collections Management module maintains comprehensive detail on customer credit, aged balances, payment arrangements, dispute billings, delinquent status, bankruptcies, write-offs, and supports an interface to collection agencies and an IVR system. Each of these processes can be configured to send letters to customers. Based on account activities, individual credit ratings are created using a configurable point system.

- **Flexible Penalty Rates –** In enQuesta, penalty rates can be different for variant account types. Also, through automated work flow actions, the CSR can simply record a call, of the correct type, and have the system automatically configure an account to be 'penalty exempt.' This option can be set as permanent or for a user- defined period of time. This option can be valuable for non-profit organizations, municipalities, or for other key customers.
- **Notices/Hang Tags/Automated IVR calls/Shutoffs –** enQuesta's configurable Collections Table will allow the utility to implement, and change as necessary, almost any collections process conceivable to the human mind. The Collections Table allows for which types of accounts you would like to select for the action in question. Reports can also be created through these functions. A small list of some of the most popular options used within the Table are as follows:
  - Age of money
  - Minimum/Maximum balance amounts
  - Maximum number of accounts
  - Type of accounts (Residential, Commercial, etc.)
  - Accounts with/without payment agreements
  - Budget amounts
  - Include/exclude accounts with Promise-to-pay extensions
  - Etc.
- **Payment Extensions** – Referred to as Promise-to-Pays (PTPs) in enQuesta. The CSR can quickly create Promise to Pay Extensions with very few key strokes. Along with quick creation, enQuesta also includes a PTP Management system to quickly notify or shut-off accounts who fail to meet their PTP terms.
- **Long Term Payment Arrangements –** Referred to as Installments in enQuesta. The CSR can quickly create Installments with very few key strokes. enQuesta also includes an Installment Management system to quickly cancel, notify and/or shut-off accounts who fail to meet their arrangements.
- **Disputes** – Through the work flow options, users will be able to create formal disputes which identify the bill in dispute, the expiration date, and reason for dispute. Disputes can be automatically identified within the Collections Table and either included or excluded from which ever process is being run.
- **Automatic Shut-Off Voids & Reconnects –** When used with the enQuesta Mobile solution, enQuesta's collection module can identify when an account is out for shut-off and automatically void the order when sufficient payment is received to avoid the disconnect. The Field Worker's unit immediately has the account removed from his/her work. Also, if the disconnect has already occurred, the system can be set-up to automatically create the turn on service order.

- **Refund Checks** – Credit refund routines will allow the utility to identify accounts which meet refund critiera. Refunds can come from various scenarios including deposit refunds, inactive accounts with credit balances, and active accounts with overpayments.
- **Liens** – Liens can be set up in enQuesta if your utility has a lien process or tax roll type process. Multiple liens can occur on the same account if required (this is an option that is currently not in scope for this project).

- **Exemptions** – Through almost all of enQuesta's Credit & Collection routines, exception processing can be set up to allow for individual exemptions. These exemptions can range from 'Life Support' type exemptions to group type exemptions like 'Non-Profit Organizations.' These exemptions exist for penalties, collection notices, shutoff notices, and more.
- **Extensive Deposit System** – Deposits can be stored as typical customer deposits or as non-financial type deposits like Bonds or Lines of Credit. enQuesta can automatically be configured to recommend the amount of deposit required by a customer directly from the Inquiry Portal.
  - **Deposit Increases** - As the customer's credit rating decreases, the system can recommend automated deposit increase amounts.
  - **Interest** - Deposit interest rate tables can be set up to allow for both the interest expense and the refund of the interest.
  - **Good Customer Refunds** – Per utility rules, processes can be set up to allow the system to automatically refund good paying customers.
  - **Deposit Transfers** – As customers move within the utility district, deposits can be transferred directly to their new account versus refunding the deposit and asking for a new deposit on their new account (only used when utilities allow deposit transfers).
  - **Deposit Refunds** - As customers move within the utility district, deposits can be refunded either through their account balances or through direct refunds.

## Financial Management

**Description:** Through enQuesta's Financial Management module, utilities are able to process adjustments which include monetary-based, usage-based, cancel/rebills, late pay reversals, and payment transfers. A full audit trail is maintained for each adjustment processed.

- **Adjustment Types** – Flexible adjustment configuration allows the utility to define descriptions for bill print and CSR viewing as well as defining what the adjustment will be used for. Example uses could include: simple money adjustments, penalty reversals, write-offs or write-off reversals, manual usage adjustment entry, etc.
- **Billing Cancel/Rebills** – enQuesta's simple user Interface for billing adjustments allows the user to reverse entire bills, including the associated General Ledger entries.
- **Payment Transfers** – Payment transfer routines allow the user to move payments from erroneously posted accounts to their correct accounts.
- **Write-off Reversals** – Payments received after an account has been written-off can be automatically reversed out of the bad debt expense account, reallocated to A/R, and paid down. The system will maintain running balances of what the write-off balance is.
- **Integrated General Ledger (G/L)** – enQuesta's system comes with a built in G/L system which has G/L entries created as a by-product of all financial updates. Through the G/L configuration tables, the utility's G/L chart of accounts can be mapped to the Integrated G/L which allows for a simple interface.

## enQuesta Reporting

**Description:** enQuesta's Standard Reports module provides a library of standard production reports to be used in conjunction with each module. These reports have various input options allowing users to obtain the results they are specifically looking for. The Reporting Portal offers users an additional level of reporting capabilities and the ability to access ad-hoc reports via a secure portal utilizing Cognos8. Through the enQuesta Query Layer, users can easily create reports without the need for programmatic intervention.

Following is a list of the standard reports included in enQuesta:

| General Utility Billing Reports | |
|---|---|
| Average Winter Consumption List | No Access List |
| Additional Customer Address Report (Third Party) | No Readings Print |
| Additional Premise Address Report/Landlord | Pre-Calculation Kickout Report |
| Billing Cycle Recalculation Kickout | Print Customer Rate File |
| Billing Cycle Register Print | Print Items Application Verification |
| Billing Frequency Rate Analysis | Print Items Billed Report |
| Billing Transaction File Print | Print Step Rate File |
| Block Use File Maintenance and Usage Report | Sales by Meter Size Report |
| Budget File Print | Sales by Rate/Year End Sales |
| Calculation/Month End/ Year End | Sales by Tax District (Monthly/Yearly) |

| | |
|---|---|
| Summary Print | |
| Call Tracking Report | Sales Tax Report |
| Contract List | Select Usage Report |
| Customer Contract List | Summary Rate File List |
| Duplicate Reads Report | Transaction Analysis Report |
| Final Accounts Calculation | Transaction History Print |
| General Ledger Distribution Print | Trial Balance |
| Landlord Lease Report | Usage History File Create and Print |
| Misc Tax Report (Monthly/Annual) | Usage Report |
| **Data Verification Reports** | |
| Accounts Without Meters or Items | Premises With No Active/Vacant Accounts |
| Accounts Verification Report | Print Items Application Verification |
| Address Verification Report | Range/Premise/Application Premise Information |
| Compare Master CIS Number & Sequence Number to Premise File | Summary Account Balance File menu |
| Customer with Active/Inactive Accounts | Verify Application Valve to Valve File |
| Duplicate Meter Report | Verify Rate/Classes Report |
| Inactive Accounts with Active Accounts | Verify Street on Premise File to Street File |
| Multiple Meters for One Customer Report | Verify Street on Range File to Street File |
| Owner's Address Report | Verify Valve to Application Valve File |
| Premise Verification Reports | Work Order Verification Active Customer |
| **Cash, Credit & Collections Reports** | |
| Audit Transaction | Deposit File Print |
| Bankruptcy File Report | Dispute File Print |
| Budget Estimation Report | Inactive Code Report |
| Call Tracking Report | Installment Agreement Report |
| Cash History Print | Late Payment/Penalty |
| Collection Agency File Report | Lien File Report |
| Collection Reason List | Miscellaneous Distribution |
| Collections –Shutoff Report Print | NSF Description |
| Credit Refunds –Credit Balance Report | Promise to Pay Report |
| Delinquent Calculation Print | Shut-Off Accounts |
| **Meter Reports** | |
| Accounts Without Meters or Items | Multiple Meters for One Customer Report |
| Duplicate Meter Report | Valve File Edit Listing |
| Meter (Device) File Print | Valve File Edit Report |
| Meter Inventory List | Valve List Reports |
| Meter List Reports | Verify Application Valve to Valve File |
| Meter Test File Print | Verify Valve to Application Valve File |
| **Work Order Reports** | |
| Daily Worksheet | Work Order Reading Code List |
| Work Order Area List | Work Order Resolution List |
| Work Order Analysis | Work Order Schedule Category Summary |
| Work Order Area Printers List | Work Order Script Type List |
| Work Order Bill of Materials List | Work Order Status Code List |
| Work Order Completion Report | Work Order Type List |
| Work Order Fatal Code List | Work Order Type Total Level List |

| | |
|---|---|
| Work Order Group List | Work Order Verification Active Customer |
| Work Order New Customer | Work Order "What" Code List |
| Work Order New Meter | Work Order "What" Reason List |
| Lists (Edit) Reports | |
| Central Information Initial Setup Lists | Meter File List Menu |
| Finance and Accounting Reports | Tax Files Listing Menu |
| Hydrant – Valve – Tap List Menu | Valve Reports |
| Item File Print Menu | |

## New Service Module (Core)

**Description:** The new service process covers the creation of accounts from initiating the need for new service through the installation of a new meter. It also includes the management and assignment of associated fees and rates.

- **Geographic Driven Parameter Tables** – Tables include key information needed for account creation including:
    - Cycles
    - Route
    - Sub-Division
    - Available Services
    - Street Names
- **Automatic Premise and Account Creation** – Through the use of the geographic driven parameter tables, users are able to create premises and accounts through configured work flows without having to enter repeated data over and over again. Included with this function is the ability to create premise locations in mass with only the entry of the street or lot number. Street name validation also occurs as part of this function.
- **Permit Type Fee Management** – The new service module will allow for the billing of fees which are not typically tied to water or sewer accounts. This would include impact fees, or any other flat fee which can be tied to a work flow. Printing of the invoice and receipt of the payment are also integrated into this module.
- **Full Integration** – The New Service Module is fully integrated into the other enQuesta 4 modules, including Service Orders, Cashiering, and Inquiry.
- **Configured Work Flows** – Through the use of configurable work flow tables, the utility will be able to design different work flows for variant situations. As an example, adding a residential development would have a work flow much different from adding buildings to an industrial park. The fees would be significantly different, and the service order processes tied to the building of those accounts would most likely be different.

### Cross Connection/Backflow Management

The Cross Connections/ Backflow Management module provides a method of controlling and monitoring backflow prevention devices to avoid the potential contamination of the potable water supply.

The Cross Connections module builds and maintains a database of customers with related devices. It offers several automated processes for managing various types of correspondence, including issuing notices based on anniversary dates and test results. Follow-up letters that specifically address a customer situation are sent automatically based on the type of response received from the customer. Several different cycles can be set up to manage customers' compliance with backflow prevention standards. Utilities may establish process cycles based on anniversary dates, device installation, and device testing, for example. Each step in a cycle is defined and monitored by the system. Based on the customer's response, appropriate action in the form of follow-up letters, application of miscellaneous charges or fees, shut-off or other types of service orders are generated automatically through run-sheet routines.

The automated letter-generation routines rely on and update the customer master files of the module. Numerous user-defined attributes allow utilities to define the types of letters to be issued for scheduling cross connection or backflow-prevention work, tests, inspections and for distributing general information. Utilities can also define the status and hazard levels, and the response and business codes used to automate the process.

enQuesta offers Customer Inquiry functionality for the Cross Connections module to facilitate the tasks required to deliver top-notch customer service. The latest information and account histories are instantly available to users so they can intelligently respond to customers' queries and requests. The letter-generation processes — automated selection, print and update routines, for issuing notices and creating work orders provide the most efficient and reliable production tools for managing backflow monitoring.

Highlights of the Cross Connection module are:

- Customer Master File — These records link the Backflow customer to their Water Billing account. At a glance, users can see the current and next letter sent codes and the last response received, along with other important information.
- Automated Replies to Customers — Each type of letter can have up to ten expected responses defined for it. Based on the customer's response, utilities can decide what type of letter to issue next. When the files are set up, the sequence of letters generated for any type of issue are executed with a single keystroke. However the system offers enough flexibility to reply to a non-expected response.
- Reminder Text — User-defined pop-up messages for Customer Service Reps, and others who deal with customers, to remind them to perform an action related to a type of response. For example, if they must fax the customer response to the Legal Department when a certain response is received, this can be the reminder text. This is for internal use only; the text does not appear on letters issued. It is designed to automatically prompt the user to perform the special action each time the response is recorded.
- Input of inspection and testing codes and enforcement of a certification process are facilitated by the Inquiry user-interface.
- Global Letter Sequence Revision — A program to change a specific letter in a sequence, for every customer in a group: a selected business class or range of account numbers. For instance, instead of following Letter Code 14 with Letter Code 15, you wanted to follow with Letter Code 998, this

routine makes the change globally, for all customers at one time, without having to change each customer record individually.

- Credit & Collections Interface – Tight integration with enQuesta's Credit & Collection module, collection activity can be tied into normal business cycles. Additional fees such as late payment charges as well as activities such as shut-offs can be automatically generated.
- Revenue Tracking – Cross Connection revenue can be independently tracked and reported on.

### enQuesta Mobile

**Description:** This module provides you with a fully automated enterprise solution as service orders and field work can be conducted in a paperless environment. Using ruggedized field devices (laptops or PDA's), customer service and field service can now communicate in a real time or near real time environment depending on the wireless network connectivity available within your service territory. enQuesta Mobile Work Management for today's utilities brings a new perspective for field service productivity and efficiency. enQuesta Mobile allows utilities to add visibility to field operations by replacing outdated paper-based processes. enQuesta Mobile streamlines the utility's field service operations by taking enQuesta out of the office and into the field, managing work when and where it happens. Benefits include: improved field service productivity and efficiency, cost reductions, reduction in data entry errors and duplicate entry, and better overall management especially in the area of Credit & Collections (turn-ons/turn-off/auto-void-reconnects).

### enQuesta IVR

**Description:** The enQuesta VoiceUtility Interactive Voice Response Solution for Shreveport consists of the following functionality:
12 Ports

- Current Balance Owed
- Last Billing Date and Amount
- Next Billing Date
- Last Payment Date and Amount
- Professional Voice Recording
- Transaction Logging
- *VoiceUtility* Reporting Module
- Twelve Licensed Ports

Included Fax and Email Functionality:

- Payment History
- Billing History
- Account Status Detail
- Last Payment Date and Amount
- *SmartDelivery* (2-port)

**CTI to Support Screen Pops** *(Licensing to Support Up to 25 Agents)*
*(Selectron's price and capability to Support ScreenPop Is dependent on the Model/Version of City's PBX)*
**Outbound Delivery Services Initial Setup** *(Includes Setup, Configuration & Alerts)*
**Delinquency Notification**
**Payment Processing Initial Setup** *(Per Database Integration)*
**Credit Card Processing Module** *(Per Application)*
**Document Management and Imaging (Optional – currently not included in the scope of this project)**

We are recommending FileNexus, developed by Loris Technologies Inc. (a long term Harris partner) and fully integrated with enQuesta. FileNexus can improve your business processes in all areas of operation: customer service, finance, work management, reporting and much more. Imagine having a single system that allows you to easily recall any record from any system, right from your desktop and eliminating paper filing forever.

40

# Exhibit 1

**Deliverables and Milestones**

## 1. Initiate Phase

### 1.1 Phase Deliverables & Key Milestones

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Ownership | |
|---|---|---|---|---|---|
| | | Subcontractor | Owner | Subcontractor | Owner |
| Project Kick Off Meeting | Action | X | | | X |
| Joint Project Management Plan Developed | Word Doc | X | | | X |
| Hardware and 3rd Party Software ordered | Action | X | | | X |
| Hardware and Software Installed | Action | X | | | X |
| Business Process Information and Data requested and received | Action | | X | X | |
| Business Process Analysis Questionnaire template delivered | Word Doc | X | | | |
| Business Process Analysis Questionnaire completed | Word Doc | | X | X | |
| Prioritized list of legacy reports | Excel Doc | | X | X | |
| Project Documentation portal powered by SharePoint established | SharePoint | X | | | X |
| Conversion templates delivered | Excel Doc | X | | | |
| List of account types to select for data validation identified | Excel Doc | | X | X | |
| First data extract delivered to Subcontractor | Action | | X | X | |
| Test plan customization | Word Doc | X | | | X |

# 2. Design

## 2.1 Design Phase Deliverables & Key Milestones

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Approvable | |
|---|---|---|---|---|---|
| | | Subcontractor | Owner | Subcontractor | Owner |
| Project Team BPA Training | Action | X | | | X |
| Business Requirement documents | Word Doc | X | | | X |
| Business Process Analysis Document | Word Doc | X | | | X |
| Business Process Review | Action | X | | | X |
| Test script creation | Word Doc | | X | | |
| Subcontractorbusiness process testing spreadsheet | Excel Doc | X | | | X |
| Data mapping plan | Excel Doc | X | | | X |
| Data validation template | Excel Doc | | X | X | |
| Data Mapping | Action | X | | | X |
| Training Plan | Word Doc | X | | | X |

# 3. Build

## 3.1 Build Phase Deliverables & Key Milestones

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Ownership | |
|---|---|---|---|---|---|
| | | Subcontractor | Owner | Subcontractor | Owner |
| Product configuration templates completed | Excel Doc | | X | X | |
| Data Validation Template | Excel Doc | X | | | X |
| Initial Conversion | Action | X | | | X |
| Testing Acceptance Form | Word Doc | X | | | X |
| Modifications & Interfaces Delivered | Action | X | | | X |
| End User Training | Action | X | | | X |
| Simulation & Go-live Plan | Word Doc | X | | | X |
| Simulation Run I | Action | X | | | X |

# 4. Activate

## 4.1 Activate Phase Deliverables & Key Milestones

| Project Deliverables | Deliverable Type | Delivery Ownership | | Acceptance Ownership | |
|---|---|---|---|---|---|
| | | Subcontractor | Owner | Subcontractor | Owner |
| Go-live – System in Production | Action | X | | | X |
| Transition to Support – Go-live + 90 Days | Action | X | | | X |

Shreveport
Water System Infrastructure Improvement Program
Phase II CIS/Billing System
Project Milestones and Estimated Percentage Completion Schedule

Attachment B

| | | | | | |
|---|---|---|---|---|---|
| 1 | Contract Signing/Software and Project Bond | December | $ 974,761.00 | | |
| 2 | Project Plan Finalized | January | $ 221,411.63 | 11% | 11% |
| 3 | Training Plan Completed | February | $ 120,769.98 | 6% | 17% |
| 4 | Business Process Review Completed | March | $ 221,411.63 | 11% | 28% |
| 5 | Initial Conversion Completed | April | $ 322,053.28 | 16% | 44% |
| 6 | Installation of Training Environment and 3rd party software completed | May | $ 140,898.31 | 7% | 51% |
| 7 | End User Training Completed | June | $ 523,336.58 | 26% | 77% |
| 8 | Simulation Completed | July | $ 181,154.97 | 9% | 86% |
| 9 | Go Live | August | $ 201,283.30 | 10% | 96% |
| 10 | Go Live + 30 days | September | $ 80,513.32 | 4% | 100% |
| | | Total | $ 2,987,594.00 | 100% | |

THE AMERICAN INSTITUTE OF ARCHITECTS

Bond No. 42BSBFW8236

*AIA Document A311*

# Performance Bond

KNOW ALL MEN BY THESE PRESENTS: that Triton Water Technologies, Inc.
(Here insert full name and address or legal title of Contractor)

1514 Martens Drive, Suite 4 Hammond, LA 70401

as Principal, hereinafter called Contractor, and, Hartford Fire Insurance Company
(Here insert full name and address or legal title of Surety)

One Hartford Plaza, Hartford, CT 06155

as Surety, hereinafter called Surety, are held and firmly bound unto City of Shreveport
(Here insert full name and address or legal title of Owner)

Shreveport, LA 71101

as Obligee, hereinafter called Owner, in the amount of Two Million Nine Hundred Eighty Seven Thousand Five Hundred Ninety Four Dollars and 00/100 Dollars ($ 2,987,594.00 ),

for the payment whereof Contractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS,

Contractor has by written agreement dated October 29, 2009, entered into a contract with Owner for
(Here insert full name, address and description of project)

Water System Infrastructure Improvement Program, including Phase II, as agreed to by an Amendment dated Dec 23, 2010.

in accordance with Drawings and Specifications prepared by
(Here insert full name and address or legal title of Architect)

which contract is by reference made a part hereof, and is hereinafter referred to as the Contract.

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA ®
FEBRUARY 1970 ED. • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 20006 1

# PERFORMANCE BOND

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Contractor shall promptly and faithfully perform said Contract, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The Surety hereby waives notice of any alteration or extension of time made by the Owner.

Whenever Contractor shall be, and declared by Owner to be in default under the Contract, the Owner having performed Owner's obligations thereunder, the Surety may promptly remedy the default, or shall promptly

1) Complete the Contract in accordance with its terms and conditions, or

2) Obtain a bid or bids for completing the Contract in accordance with its terms and conditions, and upon determination by Surety of the lowest responsible bidder, or, if the Owner elects, upon determination by the Owner and the Surety jointly of the lowest responsible bidder, arrange for a contract between such bidder and Owner, and make available as Work progresses (even though there should be a default or a succession of defaults under the contract or contracts of completion arranged under this paragraph) sufficient funds to pay the cost of completion less the balance of the contract price; but not exceeding, including other costs and damages for which the Surety may be liable hereunder, the amount set forth in the first paragraph hereof. The term "balance of the contract price," as used in this paragraph, shall mean the total amount payable by Owner to Contractor under the Contract and any amendments thereto, less the amount properly paid by Owner to Contractor.

Any suit under this bond must be instituted before the expiration of two (2) years from the date on which final payment under the Contract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the Owner named herein or the heirs, executors, administrators or successors of the Owner.

Signed and sealed this 23 day of December 2010

ATTEST:

By: Dannye W. Malone
(Witness)
DANNYE W. MALONE

Triton Water Technologies, Inc.
(Principal) (Seal)

By: [signature]
ROBERT WORK (Title) PRESIDENT

WITNESS:

By: T C Ramseur
(Witness)
Teresita C. Ramseur

Hartford Fire Insurance Company
(Surety) (Seal)

By: Don K. Kawamoto
(Title)
Don K. Kawamoto Attorney-in-Fact

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA ®
FEBRUARY 1970 ED. • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 20006

2

THE AMERICAN INSTITUTE OF ARCHITECTS

Bond No. 42BSBFW8236

*AIA Document A311*

# Labor and Material Payment Bond

THIS BOND IS ISSUED SIMULTANEOUSLY WITH PERFORMANCE BOND IN FAVOR OF THE OWNER CONDITIONED ON THE FULL AND FAITHFUL PERFORMANCE OF THE CONTRACT

KNOW ALL MEN BY THESE PRESENTS: that Triton Water Technologies, Inc.
(Here insert full name and address or legal title of Contractor)

1514 Martens Drive, Suite 4 Hammond, LA 70401

as Principal, hereinafter called Principal, and, Hartford Fire Insurance Company
(Here insert full name and address or legal title of Surety)

One Hartford Plaza, Hartford, CT 06155

as Surety, hereinafter called Surety, are held and firmly bound unto City of Shreveport
(Here insert full name and address or legal title of Owner)

Shreveport, LA 71101

as Obligee, hereinafter called Owner, for the use and benefit of claimants as hereinbelow defined, in the

amount of Two Million Nine Hundred Eighty Seven Thousand Five Hundred Ninety Four Dollars and 00/100
(Here insert a sum equal to at least one-half of the contract price) Dollars ($ 2,987,594.00 ),

for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS,

Principal has by written agreement dated October 29, 2009, entered into a contract with Owner for
(Here insert full name, address and description of project)

Water System Infrastructure Improvement Program, including Phase II, as agreed to by an Amendment dated Dec 23, 2010.

in accordance with Drawings and Specifications prepared by
(Here insert full name and address or legal title of Architect)

which contract is by reference made a part hereof, and is hereinafter referred to as the Contract.

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA ®
FEBRUARY 1970 ED. • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 20006

1

# LABOR AND MATERIAL PAYMENT BOND

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance of the Contract, then this obligation shall be void, otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. A claimant is defined as one having a direct contract with the Principal or with a Subcontractor of the Principal for labor, material, or both, used or reasonably required for use in the performance of the Contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the Contract.

2. The above named Principal and Surety hereby jointly and severally agree with the Owner that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The owner shall not be liable for the payment of any costs or expenses of any such suit.

3. No suit or action shall be commenced hereunder by any claimant:

a) Unless claimant, other than one having a direct contract with the Principal, shall have given written notice to any two of the following: the Principal, the Owner, or the Surety above named, within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered mail or certified mail, postage prepaid, in an envelope addressed to the Principal, Owner or Surety, at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process may be served in the state in which the aforesaid project is located, save that such service need not be made by a public officer.

b) After the expiration of one (1) year following the date on which principal ceased Work on said Contract, it being understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

c) Other than in state court of competent jurisdiction in and for the county or other political subdivision of the state in which the Project, or any part thereof, is situated, or in the United States District Court for the district in which the Project, or any part thereof, is situated, and not elsewhere.

4. The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder, inclusive of the payment by Surety or mechanics' liens which may be filed of record against said improvement, whether or not claim for the amount of such lien be presented under and against this bond.

Signed and sealed this 23 day of December, 2010

ATTEST:

By: Danny W. Malone (Witness)

DANNY W. MALONE

Triton Water Technologies, Inc. (Principal) (Seal)

By: [signature] (Title) PRESIDENT

Robert Woric

WITNESS:

By: T. Ramseur (Witness)

Teresita C. Ramseur

Hartford Fire Insurance Company (Surety) (Seal)

By: Don K. Kawamoto (Title)

Don K. Kawamoto Attorney-in-Fact

AIA DOCUMENT A311 • PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND • AIA ® FEBRUARY 1970 ED. • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 20006

2

*Direct Inquiries/Claims to:*
THE HARTFORD
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* 888-266-3488 *or fax:* 860-757-5835
Agency Code: 42-620374

# POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS THAT:

- [X] **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut
- [X] **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana
- [X] **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut
- [ ] **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut
- [ ] **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois
- [ ] **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, ***up to the amount of unlimited:***

*Don K. Kawamoto, Alexander N. Crowe, Leonard Gemma, Douglas A. Crowe, Teresita C. Ramseur, Brian L. Mack, Robert T. Connolly*
*of*
*Washington, D.C.*

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

Scott Sadowsky, Assistant Secretary

M. Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD }

On this 3rd day of March, 2008, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2012

CERTIFICATE

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of Dec 23, 2010

Signed and sealed at the City of Hartford.

       

Gary W. Stumper, Assistant Vice President

# ACORD CERTIFICATE OF LIABILITY INSURANCE

OP ID AC

DATE (MM/DD/YYYY): 09/28/10

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
First Louisiana Insurance
Div/Associated Agency Services
18221 E. Petroleum Dr.
Baton Rouge LA 70809
Phone: 225-923-1131 Fax: 225-923-2028

CONTACT NAME:
PHONE (A/C, No, Ext): FAX (A/C, No):
E-MAIL ADDRESS:
PRODUCER CUSTOMER ID #: TRITO-1

INSURED
Triton Water Technology, Inc.
1514 Martens Dr Ste 243
Hammond LA 70401

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Endurance American | |
| INSURER B: Bridgefield Cas Ins | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 1000000 |
| A | X COMMERCIAL GENERAL LIABILITY | | | ECC101006390 | 03/11/10 | 03/11/11 | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $ 5000 |
| | Professional | | | ECC101006390 | 03/11/10 | 03/11/11 | PERSONAL & ADV INJURY | $ 1000000 |
| | Pollution | | | ECC101006390 | 03/11/10 | 03/11/11 | GENERAL AGGREGATE | $ 3000000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 3000000 |
| | POLICY PROJECT LOC | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1000000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| A | X HIRED AUTOS | | | ECC101006390 | 03/11/10 | 03/11/11 | | $ |
| | X NON-OWNED AUTOS | | | | | | | $ |
| A | UMBRELLA LIAB X OCCUR | | | EXC101006391 | 03/11/10 | 03/11/11 | EACH OCCURRENCE | $ 5000000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DEDUCTIBLE | | | | | | | $ |
| | RETENTION $ | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | 19605958 | 03/11/10 | 03/11/11 | X WC STATUTORY LIMITS / OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N | N/A | | | | | E.L. EACH ACCIDENT | $ 1000000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1000000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1000000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
If required by written contract, certificate holder is additional insured on general liability and auto policies and granted a waiver of subrogation on general liability and workers' comp policies.

CERTIFICATE HOLDER

City of Shreveport
505 Travis
Shreveport LA 71101

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2009 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
THE HARTFORD
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* 888-266-3488 *or fax:* 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:

Agency Code: 42-620374

- [X] **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut
- [X] **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana
- [X] **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut
- [ ] **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut
- [ ] **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois
- [ ] **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, ***up to the amount of unlimited:***

*Don K. Kawamoto, Alexander N. Crowe, Leonard Gemma, Douglas A. Crowe, Teresita C. Ramseur, Brian L. Mack, Robert T. Connolly*
*of*
*Washington, D.C.*

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

Scott Sadowsky, Assistant Secretary

M. Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT
} ss. Hartford
COUNTY OF HARTFORD

On this 3rd day of March, 2008, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2012

CERTIFICATE

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of September 28, 2010.

Signed and sealed at the City of Hartford.

Gary W. Stumper, Assistant Vice President

# City of Shreveport

## IFB/RFQ/RFP/RFS # _____ PROJECT ____________________

## CONTRACT VERIFICATION-DBE/FSC FORM 6

To be used for Architecture/Engineering, Construction & Service Contracts. This document must be furnished within five (5) working days after the City executed contract is picked up by the prime contractor. The Notice to Proceed will not be issued until this form is received by the Project Manager for the City. Project Manager sends copy to the Fair Share Office and Purchasing Division.

Is there a possibility other subs will be reported at a later date? Yes/No (circle one). Revised 6-2-10.

By signing this document, the contractor hereby certifies, understands, and affirms that he/she has signed a contract (includes signed proposal, signed purchase order, or written contract) with the following subcontractors:

| LIST ALL SUBCONTRACTORS WITH SIGNED CONTRACTS | *ALREADY LISTED ON FORM 2 (YES OR NO) | REPLACES THIS SUB THAT WAS LISTED ON FORM 2 | SIGNED CONTRACT AMOUNT $ |
|---|---|---|---|
| Systems & Software | | | $2,050,000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*If answer is "no" list sub they replaced in the next column and attached a revised Form 2.

The City reserves the right to require the contractor to produce or provide copies of any/all contracts listed. Pursuant to the City of Shreveport Ordinance, No. 105, 1999, 7-27-99, Sec. 2-414, Intentional failure by a contractor or service provider to include these designated businesses could constitute breach of contract and result in remedial action. Further, any person [entity] who makes a false or fraudulent statement in connection with participation of a DBE or FSC in any City of Shreveport contract may be referred for debarment procedures from subsequent contracts with the City of Shreveport.

I do solemnly swear or affirm that the signatures contained herein and the information provided by the Prime Contractor are true and correct, and that I am authorized on behalf of the Prime Contractor to make this affidavit.

Robert Work
Circle One (Owner/ Authorized Agent) Type or Print Name

[signature]
(Signature of Owner or Authorized Agent)

985-549-3177
(Phone Number)

BWork@TriWaterTech.com
(E-Mail Address)

Triton Water Technologies
(Name of Prime Contractor company/firm -Print or Type)

1514 Martens Drive
Hammond, LA 70401
(Physical Address)

11-29-2016
(Date)

985-549-3188
(Fax Number)

# City of Shreveport

## UTILIZATION/CONTRACT TRACKING-FSC FORM 2

This multipurpose form is used to list all types of subs and changes to their status for Fair Share and Contract Tracking Reporting. (Revised 4-28-10)

1. IFB/RFP/RFS/RFQ # (circle 1) ________ 2. Project Name Water System Infrastructure Improvement Program -

3. Prime Contractor TransWater Technologies 4. Bid Amount of Total Project ($) 82,987,594.00

5. Prime Contractor's Federal Tax ID # 20-2046747 Change Order? Yes or No C/O # ________

| List all Subcontractors (copy as needed) | Status - Circle all that apply | Type of work to be performed | Subcontracted Amount $ + or (–) |
|---|---|---|---|
| Federal I.D. # 030238126<br>Company Name Systemect Software<br>Physical Address 426 Industrial Ave, Suite 140, Williston Vermont, 05495<br>Phone # 902-865-1170<br>Fax # 902-865-1171<br>E-Mail sean.dumphy@ssivt.com<br>State Class/License # 450-030238126F-01 | AEC, DBE, FSC, LBE, MBE, SBE, WBE | Software Installation | $2,050,000 |
| Federal I.D. #<br>Company<br>Name<br>Physical Address<br>Phone #<br>Fax#<br>E-Mail<br>State Class/License # | AEC, DBE, FSC, LBE, MBE, SBE, WBE | | |
| Federal I.D. #<br>Company<br>Name<br>Physical Address<br>Phone #<br>Fax#<br>E-Mail<br>State Class/License # | AEC, DBE, FSC, LBE, MBE, SBE, WBE | | |

Prime Contractor's Signature [signature] Date: 06/16/2010 Phone: 985-549-3177

Project Mgr. Signature: ________ Date: ______ Fair Share Office Approval: ________ Date: ________

**APPENDIX 2-AFFIDAVIT ATTESTING THAT CONTRACTOR, LEGAL ENTITIES OF CONTRACTOR DO NOT OWN ADJUDICATED OR LIEN PROPERTY**

BEFORE ME, the undersigned Notary Public duly qualified and commissioned, came and appeared ROBERT WORK authorized representative of TRITON WATER TECHNOLOGIES with a Federal I.D. Number of: 20-2046747 and with a current e-mail address of: BWORK@TRIWATERTECH.COM who does hereby state as follows, to-wit:

1.0 Contractor does not own any property which is adjudicated to the City of Shreveport or which has demolition liens, grass cutting liens, or any other property standards liens on it. For purposes of this subsection, the term "Own" shall mean to be the last record owner of the property prior to a tax sale or adjudication.

2.0 Contractor does not own more than 25% of a legal entity that owns any property which is adjudicated to the City or which has demolition liens, grass cutting liens, or any other property standards liens on it.

3.0 Contractor has paid all taxes, licenses, fees, and other charges which are outstanding and due to the City.

4.0 Contractor will provide written notification to the City's Purchasing Agent not later than the next work day after any of the above statements becomes invalid.

5.0 This affidavit shall expire one year from the date shown below unless renewed by the contractor.

THUS DONE AND PASSED before me, Notary, on this 29th day of Nov., 20 10

Signature: [signature] Title: PRESIDENT

NOTARY PUBLIC: Nelda L. French Seal: NELDA L. FRENCH
Signature

IDENTIFICATION NUMBER: 39464

Note: The notary identification number is required. The City of Shreveport also requires an original seal.

This affidavit is required to document compliance with City Ordinance 26-211. If you have any questions, please call Mary Fuller at 318/673-5458 or call 318/673-5450. Please mail original affidavit with notary seal to: Purchasing Affidavit, P.O. Box 31109 or hand deliver to: 505 Travis St., Suite 610, Shreveport, LA 71101. Shreveport, LA 71130. Do not submit with your bid. We will not be allowed to issue your firm a purchase order or payment until a properly executed original affidavit is returned.

Revised 7-8-10

# City of Shreveport

## FELONY CONVICTION STATEMENT (R.S. 38:2227)

This document must be furnished in a separate envelope, or by fax, or e-mail not later than two hours after the bid opening. Failure to submit at the specified time may result in the bid being declared as non-responsive. Do not submit with your bid document.

Bid Number: ____________

**By signing this document, the bidder hereby certifies, understands, and affirms that:**

1.0 The bidder, partner, incorporator, director, manager, officer, organizer, or member who has a minimum of ten percent ownership has not been convicted of, or has not entered a plea of guilty, or nolo contendere to any of the state felony crimes or equivalent federal crimes (hereinafter referred to as "the crimes").

2.0 The conviction of the crimes listed below shall permanently bar any person or the bidding entity from bidding on public projects:

2.1 Public Bribery (R.S. 14:118), Corrupt Influencing (R.S. 12:120), Extortion (R.S. 14:66), and Money Laundering (R.S. 12:230).

3.0 The conviction of the crimes listed below shall bar any person or the bidding entity from bidding on public projects for a period of five years:

3.1 Theft (R.S. 14:67), Identity Theft (R.S. 14:67.16), Theft of a Business Record (R.S. 14:67.20), False Accounting (R.S. 14:70), Issuing Worthless Checks (R.S. 14:71), Bank Fraud (R.S. 14:71.1), Forgery (R.S. 14:72), Contractors; Misapplication of Payments (R.S. 14:202), Malfeasance in Office (R.S. 14:134).

4.0 If evidence is submitted substantiating that a false attestation has been made and the project must be readvertised or the contract cancelled, the awarded entity making the false attestation shall be responsible to the public entity for the cost of rebidding, additional costs due to increased cost of bids and any and all delay costs due to the rebid or cancellation of the contract.

And, executes this document as:

Company Name: TRITON WATER TECHNOLOGIES

Address: 1514 MERTENS DRIVE, HAMMOND, LA 70401

Phone Number: 985-549-3177 FAX Number: 985-549-3188

By: [signature] PRESIDENT NOV. 29, 2010
Signature of Authorized Owner or Representative Title Date

Print Name: ROBERT WORK E-Mail Address: BWORK@TRIWATERTECH.COM

(7-28-10)

Mail to: Felony Statement OR Deliver: Felony Statement OR Fax to: ____________ OR E-Mail: ______

Bid Number: ______
P.O. Box 31109
Shreveport, LA 71130

505 Travis Street
Suite 810
Shreveport, LA 71101

@318-673-5408



Triton Water Technologies

*Triton Water Technologies*
*2180 Satellite Blvd*
*Suite 400*
*Duluth, GA 30097*
*(770) 239-1777 phone*
*(770) 368-1075 fax*
*awork@triwatertech.com*
*www.triwatertech.com*

Ms. Barbara Featherston
Assistant City Engineer
Department of Operational Services
City of Shreveport
505 Travis Street
Shreveport, LA 71101

October 4, 2010

Subject: Water System Infrastructure Improvement Project Program
Phase II CIS/Billing System
Davis Bacon Act Waiver

Dear Barbara:

Personnel who will be working on the Phase II CIS/Billing system implementation will all be bona fide executive, administrative, or professional employees as defined under the Fair Labor Standards Act at 29 CFR Part 541. AS such they are not subject to or covered by the Davis-Bacon Act.

Kind regards,

Al Work
Chief Operating Officer

# END USER LICENSE AND SUPPORT AGREEMENT

**BETWEEN**

**SYSTEMS & SOFTWARE, INC., a Division of**
**N. HARRIS COMPUTER CORPORATION**
**(SYSTEMS & SOFTWARE or S&S)**

**- and -**

**The City of Shreveport**
**(City or Customer)**

Billing Office:

N. Harris Computer Corp. Inc.

1 Antares Drive, Suite 400

Ottawa, Ottawa, Ontario K2E8C4

Division Office:

Systems & Software, Inc.

426 Industrial Ave, Suite 140

Williston, VT 05495

## END USER LICENSE AND SUPPORT AGREEMENT

This End User License and Support Agreement ("**Agreement**") is made and entered into as of the later of the two dates on the signature page ("**Effective Date**") by and between **Systems & Software, Inc.**, a division of N. Harris Computer Corporation with its principal offices at 426 Industrial Ave, Williston, Vermont 05495 ("**S&S**") and the City of Shreveport, Louisiana ______________________, ____________ ______________ ("**Customer**" or "City").

## BACKGROUND

A. S&S has developed application software for use in the utilities industry;

B. Customer desires to license from S&S certain software as described in Exhibit 1.

In consideration of the mutual promises and covenants contained in this Agreement, the parties agree as follows:

## AGREEMENT

1. DEFINITIONS

"**Application Software**" means the commercial off the shelf ("**COTS**") version of enQuesta™ software licensed to Customer pursuant to this Agreement.

"**Confidential Information**" means, with respect to a party hereto, all information or material which (a) gives that party some competitive business advantage or the opportunity of obtaining such advantage, or (b) which is either (i) marked or identified as "Confidential," "Restricted," or "Proprietary Information" or other similar marking or identification, (ii) known by the parties to be considered confidential and proprietary, or (iii) from all the relevant circumstances should reasonably be assumed to be confidential and proprietary. Confidential Information includes Customer's individually identifiable customer information and also the Application Software and related Documentation all screen generator programs, program codes, routines, methods, designs or objects, new product features and functions, the performance of the Application Software, this Agreement, terms, conditions and information contained herein and the negotiations between the parties prior to execution of this Agreement. Not withstanding the forgoing, confidential information shall not include any information that is required to be disclosed under Lousiana Public Records Laws.

"**Current Base System**" means the version of the Application Software that has been commercially released by S&S as of the Effective Date and the related Documentation.

"**Customization**" means the changing of any component of the S&S Current Base System during the original delivery and implementation period of the Application Software installed prior to the System Acceptance Date.

"**Delivery**" means, delivery to Customer of the Information System (or components thereof)

"**Documentation**" means (i) with respect to the Application Software, the standard user-oriented instructions and related materials for the operation of the Application Software in the form distributed by S&S generally to its customers, together with updates, modifications and enhancements thereto; and (ii) with respect to the System Equipment, the standard user-oriented instructions and related materials for the operation of the System Equipment in the form distributed by each applicable third party vendor generally to its customers, together with updates, modifications and enhancements thereto.

"Go-Live" means the date on which business operations and daily processing are being performed by the Application Software.

"**Hardware**" means computer hardware.

"**Information System**" means the composite of Hardware, Operating System Software, Application Software and Third Party Software provided by S&S.

"**Major Release**" means the commercial release of a new version of the Application Software that is identified by a release number that is to the left of the first decimal point, such as 4.x, and that contains significant amounts of new or significantly enhanced functionality and/or major changes to the product's architecture or file structure.

"**Minor Release**" means the commercial release of (i) a version of the Application Software that is identified by a release number that is to the right of the first decimal point, such as x.1; and /or (ii) a set of software corrections and system performance adjustments for the Application Software.

**"Operating System Software"** means the third party computer operating system software described in Exhibit 1 that S&S delivers to Customer under this Agreement but which is subject to the license agreement provided by such third party unless otherwise specified.

**"Peripherals"** means all non-server related Hardware components including, without limitation, disk storage, workstations, printers, tape drives, modems.

**"Source Code"** means computer code in high level, human readable language, including comments and documentation reasonably necessary to build and/or modify such code.

"Purchase Order " means the Purchase Order between Triton . and S&S dated October 11, 2010

**"Support Services"** means the software maintenance and support services to be provided by S&S as further described in Section 4 and in the S&S Software Maintenance & Support Guidelines. **"System Acceptance"** means the date on which a module or group of interrelated modules of the Application Software is operating in a production environment processing actual Customer data without a Showstopper level defect, and shall occur thirty (30) days after GoLive unless a Showstopper defect extends the acceptance date. A Showstopper level defect is defined in Exhibit 2 to this document.

**"System Equipment"** means the Hardware, Peripherals, Operating System Software and Third Party Software.

**"Term"** means perpetual unless the Agreement is terminated in accordance with Section 8(B).

**"Third-Party Software"** means the computer software that is described in Exhibit 1 that S&S delivers to Customer under this Agreement but which is subject to the license agreement provided by such third party. For avoidance of doubt, this term does not include the Application Software.

2. FEES AND PAYMENT SCHEDULE

A. Fees. S&S shall bill the City for the enQuesta Annual Maintenance and Support Agreement commencing on Go-Live. The City agrees to pay enQuesta annual support fees annually in advance,

B. Invoices. All invoices submitted pursuant to this Agreement shall be due and payable within thirty days of receipt of invoice. All amounts listed in this Agreement or otherwise quoted by S&S are (i) in U.S. Dollars and shall be paid in U.S. Dollars; and (ii) do not include any applicable sales taxes, use taxes, duties or any similar assessments, and the City shall furnish a tax exemption certificate to S & S. Any amount payable pursuant to this Agreement and not paid within thirty (30) days after the relevant payment date for said amount shall be delinquent and shall bear interest at the rate of one and one half percent (1½%) (or, if less, the maximum legal rate) for each month or portion thereof it is delinquent. City shall ensure payment of all such interest, as well as all costs and reasonable attorneys' fees incurred by S&S in the collection of such delinquent sums.

C. Additional Items.

In the event the City notifies S&S in writing in advance that it wishes S&S to provide the City with additional hardware, software and/or related services not specified in this Agreement or the Purchase Order, S&S shall be entitled to invoice the City for such items in the amount mutually agreed upon in writing, and said amounts shall be due and payable in accordance with the terms set forth in this Section.

3. OWNERSHIP; LICENSE

A. Ownership. S&S and its licensors shall have and retain sole and exclusive ownership of all right, title and interest in and to the Application Software, including ownership of all trade secrets and copyrights pertaining thereto, subject only to the license rights and privileges expressly granted to the City herein. City agrees that S&S and its licensors shall have sole ownership of all improvements and modifications made to the Application Software, including without limitation those made in connection with the Customization, regardless of whether such improvements and modifications are made by S&S alone or together with the City or third parties. Nothing in this Agreement shall be construed as a commitment of S&S to create improvements, modifications or future enhancements to the Application Software, other than those expressly specified

in this Agreement. Upon request and without the necessity for further consideration, City shall take all necessary actions to assign ownership of the Application Software and Customizations to S&S.

B. License. In consideration of payment by Triton for the software described in Exhibit 1, S&S grants to City a nonexclusive and nontransferable right and license to use the Application Software solely for the City's internal business purposes in accordance with the provisions in this Agreement for the duration of the Term. City may use the Application Software on Hardware upgrades, additions or replacements; provided, however, the City must give S&S written notice in advance of any such change so as to permit S&S to provide support and to be aware from a licensing perspective of the numbers and types of Hardware on which the Application Software resides or is intended to reside. City agrees that it will not sell, assign, transfer, disclose, sublicense, or otherwise make the Application Software available to others without the prior written consent of S&S. City shall not create derivative works of the Application Software, meaning that the City shall not create any software or other works that are based upon the Application Software or recast, transform or adapt the Application Software in any manner. City shall not disassemble, decompile or "reverse engineer" the Application Software for any purpose.

C. Additional License Terms.

(i) City may prepare one copy of the Application Software for backup purposes only; provided that the backup copy may be used only during the term of the license and the copy shall be destroyed or returned to S&S upon termination of the license. City may prepare a reasonable number of copies of the Documentation for internal use only; provided that the copies of Documentation may be used only during the term of the license and the copies shall be destroyed or returned to S&S upon termination of the license. All copies of the Application Software and Documentation must contain the proprietary notices appearing on the copies as initially furnished to City. Except as permitted in this paragraph, City shall not copy or otherwise reproduce the Application Software or the Documentation, in whole or in part, without the prior written consent of S&S. It should be further noted that the City shall be able to use this copy of the Application Software to backup either the production or training environments that will be installed as part of the arrangement with Triton.

(ii) The Application Software is licensed in object code only. The City shall have no rights to the Source Code except as expressly specified in this Agreement.

(iii) The Application Software is for use by the City in the current utility entity at the projected User level and the current customer Account volume (being the current number of metered or non-metered water, wastewater, electric, gas, rental, refuse and other customers). The parties agree that, for purposes of this Agreement, the City's current account volume is considered to be 70,000 accounts (the **"Current Account Volume"**). The parties agree that, for purposes of this Agreement, the City's current number of users is 75 (the **"Current Number of Users"**). The City agrees that, if the City expands the number of Users beyond the Current Number of Users, City shall pay an additional per User fee. The additional per User fee for the period of twelve (12) months following the Effective Date shall be as specified in Exhibit 1 and after such date the fee shall be subject to pricing at S&S' then-current fees. The City shall provide S&S with an annual report specifying the then current number of Users.

(iv) The City agrees that, if it experiences increases in its metered or non-metered account volumes over the Current Account Volume during the Term then additional Application Software license fees must be paid by the City. The additional Application Software license fees for the period of twelve (12) months following the Effective Date of this Agreement shall be as specified in Exhibit 1 and after such date the fees shall be subject to pricing at S&S' then-current fees. Maintenance fees for these additional Application Software licenses shall be subject to pricing at S&S' then-current rates.

(v) The City shall provide S&S with an annual report specifying the then current number of metered and non-metered customers. In addition, the City shall promptly notify S&S of any increase in accounts due to growth other than growth of existing services in the ordinary course of business. S&S shall have the right, upon fifteen (15) days advance notice, to audit the City's then current number of metered and non-metered customers once per calendar year. The City shall provide S&S or its third party designee with all business records, documentation and system access necessary to conduct such an audit.

(vi) Application Software shall be used solely on the server environment described in Exhibit 1 or as otherwise agreed to in writing by S&S. Third Party Software use and limits, including with respect to the number of named or concurrent users, will be subject to the terms of each third party vendor's own license which will be entered into separately between the City and each third party vendor.

(vii) The City shall take all reasonable steps to preserve the confidential and proprietary nature of the Application Software and Documentation.

(vii) The City shall limit access to the Application Software to employees, auditors, consultants and agents of the City who need access to the Application Software in order for the City to use the Application Software as permitted herein. The City shall inform all persons with access to the Application Software of the confidential and proprietary nature of the Application Software and of the restrictions set forth in Section 7 of this Agreement.

(x) All Third Party Software is licensed to the City solely and directly by the third party supplier of such software, not by S&S. The City, therefore, acknowledges and agrees that, notwithstanding the Delivery to the City and the City's payment to S&S for such software, the City's rights, obligations and remedies regarding such software shall be determined solely and exclusively by the terms and conditions of the City's agreements with the third party supplier of such software.

(xi) The parties acknowledge and agree that (a) the Application Software may include embedded third party software components licensed by S&S for use in the Application Software; (b) the terms and conditions of Sections 3(C), 3(F), 3(G), 3(I) and 5 of this Agreement shall inure for such third party's benefit and (c) subject to the license and sublicense rights granted to S&S in connection with its use and distribution as part of the Application Software, the third party software owner retains right, title and interest in such software, including statutory enforcement rights in the event of infringement.

4. SUPPORT SERVICES

A. S&S Support Program. Beginning at Delivery, the City has the option to participate in the S&S Software Maintenance and Support Program (**"S&S Support Program"**). Participation in this Program is required to continue to receive support from S&S. The S&S Support Program is defined in the Systems & Software Support Program General Guidelines. S&S may modify the S&S Support Program from time to time, but no change which decreases the level or availability of support shall be applicable to the City unless agreed to by the City in advance in writing. The Application Software and systems support services described herein will be invoiced on a prorated basis from Go-Live through the end of then-current calendar year and thereafter annually in-advance on a January through December calendar year basis. The City's participation in the S&S Support Program shall automatically renew on an annual basis and shall be valid on a calendar year basis. In the event the City wishes to cancel participation in the S&S Support Program, The City must notify S&S in writing on or before September 30th of the year preceding the year in which the City wishes to cancel participation. The City may terminate support on or before December 31st only in the case of non-appropriation of funds. If the City elects to discontinue its participation in the S&S Support Program, S&S shall be under no obligation to continue providing maintenance services past the period for which the City has paid for enrollment in the S&S Support Program. The City shall not be responsible for any additional payments for services or items excluded from the support program, unless it has agreed to the services or items and the maximum cost thereof, in writing, prior to the provision of the services or items.

B. Exclusions from Support Services. S&S shall not be required to perform corrective maintenance as part of its Support Services with respect to Application Software malfunctions caused by:

(i) The City's modifications to the Application Software unless performed at the direction of S&S;

(ii) The City's failure to use updates, enhancements or program error corrections;

(iii) Failure to use the Application Software in accordance with this Agreement; or

(iv) Actions beyond S&S' reasonable span of control with respect to the City's actions which alter the turnkey implementation environment, or cause Hardware or Third Party Software malfunctions.

C. Enrollment & Pricing. The City agrees to begin participation in the S&S Support Program commencing at Go-Live. Applicable pricing for the S&S Support Program are set forth in Exhibit 1. For the first year following the Effective Date of this Agreement, this price will be firm. For years 2-10 following the Effective Date of this Agreement, these prices are subject to annual increase not to exceed the CPI Index. (**"CPI Index"** means the most recently published "Consumer Price Index for All Urban Consumers" as published monthly by the U.S. Department of Labor, Bureau of Labor Statistics. If the U.S. Department of Labor discontinues the publication of the CPI Index, or alters its publication in some other material manner, then the parties shall adopt a substitute index or procedure that reasonably reflects consumer price changes in the United States). The above cap on annual Maintenance Fee increases does not apply to any Products or users licensed after the Effective Date of this Agreement.

D. Hardware Maintenance. The City agrees that it will, following the applicable warranty period for the Hardware, enter into a maintenance contract for the Hardware from the vendor (via S&S), unless the City is utilizing its own Hardware. The Hardware warranty shall be effective upon the installation of the Hardware at the City premises. The City acknowledges and agrees that maintenance and service of the System Equipment is a matter between the manufacturer and the City and that S&S its not obligated to service or maintain the System Equipment but will only act as a liaison with the manufacturer to arrange for maintenance and service on and cannot be a party to or responsible for the System Equipment's manufacturer's performance under the maintenance contract. The City acknowledges and agrees that S&S shall not be liable to the City for damages of any type resulting from the failure of the System Equipment manufacturer to perform under the maintenance contract. S&S' limited Hardware maintenance support is described in Exhibit 2, 2010 Systems & Software Support Program General Guidelines.

E. Major and Minor Releases. S&S shall provide Major and Minor Releases to the City as part of Support Services for no additional license fees; provided, that the City is participating in the S&S Support Program.

F. Termination of Support Services; Transition to New Vendor; NDA Required from New Vendor

(i) In the event that the City elects to replace the Information System with another vendor's product, S&S will work with the City to develop S&S' role in the transition. In order to protect the proprietary interests of S&S in the Application Software, The City agrees that any replacement vendor shall have only such access to the Application Software as necessary to assist in the actual conversion. In the event a replacement vendor indicates that access to the Application Software is necessary to implement the actual conversion, the City shall deliver a notice to S&S, containing an explanation for the replacement vendor's need to access the Application Software, at least fifteen (15) days prior to allowing the replacement vendor access to the Application Software. S&S shall have the right, in its discretion, to have a representative of S&S present at the City's facility at all times when any replacement vendor has access to the Application Software. twill cooperate by providing S&S with scheduling information necessary to facilitate such presence. Any replacement vendor or other outside party required to assist in transition from the Application Software to another vendor shall execute a confidentiality and non-disclosure agreement in a form reasonably satisfactory to S&S, prior to the time said vendor or other third party has access to the Application Software.

(ii) The City shall provide written notice to S&S at least sixty (60) days in advance of the conversion. The City and S&S shall develop a plan for services that the City desires in connection with a transition period to its new system. In the event the transition plan requires S&S to provide services in addition to its standard support services under this Agreement (and provided that S&S agrees to provide such services), The City shall pay S&S for any such services in accordance with S&S' then-current hourly or other applicable rates. The City shall be responsible to pay S&S under the then current Annual Maintenance and Support Contract through the end of the calendar year in which the conversion is completed; provided that, if the conversion is completed prior to June 30 of that year, S&S will prorate the fees for said final year in such manner to require the City's payment of six months rather than twelve months. S&S shall continue to support the City as outlined in the S&S Support Program through the transition period so long as the City continues to pay S&S the *applicable fees and is not in material breach of this Agreement.*

5. WARRANTIES; DISCLAIMERS; INDEMNIFICATION;

A. S&S warrants that all Application Software products delivered under this Agreement will perform in material compliance with the Documentation for the period ending ninety (90) days after System Acceptance (the **"Warranty Period"**). S&S further agrees to furnish promptly and without additional charge, all labor and parts necessary to remedy any such defect that occurs during the Warranty Period; provided that S&S must receive the notice of defect during the Warranty Period. Thereafter support of the Application Software will be performed under the S&S Support Program, provided that City is validly participating in the S&S Support Program and is current with all fees due to S&S in connection therewith. *Additionally, S&S warrants to the City that the services to be provided and/or rendered in the implementation of the enQuesta software under it's Subcontract with Triton Water Technologies, Inc. will be of the kind and quality referred to in S&S' manuals and other documentation provided. S&S warrants that the Services will be performed in a professional and workmanlike manner in accordance with generally accepted industry standards. If the Services fail to comply with this warranty, Owner shall promptly notify S&S in writing during the Services Warranty Period. The notice from the City shall specify in reasonable detail any alleged non-conformities in the Services and reasonable requirements for the acceptance of the Services. Upon such notice, S&S shall promptly re-perform such Services. The Services Warranty Period shall be one year from go live.*

B. Processing of data warranty - Notwithstanding any provision of this Contract to the contrary, S&S shall warrant the performance and results in the processing of date and date-related data (including, but not limited to calculating, comparing and sequencing) of all hardware, software and firmware products delivered and services provided hereunder in accordance with S&S' obligations under the Scope of Work, more particularly described in Phase II of Attachment A to this Contract.

The City, at its sole option, may require S&S, at any time, to demonstrate the procedures it intends to follow in order to comply with all the obligations contained herein.

The obligations contained herein apply to products provided by S&S, its subcontractor/sub consultant or any third party involved in the creation of the products to be delivered under this Contract.

Failure to comply with any of the obligations contained herein may result in the City of Shreveport availing itself of all its rights under the law and under this contract including, but not limited to, it's right pertaining to termination or default
S&S agrees that, to the extent permitted, it will pass through to the City any and all warranties that S&S receives from any manufacturer or supplier of any of the System Equipment. In the event that any component of the System Equipment has a defect in materials or workmanship or has an operating failure that occurs from normal use thereof, S&S shall use commercially reasonable efforts to work with the third-party supplier to provide a timely solution for the City.

C. The City acknowledges that any warranty provided by S&S is limited to the Application Software that is used on the City's server environment listed in Exhibit 1. The City further acknowledges that modifications made to the Application Software by the City, and not at the direction of S&S, will void S&S' warranty of the Application Software, unless specifically stated otherwise in writing by S&S. The City also acknowledges that S&S cannot be responsible for the City's use of third-party software or hardware products that are used or implemented in conjunction with S&S' Information System, including Third Party Software and Hardware, and such other systems and modules where S&S did not consult on, provide, or configure the systems.

D. S&S represents and warrants that all Third Party Software product manufacturers, listed in Exhibit 1, the Budget Detail, have authorized S&S to grant licenses or sub-licenses to such software.

E. S&S' obligation for breach of warranty shall include timely correction or replacement of the module or component of the Application Software that fails to conform to such warranty. In no event shall S&S be liable for any breach of warranty unless notice thereof is given to S&S by the City during the Warranty Period.

F. LIMITATION ON LIABILITY:

(i.) UNDER NO CIRCUMSTANCES SHALL S&S BE LIABLE FOR ANY SPECIAL, INDIRECT, CONSEQUENTIAL, PUNITIVE OR INCIDENTAL DAMAGES OF ANY KIND INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, WORK STOPPAGE, SYSTEM FAILURE OR MALFUNCTION, LOSS OF DATA OR ANY OTHER DAMAGES OR LOSSES IN CONNECTION WITH THE USE OF THE INFORMATION SYSTEM OR OTHERWISE, EVEN IF S&S HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

(ii).
"CITY'S RIGHT TO RECOVER DAMAGES FROM S&S IN CONNECTION WITH THIS AGREEMENT, WHETHER SUCH DAMAGES ARE DIRECT OR INDIRECT, IN CONTRACT OR IN TORT, FOR BREACH OF WARRANTIES, FAILURE TO PERFORM, INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS, LOSS OF PROFITS, SPECIAL, INCIDENTAL OR OTHER CONSEQUENTIAL DAMAGES ARISING FROM S&S' PERFORMANCE (OR FAILURE OF PERFORMANCE) UNDER THIS AGREEMENT SHALL NOT EXCEED THE TOTAL VALUE OF FEES PAID BY THE CITY TO S&S UNDER THIS AGREEMENT DURING THE TWELVE (12) MONTH PERIOD PRECEDING THE EVENTS GIVING RISE TO SUCH CLAIMS FOR DAMAGES."

(iii) THE FOREGOING LIMITATIONS SHALL NOT APPLY WITH RESPECT TO S&S' INDEMNIFICATION OBLIGATION SET FORTH IN SECTION 5(H) BELOW.

G. The warranties contained in this Section are in lieu of all other warranties, express or implied. S&S' express warranties shall not be enlarged, diminished or affected by, and no obligations or liabilities shall arise out of, S&S' rendering of technical or other advice or service in connection with the Third Party Software, Hardware and any other products. EXCEPT FOR THE WARRANTIES EXPRESSLY SET FORTH IN THIS AGREEMENT, S&S DISCLAIMS AND

EXPRESSLY WAIVES ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE. THE CITY ACKNOWLEDGES THAT NO REPRESENTATIONS OTHER THAN THOSE CONTAINED IN THIS AGREEMENT HAVE BEEN MADE WITH RESPECT TO THE GOODS OR SERVICES TO BE PROVIDED UNDER THIS AGREEMENT, AND THAT THE CITY HAS NOT RELIED ON ANY REPRESENTATION OR WARRANTY NOT EXPRESSLY SET OUT HEREIN.

H. *S&S Indemnity.* In the event there is a third party claim alleging that the City's use of the Application Software in accordance with this Agreement constitutes an infringement of a United States patent, copyright, or trade secret, S&S shall, at its expense, defend the City and pay any final judgment against the City or settlement agreed to by S&S on the City's behalf; provided that the City promptly notifies S&S of any such claim or proceeding and shall give S&S full and complete authority, information, and assistance to defend such claim or proceeding. S&S shall have sole control of the defense of any claim or proceeding and all negotiations for its compromise or settlement, provided that S&S shall consult with the City regarding any settlement of the claim.

In the event that the Application Software product is finally held to be infringing and its use by the City is enjoined or S&S deems that it may be held to be infringing, S&S shall, at S&S' election: (1) procure for the City the right to continue use of the Application Software; or (2) modify or replace the Application Software so that it becomes non-infringing; or (3) in the event S&S determines that (1) or (2) is not commercially practicable, S&S may terminate the license with respect to the infringing module and refund or credit to the City the license fees paid by the City in connection with such module, less a pro rata credit for each full or partial month during which the City used the module up to a ten (10) year period, and the City shall return the original and all whole or partial copies of the module and related Documentation.

S&S shall have no liability hereunder if the City has modified the Application Software in any manner without the prior written consent of S&S.

The foregoing states S&S' entire liability, and the City's exclusive remedy, with respect to any claims of infringement of any copyright, patent, trade secret, or other property interest rights relating to the Information System, or any part thereof, or use thereof.

I. *Mutual Indemnity.* The City agrees to indemnify, defend and hold harmless S&S, its directors and officers, and its employees and agents (collectively, the "**S&S Indemnified Parties**") from any and all claims, costs, expenses (including reasonable attorneys' fees), damages, liabilities or judgments, relating to injuries to persons or damage to property to the extent that the same arise out of the work or activities of the City or its employees, subcontractors, or agents in connection with the Project. Notwithstanding the foregoing, the City shall have no obligation under the foregoing sentence if the claim, cost or other item was due to the negligence of S&S or any of the other S&S Indemnified Parties. Likewise, S&S agrees to indemnify, defend and hold harmless the City, its directors and officers, and its employees and agents (collectively, the "**City Indemnified Parties**") from any and all claims, costs, expenses (including reasonable attorneys' fees), damages, liabilities or judgments, relating to injuries to persons or damage to property to the extent that the same arise out of the work or activities of S&S or its employees, subcontractors, or agents in connection with the Project. Notwithstanding the foregoing, S&S shall have no obligation under the foregoing sentence if the claim, cost or other item was due to the negligence of the City or any of the other City Indemnified Parties.

6. SOURCE CODE ESCROW

Upon the City's request throughout the Term, S&S shall supply a sealed Source Code tape for the Application Software (including any Upgrades) licensed hereunder. In such event, the sealed Source Code tape shall be provided to an escrow agent pursuant to an escrow agreement mutually agreeable to the parties. The City shall be responsible for all fees payable to the escrow agent or otherwise incurred as a result of the escrow agreement. The escrow agreement shall specify that the Source Code may be made accessible to the City only in the event that S&S (a) whether directly or through a successor or affiliate, shall cease to be in the software business, (b) upon no less than sixty (60) days written notice (in addition to any notice requirement set forth in Section 8(B) refuses to fulfill its support obligations under this Agreement, or (c) should be declared bankrupt or insolvent by a court of competent jurisdiction. The Source Code supplied pursuant to this Section shall be subject to each and every restriction on use and disclosure set forth in this Agreement, and the City acknowledges that the Source Code and its associated documentation is the property of S&S and will use its best efforts to prevent unauthorized use or disclosure of the Source Code.

7. CONFIDENTIALITY

A. S&S and the City shall each hold the other's Confidential Information in confidence. Neither party shall make the other's Confidential Information available in any form to any third party or use the other's Confidential Information

for any purpose other than as specified in this Agreement. Information shall not constitute Confidential Information if it is publicly known or in the public domain through no breach of this Agreement by the City or S&S. Neither party's obligations of non-disclosure and non-use shall extend to information that is required to be disclosed or requested in connection with any judicial or quasi-judicial proceeding, including, but not limited to, any administrative proceedings or public records requests, provided the disclosing party shall give the other party reasonable notice of its intention to disclose information.

B. This Agreement does not diminish, revoke or supersede any existing confidentiality, non-disclosure or similar agreement between the parties. The obligations of the parties set forth in this Section are in addition to the obligations of the parties set forth in any existing confidentiality, non-disclosure or similar agreement or otherwise arising under applicable law. In the event that this Section is in conflict with any provision of an existing agreement covering confidentiality or non-disclosure obligations, the provision that provides stronger protection to the disclosing party shall govern.

S & S must identify proprietary information and will agree to confidentiality to the extent it doesn't conflict with Louisiana Public Records Law. To the extent that the City receives a request for information related to S&S pursuant to Louisiana Public Records Law, the City must notify S&S of said request immediately and S&S shall have the right to challenge said request in accordance with applicable provisions of the Louisiana Public Records Law prior to the City's response to said request.

8. TERMINATION, CANCELLATION OR MODIFICATION

A. This Agreement shall automatically terminate, and the license granted hereunder shall be automatically revoked, at such time as (i) the City ceases to use the Application Software; (ii) The City breaches this Agreement in such manner that adversely impacts S&S' proprietary rights in the Application Software and fails to cure such breach upon notice pursuant to Section 8(B) below.

B. This Agreement may not be canceled or modified except by the written mutual consent of both parties or as otherwise provided in this Agreement. If either party is in material breach of any of the terms and conditions of this Agreement, the aggrieved party shall give written notice thereof, including a reasonably detailed statement of the nature of such breach, to the breaching party. The breaching party will have thirty (30) days after notice is given to cure such breach or, if the breach cannot reasonably be cured within thirty (30) days, the breaching party shall provide a written estimate of the time needed to cure such breach, shall commence to cure such breach within ten (10) days of notice from the aggrieved party and shall diligently continue to prosecute such cure to completion. If the breaching party fails to cure, commence to cure in a timely manner, or diligently prosecute such cure to completion, the aggrieved party, at its option, shall be entitled to terminate this Agreement or suspend its performance under the Agreement for as long as the breach remains uncorrected, and avail itself of any and all remedies available under this Agreement.

C. Upon termination of this Agreement, the City shall cease use of the Application Software and return to S&S or destroy all copies of the Application Software and all Documentation in the City's possession or under its control. Within ten (10) days after termination of this Agreement, the City shall send written confirmation to S&S, by first class certified mail, return receipt requested, that the City (i) has completed such destruction or return of the Application Software and Documentation; (ii) has not permitted any improper disclosure, use of, or access to the Application Software or Documentation; and (iii) acknowledges and agrees that the City remains bound by the confidentiality provisions set forth in Section 7 of this Agreement. The City agrees that S&S shall have the right to disable the Application Software upon the termination of this Agreement; provided that S&S shall not disable the Application Software if the City is contesting the termination of this Agreement in good faith and the City continues to pay all fees required by this Agreement and any future agreements when due. In the event that the contests the termination in good faith, the parties shall use their best efforts to *promptly resolve the dispute.*

9. SEVERABILITY

In the event that a court of competent jurisdiction holds that a particular provision or requirement of this Agreement is in violation of any applicable law, each such provision or requirement shall be enforced only to the extent it is not in violation of such law or is not otherwise unenforceable and all other provisions and requirements of this Agreement shall remain in full force and effect.

10. DISPUTE RESOLUTION

In the event of a claim, controversy or dispute arising out of or relating to this Agreement, S&S and the City agree that they will work together in good faith in the following manner: first, to resolve the matter internally by discussions among the persons who are responsible for the particular issue; second, to resolve the matter internally by discussions among the executives of the parties. Any such discussions shall take place either in Louisiana or via telecommunications. If the parties are unable to resolve the claim, controversy or dispute using either of these methods, then either party may bring and initiate a legal proceeding to resolve the claim, controversy or dispute.

11. FORCE MAJEURE

Neither party shall be responsible for delays or failures in performance resulting from major substantive acts beyond the control of such party. Such acts shall include, for example, but not be limited to, acts of God, riots, acts of war, epidemics, governmental regulations superimposed after the fact, earthquakes or other natural disasters.

12. NOTICES; PARTY REPRESENTATIVES

All notices required or permitted to be given hereunder shall be in writing and shall be delivered in hand or sent by first-class mail, postage prepaid, or by a nationally recognized overnight courier, to the parties at the following addresses or other such address or addresses as to which a party shall have notified the other party in accordance with this Section:

| If to S&S: | If to City: |
|---|---|
| Systems & Software, Inc. | ____________ |
| 426 Industrial Ave, Suite 140 | ____________ |
| Williston, Vermont 05496 | ____________ |
| Attention: General Manager | Attention: ____________ |

________________ shall act as representatives of the Customer, and General Manager shall act as representative of S&S with respect to this Agreement. These persons shall have the authority to transmit instructions, receive information, interpret and define policies and make decisions with respect to this Agreement. Additional and substitute representatives of S&S and the Customer may be added by written notice of one party to the other.

13. INDEPENDENT CONTRACTORS

The relationship of the parties is that of independent contractors, and nothing herein shall be construed to create a partnership, joint venture, franchise, employment, or agency relationship between the parties. Neither party shall have any authority to enter into agreements on behalf of the other or to bind or obligate the other in any manner.

14.

15. GOVERING LAW; JURISDICTION; VENUE

This Agreement shall be governed by the laws of the State of Louisiana, without giving effect to the principles of conflicts of laws.

16. ENTIRE AGREEMENT

This Agreement, including the Exhibits attached hereto, constitutes the entire agreement between the parties with respect to the Information System. Accordingly, all prior agreements, representations, statements, negotiations and undertakings are hereby superseded, except as otherwise specified in Section 7(B) above.

17. BINDING EFFECT; ASSIGNMENT

This Agreement shall be binding upon and inure to the benefit of S&S and the City and their permitted successors and assigns. Neither party may assign this Agreement or any right or interest under this Agreement, nor delegate any work or obligation to be performed hereunder, without the other party's prior written consent. Notwithstanding the foregoing, either

party may assign this Agreement to its successor, without the other party's consent, in the event of a sale of substantially all of its assets or in the event of a merger pursuant to which substantially all of its assets are transferred to the surviving entity, as long as said successor assumes all liabilities and obligations hereunder. 18. COUNTERPARTS

This Agreement may be executed in any number of counterparts and by the different parties hereto on separate counterparts, each of which when so executed and delivered shall be an original document, but all of which counterparts shall together constitute one and the same instrument.

19. EXHIBITS

The following Exhibits, attached hereto and incorporated herein by reference, form a part of this Agreement:

Exhibit 1 – enQuesta System Components
Exhibit 2 - S&S Support Program General Guidelines

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the date and year first above written.

**Systems & Software, Inc.**

By: [signature]

Title: GENERAL MANAGER

Date: 11/18/2010

**City of Shreveport**

By: [signature]

Title: Mayor

Date: 12/23/2010

# Exhibit 1: enQuesta System Components

**APPLICATION SOFTWARE MODULES:**

**WebConnect Module**

**Description**: The WebConnect portal is enQuesta's internet customer self-service module. This module allows customers to manage their account remotely 24/7. It is a highly configurable module allowing you to turn on and off various features, and we are constantly adding to it as new features and functionality are developed and requested by our customers. Here is a list of the current features:

- **Account Summary** – Current and historical account information that you want to make available to your customers.
- **Billing Details** – Current amount due, historical billing history and ability to view an image of the bill in pdf format. Link to export data to Excel.
- **Payment Details** - Current amount due, historical payment history and ability to view an image of the bill in pdf format. Link to export data to Excel.
- **Make A Payment** – Using the PayConnect* feature within WebConnect, customers can pay their account balance via credit card, debit card or e-check. Also provides customer with the availability to set up their account for EBPP (electronic bill presentment and payment).
- **Consumption History** – Provides current and historical consumption as well as consumption variance with prior year same period or prior months (text and graphs).
- **Service Request Summary** – A history of all service work that has been performed relative to this account.
- **Account Services** – Allows your customers to set up service appointments. The standard service order types provided are:
  - Request Payment Extension
  - Turn on & Transfer
  - Disconnect Service
  - Update Mailing Address
  - Sign up for EBPP
  - Questions & Comments
- **My Profile** – Administration portal in which customers can update contact information, password, and general account administration details.

***enQuesta PayConnect Description**

enQuesta PayConnect is our real-time, fully integrated, state-of-the-art payment gateway. PayConnect allows your utility to offer real-time payment processing to your customers from the convenience of their home through the Internet, IVR or Call Center payment channels. Your customers can choose from several options including one-time payment or recurring payment enrollment with email notification. We support a variety of tender types including most major credit cards, debit cards, pin-less debit, ACH and electronic checks. Your utility can select from a transaction fee model (where processing fees are paid by the utility) or a convenience fee model (where fees are passed on to the customer at no cost to your utility). The customer will be responsible for attaining, renewing and installing all security certificates (SSL) from VeriSign, or another certificate vendor.

**Account Management Module (Customer Service & Call Tracking)**

**Description:** The Account Management module allows users to manage activities at the account level including capturing calls/correspondence, complaints, or inquiries made by customers. It allows users to create letters, note the account of various activities, and update the user/premise profile. Here is a list of the current features:

- **Account Lookup -** Flexible account retrieval methods including by: Name, Service Address, Social Security #, Meter #, Service order #, etc. When the spelling of a name is difficult, enQuesta's Soundex search option will allow the user to look up a name that 'sounds like' the spelling entered by the user.
- **Account Summary (At A Glance Information) –** Full display of all significant account related data including key premise related data, meter information, billing history (including bill image), consumption/reading history, payment history, key account alerts/statuses, service order information, account notes, aging, and credit related data.
- **Calendar –** Quick look up of key account dates through the use of a visual calendar which can be expanded. These dates can include billing dates, read dates, and collection dates.
- **Customized Alerts –** Account alerts can be built into system processes resulting in the display of key account data when an account is accessed by a user.
- **Quick Call Recording –** Quick ability for end users to record calls with configurable automated actions resulting. Reports can then be generated detailing the call types taken by individual user.
- **Configurable Inquiry Portal –** Define different views for different user groups to allow for pertinent information to be available on the initial screen. This is done through our Administrator's Portal.*
- **On-Line Help –** While enQuesta comes with standard on-line help, it also comes with Process Assistance Help which can be configured by the utility. Utilities have used Process Assistance Help to customize their workflows, have documents readily available to send to their end customers, and some have even uploaded their standard operating procedures guidelines.

***Administrator's Portal Description -** Through enQuesta's Administrator's Portal, various aspects of the solution can be configured including: user-specific layout of the main Inquiry Portal, field labels, Process Assistance Help content, Smart URL integration points, etc.

**Automated Service Orders Module**

**Description:** This module allows users to create and process service requests with regard to account-related activity, new services, disconnects, and meter-related services. The utility has the ability to create new service order types as needed choosing different parameters based on the business requirements. These service order types automate data entry to quickly change information on a customer account and provides a visible history of work performed.

- **Customer Service Orders** (Quick orders for such things as alerts, diary notepad entries, recording of call types)
- **Transfer of Service** (Move Out/Move In, Move Out Vacant, Vacant Move-In, Revert to Landlord, Seasonal Disconnect/Reconnect)
  - **Auto Merge** – When Move Out and Move In orders are created for the same day and for the same account, the system can be configured to automatically merge the two orders into one Move Out/Move In order which helps in reducing multiple visits to the same premise.
- **Credit & Collections** – (Turn Offs, Turn-Ons, Pull Meter/Final, Auto-Void/Reconnect, NSF Processing)
- **Field Service** – Meter Related (Install, Exchanges, Repairs, Investigation, Testing)
- **Resolution Codes** – Upon completion of an order, users can select resolution codes which may result in the automatic creation of another service order request or a letter/email notification for the customer or both.
- **Miscellaneous Charges** – Charges can be associated with a service order with each being charge associated with a unique general ledger account number.
- **Scripting** – User defined scripts can be added to a service order prompting the user to ask the end customer specific questions. This information can be included on the service order when it is routed to the Field Operations personnel.
- **On-line Work Queue** – Daily job assignments and supervisor management of tasks. The work queue allows supervisors to have daily work assigned to various users and to manage any volume tasks through a simple user interface.
- **Service Order Scheduling** - This feature allows users to schedule service orders to an individual worker or crew. Specific work days and time slotting are taken into consideration when scheduling service orders. The utility can indicate how many orders of a given type can be scheduled in a given time frame or how many hours of a given day can be dedicated to a specific type of order.
- **Letters or e-mail** – Service orders and work orders can be configured to create documents or letters, which can either be mailed or e-mailed to the customer.
- **Mass Service Order Creation** – Through data extracts via the ad-hoc reporting tool, the utility will have the ability to create service/work orders based on any criteria.

**Meter Management Module (Meter Management, ERT Management, Meter Reading Management)**

**Description:** The Meter Management module tracks meters and associated devices such as ERTs throughout the system from input into inventory through disposal. Device description, status, and history data are captured and maintained with detail regarding installs, removes, test results, repairs, etc. Shipments of new meters can be quickly added to inventory.

- **Inventory Management** - Utilities can import meters and devices through automated interfaces, mass entry or by individual quick entry. ERTs, MXUs, MIUs, and other attached devices can be either "married" to the devices upon entry into inventory or in the field when installed. Device inventory allows for the storage of frequencies, register information, and purchase information.
- **Inventory Tracking** – Device inventory can be tracked from pre-inventory to inventory to truck to property through the use of scanning equipment or through a simple user entry routine.
- **Mass Replacement Programs** – enQuesta has routines which will allow you to identify groups of meters to either inspect or replace. These automatically created service orders can be unscheduled to allow for the utility to schedule as needed.
- **Meter Testing** – Meter testing information to store as-found, and as-left information can be stored starting from the initial import into inventory. For larger meters, regularly scheduled testing can be scheduled per utility requirements.
- **Meter Location** – Location information such as descriptions, drop down selections, and GPS coordinates can be stored for each meter.
- **Meter Reading Management** – Route scheduling can be organized by route, group of routes, or by cycle as needed. For manually read routes, re-sequencing can be done either within the enQuesta software or through the meter reading system interface. Meter usage tolerances can be set-up by various account groups and rates, to allow the utility to get the most accurate read possible.

**Rate Management Module**

**Description:** enQuesta's comprehensive rate engine handles a myriad of simple to complex rate structures for residential, commercial and industrial customers. The plug-and-go capability allows authorized users to enter and configure rates quickly without needing assistance from S&S. Rate changes are easily accommodated and maintained through enQuesta's rate history table enabling pro-ration across billing periods without the need for human calculation.

- **Ease of set-up** – enQuesta's new v4 rate table allows utilities to easily set-up rates and even copy rates to allow for reduced steps. Rate changes need not require entirely new rates to be entered; rather, only the parts of the rate which have changed can be modified. For water utilities, they can now have variant service charges by meter size all attached to just one rate.
- **Re-Occurring Miscellaneous Charges** – enQuesta allows for many different flat charges to be applied to accounts. Flat charges can be charged by counts or by individual property information. (For example, acreage or square footage). These flat charges can be billed on accounts with or without meters. These charges can be assigned to *various services such as water, sewer, and/or stormwater.*
- **Proration** – The rate table allows for the utility to decide on which pieces (if any) of a bill will be prorated. This can allow for how service charges and consumption charges are handled differently.
- **Auto Estimate Re-Calculation** – enQuesta's rates allow the utility to set-up by rate, the ability to automatically have the system cancel and recalculate any bills which were estimated prior to the current actual read during normal billing. The ability to decide this at the rate level gives the utility maximum flexibility.
- **Taxes & Surcharges** – Almost unlimited taxes and/or surcharges can be managed with effective date for rates and by customer location. This allows the utility to simply add/change configuration tables vs. contacting the software vendor for changes.

- **Sewer Industrial Waste** – enQuesta's rates have the ability to charge for Industrial Waste by PPM. This usually includes TSS/BOD/FOG and others. Users can simply enter the lab results into the enQuesta Industrial Waste Table and everything else is automatic.
- **Fees/Credits** – Individual fees, such as reconnect fees, can be automatically tied to events, such as service orders, or can be manually assessed as needed. These fees and credits can carry any billing description and can be assigned to any general ledger account number.

**Utility Billing Module**

**Description:** The Billing module automates the processes necessary to bill water, electric, natural gas, wastewater, refuse, and stormwater customers beginning with the Pre-Billing (on-line edit) through the Bill Calculation and Billing Update.

- **Pre-Billing** – Customizable parameters to review only accounts which fail usage validation. Both individual and mass estimating routines will allow for operators to easily fill in missed readings with accurate utility defined rules.
- **Anytime Billing** – Billing for residential, commercial, industrial, and master-sub accounts has been architected to allow the utility to run a full billing, including updates, during normal business hours without affecting your users.
- **Bill Print & Document Design** - Through enQuesta's Document Designer* module, the utility will have full ability to modify and create documents at will, including their bill print.
    - o With enQuesta's Bunch Codes, processes can be set-up to automatically have the system out-sort bills. (Note: Bill Print design could have restrictions depending on Bill Print method or 3rd Party Printing Vendor).
    - o Flexible Bill Message options are available through the Bill Message table. Messages can be set-up to target specific customers, customer groups, or the global customer base.
- **Automated Adjustments** – enQuesta includes rates which will allow the utility to configure adjustment rules to allow the system to automatically reverse and replace estimated bills with no user intervention. enQuesta also has user initiated reversals and replacement bill adjustments in which the system automatically takes care of the calculation, posting, and general ledger entries.
- **Standard Reports** – enQuesta comes with Billing Journals and reports to allow the utility to validate, review, and balance all billings.
- **Loans** – Simple Interest loans can be set-up to bill both principle and interest. Payoff routines will allow the CSR to easily communicate payoff amounts
- **Mass Bill Cancel** – For drastic situations where an entire bill run was created with errors, enQuesta will allow a mass bill cancel versus users having to complete individual billing adjustments on each account.
- **Inter-Department Billing** – For other departments which are being billed for utility services, enQuesta allows for the back office transfer of funds versus mailing bills and managing account balances.

***enQuesta Document Designer Description**

The enQuesta Document Designer is a graphical tool which supports the creation and editing of complex documents in an intuitive environment - allowing business users to visually create and edit complex documents such as bill prints, service orders and letters/notices - with no programming skills required. The Document Designer can also be used to send bills and/or letters/service orders through e-mail and print simultaneously through the same process.

**Cashiering Module**

**Description:** Our Payment Processing Module provides the ability to post real-time payments to your customer s' accounts.

- **Payment Sources** – Includes processing of cash in an on-line and/or batch mode; a complete audit trail showing source of payment which includes: over the counter, mail, lockbox, credit/debit cards (*must utilize PayConnect), donation/pledge management; and the ability to collect miscellaneous payments that are automatically associated with a G/L account # such as postage stamps.

- **Payment Posting & Allocation** – Ability to apply payments to a customer account in a user-defined hierarchy which is parameter driven; payments received appear on a customer's account real-time which aides in the Credit & Collection processes; a single payment can be applied against a single account, a single payment can be applied against multiple accounts, multiple tender types can be taken and applied against a single account, multiple tender types can be taken and applied against multiple accounts.

- **Tender Types** – Utility defined which may include: cash, check, money order, credit card, debit card (*must utilize enQuesta PayConnect), etc. The utility will also determine for which tender types 'cash back' is an option.

- **NSF Processing** – Ability to process returned checks and automatically place "returned" money back in the appropriate aging bucket; automatic assessment of NSF fee as well as ability to manually override NSF fee; allowance of various NSF types; ability to update customer's credit score based on NSF; maintenance of number of bad payments received on an account; automatic placement of account into cash-only status after 'x' NSF occurrences; automatic generation of letter to customer re: NSF status or automatic creation of shut-off service order for NSF occurrence.

- **Cash Only Status** – Includes automatic identification of a "cash only" account based on user defined criteria; alert pops up to notify cashiering of cash-only status; and ability to configure time period for cash-only status.

**Credit & Collections Management (to include standard credit point set-up)**

**Description:** The Credit & Collections Management module maintains comprehensive detail on customer credit, aged balances, payment arrangements, dispute billings, delinquent status, bankruptcies, write-offs, and supports an interface to collection agencies and an IVR system. Each of these processes can be configured to send letters to customers. Based on account activities, individual credit ratings are created using a configurable point system.

- **Flexible Penalty Rates** – In enQuesta, penalty rates can be different for variant account types. Also, through automated work flow actions, the CSR can simply record a call, of the correct type, and have the system automatically configure an account to be 'penalty exempt.' This option can be set as permanent or for a user- defined period of time. This option can be valuable for non-profit organizations, municipalities, or for other key customers.
- **Notices/Hang Tags/Automated IVR calls/Shutoffs** – enQuesta's configurable Collections Table will allow the utility to implement, and change as necessary, almost any collections process conceivable to the human mind. The Collections Table allows for which types of accounts you would like to select for the action in question. Reports can also be created through these functions. A small list of some of the most popular options used within the Table are as follows:
    - Age of money
    - Minimum/Maximum balance amounts
    - Maximum number of accounts
    - Type of accounts (Residential, Commercial, etc.)
    - Accounts with/without payment agreements
    - Budget amounts
    - Include/exclude accounts with Promise-to-pay extensions
    - Etc.
- **Payment Extensions** – Referred to as Promise-to-Pays (PTPs) in enQuesta. The CSR can quickly create Promise to Pay Extensions with very few key strokes. Along with quick creation, enQuesta also includes a PTP Management system to quickly notify or shut-off accounts who fail to meet their PTP terms.
- **Long Term Payment Arrangements** – Referred to as Installments in enQuesta. The CSR can quickly create Installments with very few key strokes. enQuesta also includes an Installment Management system to quickly cancel, notify and/or shut-off accounts who fail to meet their arrangements.
- **Disputes** – Through the work flow options, users will be able to create formal disputes which identify the bill in dispute, the expiration date, and reason for dispute. Disputes can be automatically identified within the Collections Table and either included or excluded from which ever process is being run.
- **Automatic Shut-Off Voids & Reconnects** – When used with the enQuesta Mobile solution, enQuesta's collection module can identify when an account is out for shut-off and automatically void the order when sufficient payment is received to avoid the disconnect. The Field Worker's unit immediately has the account removed from his/her work. Also, if the disconnect has already occurred, the system can be set-up to automatically create the turn on service order.
- **Refund Checks** – Credit refund routines will allow the utility to identify accounts which meet refund critiera. Refunds can come from various scenarios including deposit refunds, inactive accounts with credit balances, and active accounts with overpayments.
- **Liens** – Liens can be set up in enQuesta if your utility has a lien process or tax roll type process. Multiple liens can occur on the same account if required (this is an option that is currently not in scope for this project).

- **Exemptions** – Through almost all of enQuesta's Credit & Collection routines, exception processing can be set up to allow for individual exemptions. These exemptions can range from 'Life Support' type exemptions to group type exemptions like 'Non-Profit Organizations.' These exemptions exist for penalties, collection notices, shutoff notices, and more.

- **Extensive Deposit System** – Deposits can be stored as typical customer deposits or as non-financial type deposits like Bonds or Lines of Credit. enQuesta can automatically be configured to recommend the amount of deposit required by a customer directly from the Inquiry Portal.
  - **Deposit Increases** - As the customer's credit rating decreases, the system can recommend automated deposit increase amounts.
  - **Interest** - Deposit interest rate tables can be set up to allow for both the interest expense and the refund of the interest.
  - **Good Customer Refunds** – Per utility rules, processes can be set up to allow the system to automatically refund good paying customers.
  - **Deposit Transfers** – As customers move within the utility district, deposits can be transferred directly to their new account versus refunding the deposit and asking for a new deposit on their new account (only used when utilities allow deposit transfers).
  - **Deposit Refunds** - As customers move within the utility district, deposits can be refunded either through their account balances or through direct refunds.

**Financial Management**

**Description:** Through enQuesta's Financial Management module, utilities are able to process adjustments which include monetary-based, usage-based, cancel/rebills, late pay reversals, and payment transfers. A full audit trail is maintained for each adjustment processed.

- **Adjustment Types** – Flexible adjustment configuration allows the utility to define descriptions for bill print and CSR viewing as well as defining what the adjustment will be used for. Example uses could include: simple money adjustments, penalty reversals, write-offs or write-off reversals, manual usage adjustment entry, etc.
- **Billing Cancel/Rebills** – enQuesta's simple user interface for billing adjustments allows the user to reverse entire bills, including the associated General Ledger entries.
- **Payment Transfers** – Payment transfer routines allow the user to move payments from erroneously posted accounts to their correct accounts.
- **Write-off Reversals** – Payments received after an account has been written-off can be automatically reversed out of the bad debt expense account, reallocated to A/R, and paid down. The system will maintain running balances of what the write-off balance is.
- **Integrated General Ledger (G/L)** – enQuesta's system comes with a built in G/L system which has G/L entries created as a by-product of all financial updates. Through the G/L configuration tables, the utility's G/L chart of accounts can be mapped to the integrated G/L which allows for a simple interface.

**enQuesta Reporting**

**Description:** enQuesta's Standard Reports module provides a library of standard production reports to be used in conjunction with each module. These reports have various input options allowing users to obtain the results they are specifically looking for. The Reporting Portal offers users an additional level of reporting capabilities and the ability to access ad-hoc reports via a secure portal utilizing Cognos8. Through the enQuesta Query Layer, users can easily create reports without the need for programmatic intervention.

Following is a list of the standard reports included in enQuesta:

| General Utility Billing Reports | |
|---|---|
| Average Winter Consumption List | No Access List |
| Additional Customer Address Report (Third Party) | No Readings Print |
| Additional Premise Address Report/Landlord | Pre-Calculation Kickout Report |
| Billing Cycle Recalculation Kickout | Print Customer Rate File |
| Billing Cycle Register Print | Print Items Application Verification |
| Billing Frequency Rate Analysis | Print Items Billed Report |
| Billing Transaction File Print | Print Step Rate File |
| Block Use File Maintenance and Usage Report | Sales by Meter Size Report |
| Budget File Print | Sales by Rate/Year End Sales |
| Calculation/Month End/ Year End Summary Print | Sales by Tax District (Monthly/Yearly) |
| Call Tracking Report | Sales Tax Report |
| Contract List | Select Usage Report |
| Customer Contract List | Summary Rate File List |
| Duplicate Reads Report | Transaction Analysis Report |
| Final Accounts Calculation | Transaction History Print |

| | |
|---|---|
| General Ledger Distribution Print | Trial Balance |
| Landlord Lease Report | Usage History File Create and Print |
| Misc Tax Report (Monthly/Annual) | Usage Report |
| **Data Verification Reports** | |
| Accounts Without Meters or Items | Premises With No Active/Vacant Accounts |
| Accounts Verification Report | Print Items Application Verification |
| Address Verification Report | Range/Premise/Application Premise Information |
| Compare Master CIS Number & Sequence Number to Premise File | Summary Account Balance File menu |
| Customer with Active/Inactive Accounts | Verify Application Valve to Valve File |
| Duplicate Meter Report | Verify Rate/Classes Report |
| Inactive Accounts with Active Accounts | Verify Street on Premise File to Street File |
| Multiple Meters for One Customer Report | Verify Street on Range File to Street File |
| Owner's Address Report | Verify Valve to Application Valve File |
| Premise Verification Reports | Work Order Verification Active Customer |
| **Cash, Credit & Collections Reports** | |
| Audit Transaction | Deposit File Print |
| Bankruptcy File Report | Dispute File Print |
| Budget Estimation Report | Inactive Code Report |
| Call Tracking Report | Installment Agreement Report |
| Cash History Print | Late Payment/Penalty |
| Collection Agency File Report | Lien File Report |
| Collection Reason List | Miscellaneous Distribution |
| Collections –Shutoff Report Print | NSF Description |
| Credit Refunds –Credit Balance Report | Promise to Pay Report |
| Delinquent Calculation Print | Shut-Off Accounts |
| **Meter Reports** | |
| Accounts Without Meters or Items | Multiple Meters for One Customer Report |
| Duplicate Meter Report | Valve File Edit Listing |
| Meter (Device) File Print | Valve File Edit Report |
| Meter Inventory List | Valve List Reports |
| Meter List Reports | Verify Application Valve to Valve File |
| Meter Test File Print | Verify Valve to Application Valve File |
| **Work Order Reports** | |
| Daily Worksheet | Work Order Reading Code List |
| Work Order Area List | Work Order Resolution List |
| Work Order Analysis | Work Order Schedule Category Summary |
| Work Order Area Printers List | Work Order Script Type List |
| Work Order Bill of Materials List | Work Order Status Code List |
| Work Order Completion Report | Work Order Type List |
| Work Order Fatal Code List | Work Order Type Total Level List |
| Work Order Group List | Work Order Verification Active Customer |
| Work Order New Customer | Work Order "What" Code List |
| Work Order New Meter | Work Order "What" Reason List |
| **Lists (Edit) Reports** | |
| Central Information Initial Setup Lists | Meter File List Menu |
| Finance and Accounting Reports | Tax Files Listing Menu |

| Hydrant –Valve –Tap List Menu<br>Item File Print Menu | Valve Reports |
|---|---|

**New Service Module (Core)**

**Description:** The new service process covers the creation of accounts from initiating the need for new service through the installation of a new meter. It also includes the management and assignment of associated fees and rates.

- **Geographic Driven Parameter Tables** – Tables include key information needed for account creation including:
    - Cycles
    - Route
    - Sub-Division
    - Available Services
    - Street Names
- **Automatic Premise and Account Creation** – Through the use of the geographic driven parameter tables, users are able to create premises and accounts through configured work flows without having to enter repeated data over and over again. Included with this function is the ability to create premise locations in mass with only the entry of the street or lot number. Street name validation also occurs as part of this function.
- **Permit Type Fee Management** – The new service module will allow for the billing of fees which are not typically tied to water or sewer accounts. This would include impact fees, or any other flat fee which can be tied to a work flow. Printing of the invoice and receipt of the payment are also integrated into this module.
- **Full Integration** – The New Service Module is fully integrated into the other enQuesta 4 modules, including Service Orders, Cashiering, and Inquiry.
- **Configured Work Flows** – Through the use of configurable work flow tables, the utility will be able to design different work flows for variant situations. As an example, adding a residential development would have a work flow much different from adding buildings to an industrial park. The fees would be significantly different, and the service order processes tied to the building of those accounts would most likely be different.

**Cross Connection/Backflow Management**

The Cross Connections/ Backflow Management module provides a method of controlling and monitoring backflow prevention devices to avoid the potential contamination of the potable water supply.

The Cross Connections module builds and maintains a database of customers with related devices. It offers several automated processes for managing various types of correspondence, including issuing notices based on anniversary dates and test results. Follow-up letters that specifically address a customer situation are sent automatically based on the type of response received from the customer.

Several different cycles can be set up to manage customers' compliance with backflow prevention standards. Utilities may establish process cycles based on anniversary dates, device installation, and device testing, for example. Each step in a cycle is defined and monitored by the system. Based on the customer's response, appropriate action in the form of follow-up letters, application of miscellaneous charges or fees, shut-off or other types of service orders are generated automatically through run-sheet routines.

The automated letter-generation routines rely on and update the customer master files of the module. Numerous user-defined attributes allow utilities to define the types of letters to be issued for scheduling cross connection or backflow-prevention work, tests, inspections and for distributing general information. Utilities can also define the status and hazard levels, and the response and business codes used to automate the process.

enQuesta offers Customer Inquiry functionality for the Cross Connections module to facilitate the tasks required to deliver top-notch customer service. The latest information and account histories are instantly available to users so they can intelligently respond to customers' queries and requests. The letter-generation processes — automated selection, print and update routines, for issuing notices and creating work orders provide the most efficient and reliable production tools for managing backflow monitoring.

Highlights of the Cross Connection module are:

- Customer Master File — These records link the Backflow customer to their Water Billing account. At a glance, users can see the current and next letter sent codes and the last response received, along with other important information.
- Automated Replies to Customers — Each type of letter can have up to ten expected responses defined for it. Based on the customer's response, utilities can decide what type of letter to issue next. When the files are set up, the sequence of letters generated for any type of issue are executed with a single keystroke. However the system offers enough flexibility to reply to a non-expected response.
- Reminder Text — User-defined pop-up messages for Customer Service Reps, and others who deal with customers, to remind them to perform an action related to a type of response. For example, if they must fax the customer response to the Legal Department when a certain response is received, this can be the reminder text. This is for internal use only; the text does not appear on letters issued. It is designed to automatically prompt the user to perform the special action each time the response is recorded.
- Input of inspection and testing codes and enforcement of a certification process are facilitated by the Inquiry user-interface.
- Global Letter Sequence Revision — A program to change a specific letter in a sequence, for every customer in a group: a selected business class or range of account numbers. For instance, instead of following Letter Code 14 with Letter Code 15, you wanted to follow with Letter Code 998, this routine makes the change globally, for all customers at one time, *without having to change each customer record individually.*
- Credit & Collections Interface – Tight integration with enQuesta's Credit & Collection module, collection activity can be tied into normal business cycles. Additional fees such as late payment charges as well as activities such as shut-offs can be automatically generated.
- Revenue Tracking – Cross Connection revenue can be independently tracked and reported on.

**enQuesta Mobile**

**Description:** This module provides you with a fully automated enterprise solution as service orders and field work can be conducted in a paperless environment. Using ruggedized field devices (laptops or PDA's), customer service and field service can now communicate in a real time or near real time environment depending on the wireless network connectivity available within your service territory. enQuesta Mobile Work Management for today's utilities brings a new perspective for field service productivity and efficiency. enQuesta Mobile allows utilities to add visibility to field operations by replacing outdated paper-based processes. enQuesta Mobile streamlines the utility's field service operations by taking enQuesta out of the office and into the field, managing work when and where it happens. Benefits include: improved field service productivity and efficiency, cost reductions, reduction in data entry errors and duplicate entry, and better overall management especially in the area of Credit & Collections (turn-ons/turn-off/auto-void-reconnects).

**enQuesta IVR**
**Description:** The enQuesta VoiceUtility Interactive Voice Response Solution for Shreveport consists of the following functionality:
12 Ports

- Current Balance Owed
- Last Billing Date and Amount
- Next Billing Date
- Last Payment Date and Amount
- Professional Voice Recording
- Transaction Logging
- *VoiceUtility* Reporting Module
- Twelve Licensed Ports

Included Fax and Email Functionality:

- Payment History
- Billing History
- Account Status Detail
- Last Payment Date and Amount
- *SmartDelivery* (2-port)

**CTI to Support Screen Pops** *(Licensing to Support Up to 25 Agents)*
*(Selectron's price and capability to Support ScreenPop is dependent on the Model/Version of City's PBX)*
**Outbound Delivery Services Initial Setup** *(Includes Setup, Configuration & Alerts)*
**Delinquency Notification**
**Payment Processing Initial Setup** *(Per Database Integration)*
**Credit Card Processing Module** *(Per Application)*
***Document Management and Imaging (Optional – currently not included in the scope of this project)***

We are recommending FileNexus, developed by Loris Technologies Inc. (a long term Harris partner) and fully integrated with enQuesta. FileNexus can improve your business processes in all areas of operation: customer service, finance, work management, reporting and much more. Imagine having a single system that allows you to easily recall any record from any system, right from your desktop and eliminating paper filing forever.

**3RD PARTY SOFTWARE:**

Oracle 11g Database

Cognos 8 Reporting Solution

Red Hat LINUX Operating System

enQuesta RunTime

**SERVER ENVIRONMENT:**

| Application/ Database Server |
|---|
| DELL PowerEdge 1066Mhz<br>R900, E7420, 2x<br>Xeon Four Cores<br>13GHz, 2.8M Cache, 24GB Memory, 12x2GB, 667MHz, PowerVault MD1120 Rack |

2U, 24 Bay External Storage Array with Locking Bezel. RedHatv4.7, 3 year support included.

(2)DELL PowerEdge Dual Core Xeon Processor, 5140 4MB Cache, 2.66GHz,

(1) IVR Server, Windows OS

Cisco VPN 3002

Exhibit 1 Notes

1. Additional Users above and t
Current Number of Users (75) are available for $5,000 per User and are available in packs of 5 User Licenses each. Maintenance Fees shall apply to these additional per User fees at then current rates.

Additional license fees will be assessed and calculated based on a beginning account volume of 70,000 accounts. For additional growth over 70,000 accounts the following formula shall prevail based on the use of 5 packs of enQuesta licenses (each 5 pack is $25,000): 0-5% = included, 6-10% = $25,000.00 etc. This formula shall remain in place for the term of this Agreement.

2.

3. Hardware and hardware main
will be billed as incurred per the hardware vendor terms.

4. Third Party software and mai
will be billed as incurred per the Third Party terms.

5. Should we utilize the mainfra
will remove one of the Dell PowerEdge servers.

## S&S Support Program Annual Fees

| Item | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| enQuesta | $114,085.00 | TBD | TBD | TBD | TBD |
| 3rd Party | $13,821.00 | TBD | TBD | TBD | TBD |
| Total | $127,906.00 | TBD | TBD | TBD | TBD |

Year 1 fees are prorated from time of go live to end of year. Third party costs include Oracle maintenance. After year 3, Shreveport must decide to either renew hardware maintenance or replace the hardware (hence the TBD designation for 3rd party maintenance after 3 years).

# Systems & Software Support Program

## General Guidelines

### Exhibit 2

**Effective January 1, 2010**

**Executive Summary of Services Provided**

Beginning on January 1, 2010, the following services and guidelines apply to the Systems & Software Support Program. If you have any questions related to the following information, please call the dedicated Help line at 1-800-655-8810.

***Application Support***

Help Desk support for general application inquiries and issues

S&S representatives available from 8:00am EST through 5:00pm (customer local time) Monday through Friday

24x7 critical issue coverage available off hours

Time and priority commitments for response to operational critical issues during regular business hours (8:00 am – 5:00 pm local time)

o Showstopper (Ex. Customer is down or can't run a critical billing or C&C process)
□ S&S initial response within 15 minutes.
o High (The issue is a business critical issue but it is not preventing all users from getting their work done)
□ S&S initial response within 1 hour.
o Medium (The issue has a work around that the customer can use until the issue has been resolved)
□ S&S initial response within 4 hours.
o Low (This issue is usually either cosmetic or requested functionality that will be considered for a future version)
□ S&S initial response within 24 hours.

Commitment to quality and timely issue resolution

Automated case management via TTP (TestTrack Pro issue resolution software)

Escalation path for issue resolution

***Technical Support***

Telephone advisory assistance with routine system management functions

Remote log-in support for troubleshooting issues with layered products and operating system software that are related to the documented capability of S&S applications

***Third-Party Software***

First-line diagnostic support for third-party vendors with whom S&S is associated or whose products are integrated within enQuesta. This only applies to third-party software which is under one of S&S"s contracts and which the customer does not have a separate support agreement with.

***Update Support***

Fixes, error corrections, patches or corrected procedures for the supported versions of enQuesta and its component level software

Periodic product version releases or upgrades (including base enhancements)

***Education/Communication***

Monthly Webcasts

Online documentation available through the customer portal

Access to product documentation, training course catalogs and schedules, and Customer Conference information

Customer Conference - Attendance, training and hospitality events at no cost for two attendees per organization to attend with the exception of travel and living expenses. If a customer elects to send more than two users, there will be a registration fee of $850 - $1000 per person.

**Further Detail of Services Provided**

The **Systems & Software Support Program** provides coverage for and is inclusive of the items listed below:

1. *Authorization to receive support services for licensed products* from Systems & Software for the calendar year, January through December 2010.

2. *Access to new releases of the licensed enQuesta business application*, with no additional license fee, when such application software becomes generally available and a separate upgrade engagement has been established between S&S and the customer. This support criteria applies to the originally licensed application software itself. Newly developed modules or applications, and the range of systems support services associated with deploying production enQuesta software, are handled under a separate contract or amendment. Additional services may include migrating from one version of enQuesta to another, performing assurance testing, performing interface testing, training customers on new versions of the application software, or purchasing additional hardware or third-party software products.

3. *Fixes, error corrections, or corrective procedures* for the supported versions of enQuesta (the current version and the most recent release just prior to the current version of the application). Depending on the nature and cause of these errors, certain additional charges may apply for these services only if it was an error caused by City personnel.

4. *New documentation* as made available by module. S&S understands that due to the customized nature of the various applications for customers and the speed with which refresh updates or new releases are developed and/ or deployed, customers may not always have documentation that *exactly* applies to the version they are running. Customer practices show, and S&S" expectation is, that customers rely on the on-line help text and their process guides. Module documentation, including standard user guides, training guides, and process guides is now deployed only via S&S" customer website, at www.ssivt.com (via the customer portal).

5. *Support related to items that are normally charged* but are minor in nature may be waived solely at the discretion of S&S. These might include restoring processes and/ or data that were corrupted due to operator error, minor changes to a bill print format, etc. These will be judged based upon the magnitude of the work to be performed and the frequency of occurrence.

6. *Attendance, training and hospitality events will be at no cost (no registration fee) for up to two customer employees at the Customer Conference. Additional employees may attend for a fee as noted above.* Travel, lodging, meals, and other associated fees would be at the customer's expense. Due to the market and competitive nature of the S&S enQuesta products, non-customer personnel may attend only upon written request, and S&S reserves the right to refuse attendance at customer conferences to non-customer attendees. A fee of $2,500 per day per non-customer attendee will apply, if such non-customers are authorized to attend. In some cases, customers may be required to sign non-disclosure statements at such events.

7. *Monthly webcasts* are scheduled to be conducted online via WebEx. These webcasts can be used to provide company/corporate updates, promote user group interaction, allow for a discussion arena on selected topics, and serve as training sessions.

8. *Periodic informational announcements or newsletters* covering new announcements, enQuesta enhancements, hardware and third-party software issues, vendor relationships, new technologies or technical considerations, new product announcements, and other related topics.

9. *Access to the latest levels of certain third-party products* including Cognos 8, MicroFocus Server Express Runtime Licenses (assuming the initial upgrade to Server Express was paid under separate contract), enQuesta client or middleware components, or other third-party software products or vendor products which are invoiced as part of the S&S Support Program, or as these products become available from the respective vendors. Deployment or training services for such are handled separately under a time and materials basis.

10. *Technical Assistance* is available by request. These services include but are not limited to system and application configuration, performance analysis, and certain other hardware, operating system and database related services. These services are subject to additional charges on a time and material basis only if they are for services over and above what is described in the SOW and Annual Maintenance and Support Guidelines.

**Certain Systems & Software Support Program Guidelines**

1. Under the Systems & Software Support Program, customers will receive unlimited daytime phone, modem, internet, email and fax support for areas related to the operation of all licensed enQuesta modules under the supported version (i.e., the current version and the most recent release just prior to the current version of the application) and, more specifically, for the business processes/ features which are accommodated by enQuesta applications *that are already in production use as enabled through working with S&S, during an initial or subsequent engagement*. enQuesta applications may have the capacity or inherent functionality to serve many business or customer-specific functions that may not be in production use within your organization. If an organization decides at a later date to make use of a new feature or business process, this would be clearly defined as "new" work which would be supported under a separate time and materials based contract, not "how-to" support for an existing business process.
This support is limited to operators who have been trained by S&S personnel or other certified trainers under "*Train the Trainer*", "*Train the Key Personnel*", or "*Train the Super Users*" concepts, and who have ownership for and a clear understanding of the applications and issues for which they are requesting support on the current enQuesta release. Support activity via the Customer Support Desk from new personnel will indicate the actual capabilities or level of training new personnel have received. This information will be shared with customers and, if necessary, related services will be contracted for separately at rates indicated in this agreement.
Inbound phone support initiated from our dedicated support line, 1-800-655-8810 would generally entail a ½ hour call or less (this duration certainly may vary and is not limited to a ½ hour). Faxes, phone calls or e-mails which result in extended, or even multi-hour, phone conversations or work effort would be handled separately on a time and material contract basis.

Possible examples would be: several analysts" subsequently providing "x" number of hours assisting with implementation of "new" work [such as discussion/ implementation of new work order types, a modified General Ledger Chart of Accounts, or implementation of a new business process that the application supports (but which is not in production mode), such as ACH, an AMR solution, or a new interface]. Other examples may include but are not limited to: fixing incorrect operator procedures, training new or existing staff over the phone, assistance with balancing or bookkeeping, setting up training databases and training operators, performing work or services for organizations whose key individuals are out of the office, writing custom scripts or programs to resolve customer issues not caused by enQuesta, and other support items of this nature. This scope of work would clearly be defined as "implementation of new business processes" or "consulting outside of „how-to" telephone support."
2. Ad-hoc report writing with third-party tools such as Cognos 8, Cognos ReportNet or Cognos Impromptu is the responsibility of the customer. This includes creation of reports and all subsequent modifications including those resulting from changes in versions of enQuesta or the third-party reporting tool. To facilitate this process, S&S will maintain the KnowledgeBase/ Catalog/ Meta data/ eQL/ data dictionaries and provide support for general questions.
It is highly recommended that organizations appoint a core group of persons to become entirely familiar with all aspects of the enQuesta applications and the KnowledgeBase/ Catalog/ Meta data/ eQL/ data dictionaries, such that these individuals become subject-matter experts within the organization.
4. Telephone Customer Support Desk support services and hours of availability are weekdays from 8:00 am to 5:00 pm, customer local time, excluding Holidays and other posted exceptions, unless other specific contractual arrangements have been made with your organization. 24x7 pager support is offered for selected contractual situations; pager support reflects coverage for enQuesta related emergency situations only. Unless covered under a separate arrangement, support provided outside these hours will be invoiced at the off-hours support service rate as referenced in item 6 under this heading.
5. *Items excluded from this plan include*: training of new operators; consulting, hardware or site planning and infrastructure support; hardware maintenance; or any topics generally considered "new business." These professional services would be billed separately under a separate time and materials based agreement.
Also excluded from this plan are Windows and other PC desktop systems support; communications or infrastructure support; support of situations which reflect your use of third-party vendors over which S&S has no direct responsibility, such as bill-print houses, banks, AMR vendors, or other such third-parties. S&S supports these other types of situations on a time and material fee basis at the discretion of the Account Manager or Senior Account Executive, if applicable. For the vast majority of technical or third-party situations which arise, S&S believes this method to be the fairest way to support customers in areas over which S&S has little, if any, responsibility or systematic controls.
6. Outside of Systems Support Services covered under the S&S Support Program as reflected herein, all other Systems Support Services in 2009 will be invoiced at the following rates:

Service Type Rate per Hour
Custom Programming &
Business Process Consulting $225
On-Call Pager Support $160

Other Services $160

These services are provided subject to a minimum ½ -hour charge. Off-hours (5pm-8am, or holiday/ weekend) support will be invoiced at $240 per hour, minimum 1-hour charge. Involvement of other vendors, whose services may be required, in concert with or outside of work with S&S, shall invoice directly or through S&S at their own rates. An example would be billable services through IBM Corporation, for AIX SupportLine or ConsultLine charges.
Given that the range of systems support services generally reflects multiple S&S parties performing work prior to, during, and after the "face to face" customer engagement, daily rates or per-student charges may apply for some ranges of support services, including training classes. These shall be determined at the time of contracting and are subject to change at any time, depending on the scenario or the value-ad proposition to the customer.
7. All other enQuesta or non-enQuesta related support services, preparation time, consulting, analysis, travel, or telephone and modem support issues will be invoiced on a time and material basis as incurred. Every attempt shall be made by the customer and S&S to understand, scope, define and have customer acceptance for work scope under an estimated time and materials engagement prior to work commencing. Issues that S&S determines require extended support or support of third-parties for resolutions to customer issues will in some cases be turned over to the appropriate third-party. (IBM AIX Support, for example, may be contracted on behalf of customers to conduct performance-tuning testing on their pSeries servers). Areas identified as those which would best be handled by third-parties will, time permitting and assuming a customer representative is available who has ownership for the issue, be discussed with customers prior to arranging the service.

8. Administration:

a. Customers are responsible for ensuring supported staff members are aware of these policies and procedures. A request for support from a customer assumes an understanding on the part of the customer of said policies and procedures.
b. S&S asks that customers appoint a key individual (or select, core group of key individuals) to receive all support calls/ requests from S&S in order to eliminate duplicate calls and/ or faxes or e-mails. The Customer Support Desk format relies upon an initial contact being made with a detailed description of the issue being submitted, with specific backup material being faxed or e-mailed. The preferred method of submission to S&S is by e-mailing your request to our dedicated inbox: support@ssivt.com with any appropriate attachments to help us triage the issue.

S&S" objective is to ensure that customers be fully satisfied at all levels of the interaction, each and every time customers engage S&S. Unless there is already an open work order which was correctly initiated via the Customer Support Desk, correspondence sent to specific support individuals will NOT be forwarded to the Customer Support Desk for logging. With the objective being quick, correct and efficient resolution to customer issues, resulting in high levels of customer satisfaction, customers must submit all correspondence to the Customer Support Desk, not specific staff. We request that you send your support issues to fax: 802-865-1171 or e-mail: support@ssivt.com which is the only authorized "support" email address; please do not forward correspondence to individual email addresses or call S&S Support Personnel directly. We ask for your assistance in not circumventing the routing and support system; this is in place to ensure that all customer issues are logged and tracked centrally, and is essential in ensuring a high level of customer satisfaction. We thank you in advance for your cooperation so that we may efficiently serve your organization.
c. Questions related to invoices outside of the S&S Support Program should be addressed with your Account Manager. Invoices are payable upon receipt.
d. Verbal or written requests for changes or enhancements to application software which is in production use by your organization are not considered "support" items and therefore should not be requested *via telephone* from support personnel via the Customer Support Desk. Such "new" enhancements or custom requests must be in writing using the Software Request Form, which can be downloaded from our customer web site, at www.ssivt.com/portal/login.asp or you may contact your Account Manger directly. If your organization is more than one release level behind the most recent enQuesta version, only in the most critical of situations is S&S likely to accept the custom request. Having migrated to the most recent level of the enQuesta application assures customers that S&S is likely to accommodate business change requests.
This process should be used judiciously to the extent that incoming requests should be "signed off" by the appropriate parties at the customer location in order to maintain control and understanding of the enhancements or custom modifications that have been requested.
e. S&S requests that in cases of specific custom requests (*modification, customization, new features, new interfaces, and enhancements to subcontracted solutions*) from a customer, the entire written scope of such request accompany the inquiry. A work order will be created such that S&S can log the request and pursue the engagement on behalf of the customer. S&S shall then validate the written scope document. Ascertaining and validating work scope can consume a significant percentage of the overall engagement and is a critical factor in ensuring overall customer satisfaction with any such custom engagement.

Engagements shall in some cases be forwarded just to scope work; the actual work, if accepted, would be handled under a separate engagement.
If new functionality has been developed due to an approved contract from the customer, the customer will be notified when the enhancement(s) is ready to be viewed in their Train environment. From notification, customers will have 10 working days to test and approve the new functionality and respond back to S&S via the Account Manager, if applicable. If S&S does not receive a response back from the customer within the 10 day timeframe, additional testing and setup fees may apply to requested changes. New functionality will not be deployed to the Production environment until changes are formally approved in writing by the customer.
f. Customers are required to have a broadband internet connection (cable, T1 or higher) and that S&S be

given inbound internet access (from S&S to customer) via a Cisco 3002 IPSEC VPN or similar device that S&S will configure, in order to access servers on the customer premises that relate to access to or support of enQuesta. Minimal firewall entries will be needed to allow a connection to S&S" Cisco router. S&S can also connect to a qualified Cisco device that is on the customer's existing LAN. Currently S&S uses and supports IPSEC 3DES with 168-bit encryption with NAT supported. The ability for S&S to use this technology in support of customer installations will alleviate risk associated with slow, asynchronous 426 Industrial Avenue CONFIDENTIAL Williston, VT 05495 www.ssivt.com p: 802-865-1170 f: 802-865-1171

modem access to customer's IBM pSeries or Dell PowerEdge servers. In summary, broadband access is required for enQuesta customers and is requested for all other customers. NOTE: Given the number and diversity of customers requiring support from S&S, each with varying networking infrastructure, support of software-based VPN clients is not a viable replacement for these suggested access methodologies.
g. If a customer is on the supported version (the current version and the most recent release just prior to the current version of the application), corrective fixes will be delivered to the customer via a scheduled Maintenance Release (maintenance releases will be deployed until a release is deemed "life-cycle complete" by S&S). Customers will receive release Notes and customers are responsible for testing corrective fixes within a scheduled window before S&S will move the Maintenance Release into Production.

h. In order to ensure that the enQuesta system is kept up-to-date with enhancements and bug fixes, Customers are strongly encouraged to install the then-current Maintenance Release made available by S&S at least once per quarter. If a Maintenance Release has been made available generally by S&S that addresses a particular issue and a customer subsequently contacts the S&S Help Desk regarding this issue but has not installed the applicable Maintenance Release, the customer will be required to install the Maintenance Release prior to assistance by S&S. If a customer declines to install the said Maintenance Release to remedy the issue, S&S reserves the right to charge the customer on a time and material basis at then-current rates for effort incurred to resolve the issue.

* A customer may need to install previously released Maintenance Releases prior to installing the then-current Maintenance Release in order to bring the customer's environment to the most current level.

# CITY OF SHREVEPORT CONTRACT REQUISITION (LONG FORM)

Required for Construction Contracts of $5,000+, Construction Change Orders where Original Contract was $5,000+, all Civic/Public Appropriation Contracts and all Purchases/Services of $10,000+ (Except for Revenue or Zero Dollar Contracts-See Short Form for these)

#1- Purchasing's Time Stamp NOTE: MUST HAND DELIVER TO NEXT DEPARTMENT-DO NOT PLACE IN INTEROFFICE MAIL #2- Purchasing's Time Stamp

| | | |
|---|---|---|
| Dept. Requisition No.: RQ0902676 | Date: DECEMBER 02, 2010 | Tracking No: 200900000352-01 |
| Department: OPERATIONAL SERVICES | Division: OFFICE OF THE CITY ENGINEER | |
| IFB/RFQ/(RFP)/RFS No.: 07-817 | Opening Date: | Acceptance Deadline Date: |
| Bid Estimate: $ | Orig. Contract Amt: $7,432,897.00 | Executive Summary Attached ☒ |
| New Award: | Emergency Procurement ☐ | Fair Share Forms Attached ☒ |
| Change Order No: 01 | Bid Summary Attached ☐ | Subcontractor Form Attached ☒ |

Project Title/Description: WATER SYSTEM INFRASTRUCTURE IMPROVEMENT PROGRAM

| | |
|---|---|
| Award of Contract Proposed to: (Firm Name and Address) TRITON WATER TECHNOLOGIES, INC. (2009) | Reasons for Award/Change Order (If change order, insert original P.O. No. below) ADD FUNDING FOR ADDITIONAL SERVICES |
| 1514 MARTENS DRIVE, SUITE 243 | Reasons for Emergency/Rejection of All Bids (Resolution Attached) |
| HAMMOND, LOUISIANA 70401 | |
| DBE☐ FSC☐ MBE☐ WBE☐ SBE☒ LBE☐ AEC☐ | Contractor's Lic. No.: 46527 — Subs Entered in Tracking: Yes |

ARE FEDERAL FUNDS INCLUDED? YES ☒ NO ☐ — REQUISITION POSTED IN ADPICS BY DEPARTMENT? YES ☒ NO ☐

Reason Contract on Hold: Date: Person:

| Acct Name: | Acct Code: | Encumbrance: |
|---|---|---|
| | 425330-8610 ✓ | $2,987,594.00 |
| | | $ |

CONTRACT APPROVALS: Appropriations, Public Works/Construction, Purchases, Services & Change Orders $10,000+ (1 to 10). If Public Works/Construction $5,000 to $9,999 (1 to 8) Also required for all change orders, even if a deduct, when the original contract was placed in contract tracking. CON100 3641

| Approval | Date | Remarks |
|---|---|---|
| (1) Dept. Head: [signature] | 06 Dec 10 | P.O./C.O. No.: 2987594.00 Date: 1-29-10; Amount: $ 2987594.00 Buyer: Evans Date:; Original P.O. No.: PRC922812 Approval Path changed by:; *After #8 or #10, as required, return to Buyer above in Purchasing |
| (2) Compliance: [signature] | 12/10/10 | Remarks: |
| (3) Fair Share Program Director: [signature] | 12/13/10 | Remarks: phase II consists of systems and software, therefore this phase of the project is specific sourced, and will not include DBE participation |
| (4) DBE Compliance Manager (only if federal funds involved): [signature] | 12/13/10 | Remarks: |
| (5) Purchasing Agent: [signature] | 12/14/10 | Remarks: |
| (6) City Attorney (only if written Contract involved): [signature] | 12/14/10 | Remarks: |
| (7) Risk Manager: [signature] | 12/16/10 | Remarks: |
| *(8) Director of Finance: [signature] | 12/17/10 | Remarks: Funds available |
| (9) Chief Administrative Officer (only if $10,000+) [signature] | 17 Dec 10 | Remarks: |
| (10) Contract Signed by Mayor (only if $10,000+) [signature] | 12/23/10 | Remarks: 6 Originals In Purchasing. Other Contract Originals in Purchasing YES ☒ NO ☐ |

THREE SIGNED CONTRACT ORIGINALS WITH APPROVALS AND TWO COPIES WILL BE DISTRIBUTED BY PURCHASING AS FOLLOWS:

1 - Original Purchasing/Contracts Section Date Received ____ 1 - Department Head (Date Forwarded ____)

1 - Accounting/Central Files Date Forwarded ____ 1 -Original-Contractor 1 -Original- Caddo Parish Clerk of Court

Revised

EXHIBIT B

\ FCV ARV Fair ✓ CTS ✓

18

REMIT TO:
TRITON WATER TECHNOLOGIES IN
1515 MARTENS DRIVE
HAMMOND LA 70401101

# CITY OF SHREVEPORT

BOX 31109 SHREVEPORT, LOUISIANA 71130
PHONE( 318) 673-5450
FAX (318) 673-5408

PURCHASE ORDER NUMBER
Show this no. on all papers relating to this transaction
PR0922812
*** *** CHANGE ORDER *** ***

| IFB NUMBER | CONTRACT NUMBER |
| --- | --- |
| | |

DELIVER TO: MARY SYLVIE
ANDREW STEVENSON
505 TRAVIS STREET, GOV'T PLA
3 RD FLOOR
SHREVEPORT LA 71101

| DEPT. I.D. | DELIVER TO | VENDOR I.D. | BLANKET | |
| --- | --- | --- | --- | --- |
| 2015 | 3530 | 202046747 | | |
| F.O.B. | TERMS | DELIVERY DATE | BUYER | OPTR. |
| DEST | AR | 10/27/2011 | BUY1 | PRCH016 |

| REQ# OR ORIGINAL P.O. | DATE |
| --- | --- |
| R0902676 | 12/29/2010 |

BILL TO:
CITY OF SHREVEPORT
ACCOUNTING DEPT
PO BOX 31109
SHREVEPORT LA 71130

MAIL ORIGINAL INVOICE

TO:
TRITON WATER TECHNOLOGIES INC
1515 MARTENS DRIVE
HAMMOND LA 70401

APPROVED BY:
In Conformance with Section 10.02 of City Charter
[signature]
DIRECTOR OF FINANCE

| LINE | COMM. CODE | DESCRIPTION | QTY. | UNIT | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| *** | C01003641 | ***ADDITIONS TO PURCHASE ORDER*** DOC REF: 001 | | | | |
| 02 | 981-84 | WATER AND SEWER EQUIPMENT (INCLUDING WELL POINT ADDED LINE #2 PER CHANGE ORDER #200900000352-01 AND RFP 07-817. | 1 | EA | 2,987,594.00 | 2,987,594.00 |
| | | 01 425330 8610 687533 2,987,594.00 | | | | |
| | | 2,987,594.00 | | | | |

THIS IS A VEHICLE PURCHASE, SIGN, DATE, AND PROVIDE THE DEALER NAME AND RETURN BY FAX (SEE ITEM #17 ON THE BACK OF THE PURCHASE ORDER).

Received by: ______________________ Date: ______________

Dealer: ______________________

SEE CONDITIONS PRINTED ON THE REVERSE SIDE

[signature] BUYER
[signature: Tom Mattox] PURCHASING AGENT

TOTAL CHANGE
2,987,594.00

ORIGINAL

**Systems & Software**

November 12, 2014
QUOTATION #60371

Sharon Pilkinton
City of Shreveport
Shreveport, LA

Dear Sharon,
This quotation is for setup and training on Rates. Systems & Software (S&S) is pleased to present this quotation to The City of Shreveport.

| Description | Hours |
|---|---|
| **Scope:** S&S will setup the new tiered rate structure in Shreveport Train for Water and Sewer to be tested. Below is the new tiered structure to be setup. | |

*Quantity charges.* Effective January 1, 2014, the monthly water customer quantity charge shall be as follows:

| Customer Class | Rate Per 1,000 Gallons Inside City | Rate Per 1,000 Gallons Outside City |
|---|---|---|
| Residential | ~~$3.05~~ | ~~$6.10~~ |
| Tier 1 | $1.32 | $2.64 |
| Tier 2 | $2.63 | $5.26 |
| Tier 3 | $3.95 | $7.90 |
| Tier 4 | $4.47 | $8.94 |
| Commercial | ~~$3.05~~ $3.02 | ~~$6.10~~ $6.04 |
| Industrial | ~~$3.05~~ $3.02 | ~~$6.10~~ $6.04 |

The sewer quantity rate will be $6.33 and the Sewer Customer Charge is $6.33.

S&S will meet with Sharon at the user Forum to review what was established and run some tests to proof out the new rates in train.
Lastly and S&S resource will be onsite Monday December 8th to work with Sharron to ensure the rates are establish correctly in production with the proper effective dates of January 1 2014. A system date change will be used to validate the new rate in production.

**Pricing:**
Project Management: 2 hours
Analysis: 1 hour
Setup in train: 8 hours
Testing:3 hours
Onsite assistance Support setup in production: 8 hour

Expenses are billed as incurred

| | |
|---|---|
| Total Hours | 22 |
| **Total Cost** | **$3,850.00** |

Acceptance may be indicated by signing as shown below:

426 Industrial Ave Suite 140 Williston, VT 05495
phone (802) 865-1170 fax (802) 865-1171



Systems
& Software

Accepted by: ______________________________

Date: ______________________________

Terms & Conditions:

1. Quotation services will be scheduled once signed documents are received by S&S.
2. Payment Terms: 100% at signing.
3. This Quotation valid for 30 days.

Please sign, date, and return an original or faxed copy of this document, to Systems & Software, fax 802-865-1171, Attention: Michael Lamontagne Thank you.

Sincerely,

Michael Lamontagne

Michael Lamontagne
Systems and Software

0323826

Systems & Software

| Invoice | CT000001524 |
|---|---|
| Date | 12/9/2014 |
| Page | 1 of 1 |

Please remit to:
62130 Collections Center Drive
Chicago, IL 60693-0621

1E1443577
0B1443144
R1425314

**Bill To**

City of Shreveport
505 Travis Street
Shreveport, LA 71101
USA

**Ship To**

City of Shreveport
505 Travis Street
Shreveport, LA 71101
USA

| PO Number | Customer No. | Salesperson ID | Shipping Method | Payment Terms |
|---|---|---|---|---|
| PR1422410 | SHR100 | | LOCAL DELIVERY | Receipt |

| Ordered | Item Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | CUST DEP - PS | Quote 60371 Training 100% signing | US$ 3,850.00 | US$ 3,850.00 |

OK to pay
You should have
a PO on this
already
OK to Pay
and Close Out
PR1422410 Shane
Thanks
Cristi

001
3,850.00+
3,850.00*

Invoice questions? Please call 613-226-5511 x2503 OR e-mail Obondarenko@harriscomputer.com

Invoice Questions? Please call Olesya Bondarenko at 613-226-5511 ext 2503 OR e-mail obondarenko@harriscomputer.com

| | | |
|---|---|---|
| Subtotal | US$ | 3,850.00 |
| Misc | US$ | 0.00 |
| Tax | US$ | 0.00 |
| Freight | US$ | 0.00 |
| Trade Discount | US$ | 0.00 |
| Total | US$ | 3,850.00 |

# CITY OF SHREVEPORT

BOX 31109 SHREVEPORT, LOUISIANA 71130
PHONE (318) 673-5450
FAX (318) 673-5408

REMIT TO:
SYSTEMS AND SOFTWARE
62130 COLLECTIONS CENTER DR
CHICAGO IL 60693-0621

PURCHASE ORDER NUMBER
Show this no. on all papers relating to this transaction
PR1422410

| IFB NUMBER | CONTRACT NUMBER |
|---|---|
| | |

DELIVER TO: 318-673-7604
SHARON PILKINTON
2139 GREENWOOD RD
SHREVEPORT LA 71103

| DEPT. I.D. | DELIVER TO | VENDOR I.D. | BLANKET | | |
|---|---|---|---|---|---|
| 2015 | 6530 | 030208126 | | | |
| F.O.B. | TERMS | DELIVERY DATE | BUYER | OPTR. | |
| DEST | AR | 11/30/2014 | BUY3F | RCH036 | |

| REQ# OR ORIGINAL P.O. | DATE |
|---|---|
| R01402419 | 11/13/2014 |

BILL TO:
CITY OF SHREVEPORT
ACCOUNTING DEPT
PO BOX 31109
SHREVEPORT LA 71130

MAIL ORIGINAL INVOICE

TO:
SYSTEMS AND SOFTWARE
426 INDUSTRIAL AVE
WILLISTON VT 05495

LBE

APPROVED BY:
In Conformance with Section 10.02 of City Charter

DIRECTOR OF FINANCE

| LINE | COMM. CODE | DESCRIPTION | QTY. | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 001 | 906-92 | UTILITIES (GAS, STEAM, ELECTRIC)<br>QUOTATION #60371 NOVEMBER 12, 2014 (DATE ON QUOTE)<br>QUOTATION FOR SETUP AND TRAINING ON RATES - $3,850.00<br>TERMS & CONDITIONS<br>1. QUOTATION SERVICES WILL BE SCHEDULED ONCE SIGNED DOCUMENTS ARE RECEIVED BY S&S.<br>2. PAYMENT TERMS: 100% AT SIGNING.<br>3. THIS QUOTATION VALID FOR 30 DAYS.<br><br>01 650135 3230 3,850.00<br>3,850.00 | 1 | EA | 3,850.00 | 3,850.[illegible] |

EXHIBIT D

IF THIS IS A VEHICLE PURCHASE, SIGN, DATE, AND PROVIDE THE DEALER NAME AND RETURN BY FAX (SEE ITEM # 17 ON THE BACK OF THE PURCHASE ORDER).

Received by: ______________________ Date: ______________

Dealer: ______________________

SEE CONDITIONS PRINTED ON THE REVERSE SIDE

BUYER

PURCHASING AGENT

3,850.[illegible]

DEPARTMENT

CITY OF SHREVEPORT - OPERATING A OUNT
VENDOR NO. XXXX38126 01 DATE PAID 12/24/2014 114-00671946 671946

| VOUCHER NUMBER | PURCHASE ORDER NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| VR1443144-01 | PR1422410-01 | *CT000001524* | 3850 00 |
| | | | 3850 00 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

CITY OF SHREVEPORT - OPERATING ACCOUNT
VENDOR NO. XXXX38126 01 DATE PAID 12/24/2014 114-00671946 671946

| VOUCHER NUMBER | PURCHASE ORDER NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| VR1443144-01 | PR1422410-01 | *CT000001524* | 3850 00 |
| | | | 3850 00 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CITY OF SHREVEPORT - OPERATING ACCOUNT
P.O. BOX 31109
SHREVEPORT LOUISIANA 71130

CAPITAL ONE BANK
SHREVEPORT, LA

84-487
1111

00671946

DATE 12/24/2014

PAY THREE THOUSAND EIGHT HUNDRED, FIFTY DOLLARS AND NO CENTS

$ ****3,850.00

THIS CHECK MUST BE PRESENTED FOR PAYMENT WITHIN 120 DAYS

TO THE ORDER OF

SYSTEMS AND SOFTWARE
62130 COLLECTIONS CENTER DR
CHICAGO IL 60693-0621

COUNTERSIGNED AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈00671946⑈ ⑆065200722⑆054 20 73187⑈