# EXHIBIT 2

# Citation

sh

CITY OF SHREVEPORT

    VERSUS

SYSTEMS & SOFTWARE INC  ETAL

NO. 599879-C
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA:  TO  **SYSTEMS & SOFTWARE INC**
**THRU CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DR**
**BATON ROUGE LA 70816**

**PAUPER**

of the Parish of EAST BATON ROUGE

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.*  The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date April 07, 2017.

*Also attached are the following:
__ REQUEST FOR ADMISSIONS OF FACTS
__ INTERROGATORIES
__ REQUEST FOR PRODUCTION OF DOCUMENTS
__
__

MIKE SPENCE, CLERK OF COURT

By: _____
       Deputy Clerk

JULIE LAFARGUE-2827
Attorney

A TRUE COPY ATTEST

_____
Deputy Clerk

---

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Legal Services of North Louisiana, Inc. Please call 222-7281 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**