IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| CITY OF SHREVEPORT, Plaintiff, | * | CASE NO. 5:17-cv-00589-RGJ-MLH |
| VERSUS | * | JUDGE: ~~ELIZABETH E. FOOTE~~ JAMES |
| SYSTEMS & SOFTWARE, INC., ET AL, Defendants. | * | MAGISTRATE JUDGE: Mark L. Hornsby |

## PARTIAL ORDER OF DISMISSAL

CONSIDERING the foregoing Agreed Joint Motion and Order to Dismiss in which the Court is advised by counsel that the parties, the CITY OF SHREVEPORT and N. HARRIS COMPUTER CORPORATION incorrectly named N. HARRIS COMPUTER COMPANY desire to dismiss without prejudice N. Harris Computer Corporation, incorrectly named N. Harris Computer Company and reserve plaintiff's claims against SYSTEMS & SOFTWARE, INC.:

IT IS ORDERED that the action of the CITY OF SHREVEPORT as to N. HARRIS COMPUTER CORPORATION incorrectly named N. HARRIS COMPUTER COMPANY be and is hereby DISMISSED without costs and without prejudice.

IT IS FURTHER ORDERED that any and all rights of the CITY OF SHREVEPORT against SYSTEMS & SOFTWARE, INC are reserved; and that the Court retains jurisdiction over the remaining claims against SYSTEMS & SOFTWARE, INC.

The Motion to Dismiss (Doc. 6) filed by N. Harris is **denied as moot**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __26th__ day of __May__, 2017.

_____
Mark L. Hornsby
U.S. Magistrate Judge