**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **CITY OF SHREVEPORT,** | § | **Case No.** |
| | § | **5:17-cv-00589-RGJ-MLH** |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **SYSTEMS & SOFTWARE, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Systems & Software, Inc. requests that Andrew Edison of Edison, McDowell & Hetherington LLP be allowed to withdraw as counsel of record for Defendant in the above-captioned case, and that he be removed from the electronic service list in this case. Mr. Edison has been appointed a United States Magistrate Judge for the Southern District of Texas – Galveston Division and will soon be leaving the firm. Defendant will continue to be represented in this action by (1) Jason Richardson, of Edison, McDowell & Hetherington LLP, and (2) Emily E. Eagan, of Gieger, Laborde & Laperouse, LLC.

The withdrawal of counsel is not opposed by Plaintiff and is not sought for purposes of delay.

### Conclusion

Defendant Systems & Software, Inc. respectfully requests that the Court grant this Unopposed Motion to Withdraw as Counsel granting Andrew Edison leave to withdraw from this case as counsel for Defendant. A proposed order has been submitted.

Respectfully submitted,

GIEGER, LABORDE & LAPEROUSE, LLC

By: /s/ Emily E. Eagan
Emily E. Eagan (LA. Bar No. 29166)
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, LA 70139-4800
Telephone:  (504) 561-0400
Facsimile: (504) 561-1011
Email: eeagan@glllaw.com

and

Jason A. Richardson
Texas Bar No. 24056206*
EDISON, MCDOWELL & HETHERINGTON LLP
1001 Fannin Street
Suite 2700
Houston, Texas 77002
Telephone:  713-337-8872
Facsimile:  713-337-8862
Email: jason.richardson@emhllp.com

*Admitted pro hac vice*

**Counsel for Defendant
Systems & Software, Inc.**

## CONSENT TO WITHDRAWAL

I hereby certify that I consent to the relief requested herein, including the request for my withdrawal as counsel of record for Defendant in this matter.

By: _____
Andrew M. Edison

EMH/711449

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties through their counsel of record via facsimile and/or email on February 6, 2018:

Julie Mobley Lafargue
Reginald W. Abrams
ABRAMS & LAFARGUE, L.L.C.
330 Marshall Street, Suite 1020
Shreveport, LA 71101
Fax: (318) 222-9191
jlafargue@abramslafargue.com
rabrams@abramslafargue.com

Edwin H. Byrd, III
Timothy P. Doolin
PETTIETTE, ARMAND, DUNKELMAN, WOODLEY, BYRD, & CROMWELL, LLP
400 Texas Street, Suite 400
PO Box 1786
Shreveport, LA 71166
Fax: (318) 226-0390
Email: ebyrd@padwbc.com

_____
Jason A. Richardson

EMH/711449