# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CITY OF SHREVEPORT,** | § | Case No. |
| | § | **5:17-cv-00589-RGJ-MLH** |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| **SYSTEMS & SOFTWARE, INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Defendant Systems & Software, Inc. filed its Unopposed Motion to Withdraw as Counsel. The Court is of the opinion that such motion should be GRANTED.

It is, therefore, ORDERED, that Andrew Edison of Edison, McDowell & Hetherington LLP is withdrawn as counsel of record for Defendant in the above-captioned case, and be removed from the electronic service list in this case.

IT IS SO ORDERED.

DATED: _____    _____
                                                                          UNITED STATES DISTRICT JUDGE