**MINUTES [0:30]**
April 11, 2018

| | |
|---|---|
| CITY OF SHREVEPORT | CIVIL ACTION NO. 17-cv-0589 |
| VERSUS | JUDGE DOUGHTY |
| SYSTEMS & SOFTWARE, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

A telephone status conference was held on April 11, 2018. Counsel believe that this case will likely be resolved, but they are currently "knee deep" in reviewing and exchanging extensive written discovery. The case involves many years of customer accounts which requires the parties to review and determine the relevancy of hundreds of thousands of pages of documentation. The parties stated that, given the volume of discovery which the parties believe must be exchanged before meaningful depositions can be taken, none of the deadlines set forth in the court's recent order are workable. Accordingly, **all existing deadlines are vacated**.

Pursuant to the discussions during the status conference, the following deadlines will control:

| | |
|---|---|
| **September 4, 2018** | Deadline to serve written discovery. |
| **October 30, 2018** | Deadline to complete discovery. |
| **October 30, 2018** | Deadline for motions to compel. |
| **November 15, 2018** | Deadline for dispositive motions. |

A bench trial is scheduled before Judge Doughty on **May 7, 2019**. A telephone pretrial conference will be held before the undersigned on **April 4, 2019** at **10:00 a.m.** Counsel for Plaintiff will initiate the conference call. The use of cell phones is prohibited.

An amended scheduling order will be issued by Judge Doughty that will contain these dates and deadlines, as well as the other customary deadlines set by the court.

                                              Mark L. Hornsby
                                              U.S. Magistrate Judge